UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHIANNE D.; C.D., by and through
her mother and next friend, Chianne D.;
and A.V., by and through her mother
and next friend, Jennifer V.,

                Plaintiffs,

-vs-                                  Case No. 3:23-cv-985-MMH-LLL

JASON WEIDA, in his official
capacity as Secretary for the FLORIDA
AGENCY FOR HEALTH CARE
ADMINISTRATION, and SHEVAUN
HARRIS, in her official capacity as
Secretary for the FLORIDA
DEPARTMENT OF CHILDREN
AND FAMILIES,

                Defendants.
_____/

# O R D E R

**THIS CAUSE** is before the Court on Plaintiffs' Motion for a Classwide Preliminary Injunction (Doc. 3; Motion) filed on August 22, 2023. Upon review of the Motion and record in this case, it appears that Plaintiffs have not yet effected service of process on Defendants in accordance with Rule 4, Federal Rules of Civil Procedure (Rule(s)). Accordingly, it is

**ORDERED**:

1. Plaintiffs' Motion for a Classwide Preliminary Injunction (Doc. 3) is **TAKEN UNDER ADVISEMENT**.

2. Plaintiffs shall promptly effect service of process on Defendants in accordance with Rule 4, and also shall serve Defendants with a copy of the Motion and all materials filed in support thereof, as well as a copy of this Order.[1]

3. Immediately upon accomplishing service of process, Plaintiffs shall file proof of such service in accordance with Rule 4(*l*).

4. Once Plaintiffs have filed proof of service, the Court will set a briefing schedule, as well as a hearing on Plaintiffs' Motion for a Classwide Preliminary Injunction (Doc. 3).

**DONE AND ORDERED** in Jacksonville, Florida, on August 22, 2023.

MARCIA MORALES HOWARD
United States District Judge

lc11
Copies to:

Counsel of Record

---

[1] Plaintiffs must also provide chambers with courtesy paper copies of the Motion and its extensive exhibits.