## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

CHIANNE D.; C.D., by and through
her mother and next friend, Chianne D.;
and A.V., by and through her mother
and next friend, Jennifer V.,

                    Plaintiffs,

-vs-                                    Case No. 3:23-cv-985-MMH-LLL

JASON WEIDA, in his official
capacity as Secretary for the FLORIDA
AGENCY FOR HEALTH CARE
ADMINISTRATION, and SHEVAUN
HARRIS, in her official capacity as
Secretary for the FLORIDA
DEPARTMENT OF CHILDREN
AND FAMILIES,

                    Defendants.
_____/

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the above styled cause is scheduled for a status conference on **TUESDAY, AUGUST 29, 2023**, at **10:00 A.M.**, before the Honorable Marcia Morales Howard, United States District Judge.

The hearing will be held by video teleconferencing using Zoom. The Courtroom Deputy Clerk will separately send participants an Outlook invitation with the link, meeting ID, and password.

Participants should dress in appropriate court attire and appear in front of an appropriate professional background.  All persons are hereby reminded that pursuant to Local Rule 5.01, United States District Court, Middle District of Florida, "[n]o one may broadcast, televise, record, or photograph a judicial proceeding, including a proceeding by telephone or video."  Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

DATE: August 28, 2023

FOR THE COURT:

By:   s/ Margaret H. Miller
                  Law Clerk

lc11
Copies to:
Counsel of Record