UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Chianne D., et al.,

      Plaintiffs,

v.                                      Case No. 3:23-cv-985-MMH-LLL

Jason Weida, in his official capacity
as Secretary for the Florida Agency for
Health Care Administration, et al.,

      Defendants.
_____/

## NOTICE OF APPEARANCE OF COUNSEL

The State of Florida, Agency for Health Care Administration, hereby gives notice of the appearance of counsel, Christopher C. Torres. Copies of all court papers and correspondence should be mailed to the undersigned at the address below.

Respectfully submitted this 28th day of August, 2023.

                                      ANDREW T. SHEERAN, GENERAL
                                      COUNSEL, AGENCY FOR HEALTH
                                      CARE ADMINISTRATION

                                      /s/ Christoper C. Torres
                                      CHRISTOPHER C. TORRES
                                      Chief Litigation Counsel
                                      Florida Bar I.D. No. 0479209
                                      Christopher.Torres@ahca.myflorida.com
                                      Agency for Health Care Administration
                                      2727 Mahan Drive, Mail Stop #3
                                      Tallahassee, Florida 32308

Telephone: (850) 412-3646
Facsimile: (850) 921-0158

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of August, 2023 a true copy of the foregoing has been filed with the Court utilizing its CM/ECF system, which will transmit a notice of electronic filing to all plaintiff's and defendant's counsel of record registered with the Court for that purpose.

/s/ Christopher C. Torres
CHRISTOPHER C. TORRES