# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

CHIANNE D., *et al.*,

    Plaintiffs,

v.

JASON WEIDA, in his official capacity as Secretary for the Florida Agency for Health Care Administration, and SHEVAUN HARRIS, in her official capacity as Secretary for the Florida Department of Children and Families,

    Defendants.
_____/

Case No. 3:23-cv-00985-MMH-LLL

## NOTICE OF APPEARANCE ON BEHALF OF SECRETARY WEIDA

The undersigned gives notice of his appearance as counsel in this matter for Defendant, Jason Weida, in his official capacity.

Dated August 29, 2023.

    /s/ *Andy Bardos*
    Andy Bardos (FBN 822671)
    GRAYROBINSON, P.A.
    301 South Bronough Street, Suite 600
    Tallahassee, Florida 32301
    Telephone: 850-577-9090
    andy.bardos@gray-robinson.com
    *Attorneys for Defendant*, Secretary Weida