IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHIANNE D., *et al.*,

    Plaintiffs,

v.

JASON WEIDA, in his official capacity as Secretary for the Florida Agency for Health Care Administration, and SHEVAUN HARRIS, in her official capacity as Secretary for the Florida Department of Children and Families,

    Defendants.
_____/

Case No. 3:23-cv-00985-MMH-LLL

## NOTICE OF APPEARANCE ON BEHALF OF SECRETARY WEIDA

The undersigned gives notice of her appearance as counsel in this matter for Defendant, Jason Weida, in his official capacity.

Dated August 29, 2023.

    /s/ *Ashley H. Lukis*
    Ashley H. Lukis (FBN 106391)
    GRAYROBINSON, P.A.
    301 South Bronough Street, Suite 600
    Tallahassee, Florida 32301
    Telephone: 850-577-9090
    ashley.lukis@gray-robinson.com
    *Attorneys for Defendant*, Secretary Weida