## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

CHIANNE D., *et al.*,

    Plaintiffs,

v.

Case No. 3:23-cv-00985-MMH-LLL

JASON WEIDA, in his official capacity as Secretary for the Florida Agency for Health Care Administration, and SHEVAUN HARRIS, in her official capacity as Secretary for the Florida Department of Children and Families,

    Defendants.

_____/

### NOTICE OF APPEARANCE ON BEHALF OF SECRETARY WEIDA

The undersigned gives notice of her appearance as counsel in this matter for Defendant, Jason Weida, in his official capacity.

Dated August 29, 2023.

/s/ *James Timothy Moore, Jr.*
James Timothy Moore, Jr. (FBN 70023)
GRAYROBINSON, P.A.
301 South Bronough Street, Suite 600
Tallahassee, Florida 32301
Telephone: 850-577-9090
tim.moore@gray-robinson.com
*Attorneys for Defendant*, Secretary Weida