# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

CHIANNE D., et al.　　　　　　　　　　　CASE NO. 3:23-cv-985-MMH-LLL

v.

JASON WEIDA, in his official capacity
as Secretary for the Florida Agency
for Health Care Administration, et al.

<u>Counsel for Plaintiffs:</u>　　　　　<u>Counsel for Defendants:</u>
Katherine DeBriere　　　　　　　　Ashley Lukis
Sarah Grusin　　　　　　　　　　　Christopher Torres
Lynn Hearn　　　　　　　　　　　　Logan Bartholowmew
　　　　　　　　　　　　　　　　　Chris Johnson

## HONORABLE MARCIA MORALES HOWARD
## UNITED STATES DISTRICT JUDGE

Courtroom Deputy: Jodi L. Wiles　　　　　Court Reporter: Katharine Healey

## <u>CLERK'S MINUTES</u>

PROCEEDINGS OF:　STATUS CONFERENCE (VIA ZOOM)

The parties are directed to submit either joint or competing proposed briefing schedules no later than **5:00 p.m. on September 8, 2023**.

Date: August 29, 2023　　　　Time: 10:06 a.m. – 10:33 a.m.　　　　Total: 27 Minutes