**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

Chianne D.; C.D., by and through her
mother and Next Friend, Chianne D.;
and A.V., by and through her mother
and Next Friend, Jennifer V.,

        Plaintiffs,                        Case No. 3:23-cv-985-MMH-LLL

v.

Jason Weida, in his official capacity
as Secretary for the Florida Agency
for Health Care Administration, et al.,

        Defendants.

_____/

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

    Pursuant to Local Rule 3.03, I hereby disclose the following:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

| | **Name** | **Relationship** |
|---|---|---|
| a) | Chianne D. | Plaintiff & Mother of C.D. |
| b) | C.D. | Plaintiff |
| c) | A.V. | Plaintiff |
| d) | Jennifer V. | Mother of A.V. |
| e) | Katherine "Katy" DeBriere | Attorney for Plaintiffs |
| f) | Lynn Hearn | Attorney for Plaintiffs |
| g) | Miriam Harmatz | Attorney for Plaintiffs |

| | | |
|---|---|---|
| h) | Martha Jane Perkins | Attorney for Plaintiffs |
| i) | Amanda Avery | Attorney for Plaintiffs |
| j) | Sarah Grusin | Attorney for Plaintiffs |
| k) | Miriam Heard | Attorney for Plaintiffs |
| l) | Florida Health Justice Project, Inc. | Law firm for Plaintiffs |
| m) | National Health Law Program | Law firm for Plaintiffs |
| n) | Jason Weida | Defendant |
| o) | Jimmy Patronis | Chief Financial Officer, Dept. of Financial Servs. |
| p) | Shevaun Harris | Defendant |
| q) | Agency for Health Care Administration | Defendant's state agency |
| r) | Department of Children and Families | Defendant's state agency |
| s) | GrayRobinson, P.A., | Law firm for Defendants |

2. The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    None.

4. The name of each victim (individual or corporate) of civil and criminal conduct who may be entitled to restitution:

    None.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing within 14 days on learning of any such conflict. Please note that while undersigned counsel for Plaintiffs does not believe it poses an actual or potential conflict of interest, that in a

pending case in this Court, *Meza, et al. v. Weida*, 3:22-cv-783, United States Magistrate Judge, the Honorable Laura Lothman Lambert, recused herself based on a personal relationship with counsel who is also counsel in this matter.


Respectfully submitted this 30th of August 2023.

Plaintiffs by their Attorney,
By: */s/ Katy DeBriere*

**FLORIDA HEALTH JUSTICE PROJECT**

**Katy DeBriere** (Fl. Bar No. 58506)*
3900 Richmond Street
Jacksonville, FL 32205
(352) 496-5419
debriere@floridahealthjustice.org

**Miriam Harmatz** (Fl. Bar No. 562017)
3793 Irvington Ave.
Miami, FL 33133
(786) 853-9385
harmatz@floridahealthjustice.org

**Lynn Hearn** (Fl. Bar No. 123633)
3606 Dexter Dr.
Tallahassee, FL32312
(754) 231-0106
hearn@floridahealthjustice.org

* *Lead Counsel Designee pursuant to M.D. Local Rule 2.02(a).*

**NATIONAL HEALTH LAW PROGRAM**

**Sarah Grusin****
**Miriam Heard****
**Amanda Avery****
**Jane Perkins****
1512 E. Franklin Street, Suite 110
Chapel Hill, NC 27541
(919) 968-6308
grusin@healthlaw.org
heard@healthlaw.org
avery@healthlaw.org
perkins@healthlaw.org

** *Application for admission pro hac vice pending.*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of August, I electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Katy DeBriere
Katy DeBriere

4