**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

Chianne D., et al.,

   Plaintiffs,

v.          Case No. 3:23-cv-00985-MMH-LLL

Jason Weida, in his official capacity
as Secretary for the Florida Agency
for Health Care Administration, et al.,

   Defendants.

_____/

## JOINT PROPOSED BRIEFING SCHEDULE

**PLEASE TAKE NOTICE** that in accordance with the Court's direction

during the August 29, 2023 status conference (Dkt. 23) to file a proposed briefing

schedule for Plaintiffs' Motion for Class Certification (Dkt. 2) and Motion for a

Classwide Preliminary Injunction (Dkt. 3) (collectively, the "Motions"), the Parties

jointly submit the following:

1. **Proposed briefing and hearing schedule.**

| Action or Event | Date or Deadline |
|---|---|
| Defendants' Responses to Plaintiffs' Motions. | October 6, 2023 (28 days from filing joint briefing schedule). |
| Plaintiffs' Reply to Defendants' Responses to Plaintiffs' Motions. | October 16 (10 days after Defendants' |

| | responses are due).[1] |
|---|---|
| Hearing and oral argument on Plaintiffs' Motions. | Between October 23 and November 3 (7 to 18 days after Plaintiffs' replies are due).[2] |
| | |
| Defendants' response to Plaintiffs' Complaint. | 14 days after the Court's Order(s) on Plaintiffs' Motions. |
| Plaintiffs' Response to Defendants' dispositive motion, if one is filed. | 21 days after Defendants' responsive pleading is due. |

**2. Discovery Proposal.**

The parties have agreed to conduct narrow document discovery in advance of Defendants' response to Plaintiffs' Motion for Class Certification in order to identify the universe of documents and communications exchanged between named Plaintiffs and the Department of Children and Families (DCF) since January 2022 (the "Responsive Documents"). Specifically:

    a.  DCF[3] will produce the Responsive Documents in its possession.

    b.  Within seven days of DCF's production, Plaintiffs will:

        i.  Supplement that production with any different or additional Responsive Documents not contained in DCF's production.

---

[1] Defendants oppose the submission of new evidence with Plaintiffs' reply and reserve their rights to seek relief in that respect.

[2] Counsel for Plaintiffs are unavailable on October 26, 2023. Counsel for Defendants are unavailable on October 26 and 27, 2023.

[3] DCF was sued through its Secretary, Shevaun Harris, in her official capacity.

      ii.     For each document or communication produced by DCF, stipulate whether or not Plaintiffs received that document or communication, and if so, identify the date and method of receipt.

    c.  To the extent either party later discovers Responsive Documents that were not previously produced by any party, the party that discovers the Responsive Documents will produce them without delay. If DCF makes a supplemental production, the requirements of Paragraph 2.b.ii. above shall apply.

Dated: September 8, 2023

Respectfully submitted,

**FOR THE PLAINTIFFS**

By: */s/ Katy DeBriere*

**FLORIDA HEALTH JUSTICE PROJECT**

**Katy DeBriere** (Fla. Bar No. 58506)
3900 Richmond Street
Jacksonville, FL 32205
(352) 496-5419
debriere@floridahealthjustice.org

**Miriam Harmatz** (Fl. Bar No. 562017)
3793 Irvington Ave.
Miami, FL 33133
(786) 853-9385
harmatz@floridahealthjustice.org

**Lynn Hearn** (Fl. Bar No. 123633)

**FOR THE DEFENDANTS**

*/s/ Andy Bardos*
Andy Bardos (FBN 822671)
James Timothy Moore, Jr. (FBN 70023)
Ashley H. Lukis (FBN 106391)
GRAYROBINSON, P.A.
301 South Bronough Street, Suite 600
Tallahassee, Florida 32301-1724
Telephone: (850) 577-9090
andy.bardos@gray-robinson.com
tim.moore@gray-robinson.com
ashley.lukis@gray-robinson.com
*Attorneys for Defendant, Secretary Weida*

*/s/Andrew McGinley*
Andrew J. McGinley (FBN 1013545)
General Counsel

3606 Dexter Dr.
Tallahassee, FL32312
(754) 231-0106
hearn@floridahealthjustice.org

**NATIONAL HEALTH LAW PROGRAM**

**Sarah Grusin\*\***
**Miriam Heard\*\***
**Amanda Avery\*\***
**Jane Perkins\*\***

1512 E. Franklin Street, Suite 110
Chapel Hill, NC 27541
(919) 968-6308
grusin@healthlaw.org
heard@healthlaw.org
avery@healthlaw.org
perkins@healthlaw.org

\*\* *Admitted pro hac vice*

State of Florida, Department of
Children and Families
2415 North Monroe St, Suite 100
Tallahassee, FL 32303
andrew.mcginley@myflfamilies.com
*Attorney for Defendant, Secretary
Harris*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 8, 2023, I electronically filed the foregoing with the Clerk of the Court on all counsel of record by using the CM/ECF system.

*/s/Katy DeBriere*
Katy DeBriere