# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

CHIANNE D., et al.    CASE NO. 3:23-cv-985-MMH-LLL

v.

JASON WEIDA, in his official capacity
as Secretary for the Florida Agency
for Health Care Administration, et al.

Counsel for Plaintiffs:
Katherine DeBriere
Lynn Hearn
Miriam Harmatz
Miriam Heard
Sarah Grusin

Counsel for Defendants:
Andy Bardos
James Moore

## HONORABLE MARCIA MORALES HOWARD
## UNITED STATES DISTRICT JUDGE

Courtroom Deputy: Jodi L. Wiles            Court Reporter: Katharine Healey

## CLERK'S MINUTES

PROCEEDINGS OF:   MOTION HEARING (VIA ZOOM)

Plaintiffs' Opposed Motion for Clarification Regarding Witness Testimony During the Preliminary Injunction Hearing (Dkt. No. 46) is **GRANTED** to the extent that the preliminary injunction hearing will proceed on a non-evidentiary basis.

The preliminary injunction hearing scheduled for October 30, 2023, at 9:30 a.m. is cancelled.  The hearing will be reset on one of the following dates: November 9, 13, 27, or December 5.  Counsel for Plaintiffs shall file a notice advising the Court of their preferences of these dates no later than **October 27, 2023**.  Counsel for Defendants advises that he is available on all of these dates.

Discussion regarding a possible settlement conference prior to the preliminary injunction hearing and consolidating the preliminary injunction hearing with a trial on the merits.

No later than **3:00 p.m. on Friday, October 27, 2023**, the parties shall file a notice regarding a potential pause on the redetermination of benefits process and the consolidation of the preliminary injunction hearing with a trial on the merits.

Date: October 20, 2023        Time: 10:11 a.m. – 11:01 a.m.        Total: 50 Minutes