UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHIANNE D.; C.D., by and through
her mother and next friend, Chianne D.;
and A.V., by and through her mother
and next friend, Jennifer V.,

                Plaintiffs,

-vs-                                                Case No. 3:23-cv-985-MMH-LLL

JASON WEIDA, in his official
capacity as Secretary for the FLORIDA
AGENCY FOR HEALTH CARE
ADMINISTRATION, and SHEVAUN
HARRIS, in her official capacity as
Secretary for the FLORIDA
DEPARTMENT OF CHILDREN
AND FAMILIES,

                Defendants.
_____/

## O R D E R

**THIS CAUSE** is before the Court sua sponte. At the hearing on October 20, 2023, the parties agreed that a settlement conference would be beneficial in this matter. See Clerk's Minutes (Dkt. No. 52). The Court advised that it would enter an Order referring this case to either Judge Schlesinger or a United States Magistrate Judge for a settlement conference. Accordingly, it is

**ORDERED:**

The parties shall appear before the Honorable Harvey E. Schlesinger, United States District Judge, for a settlement conference. To schedule a mutually agreeable time for such conference, the parties shall contact Judge Schlesinger's chambers at (904) 549-1990.

**DONE AND ORDERED** in Jacksonville, Florida this 23rd day of October, 2023.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record
Hon. Harvey E. Schlesinger