# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

Chianne D., et al.,

      Plaintiffs,

v.                                                                 Case No. 3:23-cv-985-MMH-LLL

Jason Weida, in his official capacity
as Secretary for the Florida Agency
for Health Care Administration, et al.,

      Defendants.

_____/

## JOINT NOTICE ADVISING THE COURT OF SELECTED MEDIATOR

Pursuant to the Court's Order directing the parties to file a notice advising the Court of the mediator selected for this matter (Doc. 45), the parties, by and through undersigned counsel, respectfully advise the Court that they have selected:

Grant P. Dearborn[1]
Shumaker, Loop & Kendrick, LLP
Bank of America Plaza, Ste. 2800
101 E. Kennedy Blvd.
Tampa, FL 33602
(813) 229-7600
gdearborn@shumaker.com

---

[1] Mr. Dearborn is not currently on the United States District Court, Middle District of Florida's court-certified mediators list but intends to file an application shortly. Mr. Dearborn meets all requirements of M.D. Loc. R. 4.02 except he is currently in the process of seeking readmission to the Middle District bar. Mr. Dearborn is well-positioned to mediate this case as former counsel to the Agency for Health Care Administration and because he has experience with due process issues as they relate to the Medicaid program. Additionally, Mr. Dearborn has generously agreed to mediate this matter pro bono.

Respectfully submitted this 13th day of November 2023.

**FOR THE PLAINTIFFS,**

/s/*Katy DeBriere*
Katherine DeBriere
FBN: 58506
Florida Health Justice Project
3900 Richmond Street
Jacksonville, FL 32205
debriere@floridahealthjustice.org

**FOR THE DEFENDANTS,**

/s/*Andy Bardos*
Andy Bardos (FBN 822671)
James Timothy Moore, Jr. (FBN 70023)
Ashley H. Lukis (FBN 106391)
GRAYROBINSON, P.A.
301 South Bronough Street, Suite 600
Tallahassee, Florida 32301
Telephone: 850-577-9090
andy.bardos@gray-robinson.com
tim.moore@gray-robinson.com
ashley.lukis@gray-robinson.com