UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHIANNE D., et al.                              CASE NO. 3:23-cv-985-MMH-LLL
v.
JASON WEIDA, in his official capacity
as Secretary for the Florida Agency
for Health Care Administration, et al.

Counsel for Plaintiffs:                  Counsel for Defendants:
Sarah Grusin                             Andy Bardos
Katherine DeBriere                       James Moore
Lynn Hearn                               Ashley Lukis

**HONORABLE MARCIA MORALES HOWARD**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jodi L. Wiles          Court Reporter: Katharine Healey

## CLERK'S MINUTES

PROCEEDINGS OF:   MOTION HEARING

Oral argument by counsel.

Plaintiffs' Motion for Class Certification (Dkt. No. 2) is **TAKEN UNDER ADVISEMENT**.

Plaintiffs' Motion for a Classwide Preliminary Injunction (Dkt. No. 3) is **DENIED, in part, and TAKEN UNDER ADVISEMENT, in part**.

To the extent that Plaintiffs, whether individually or as a potential class, asked the Court to grant preliminary injunctive relief based on Count One, the violation of due process claim, the Court does not have a sufficient record to grant such relief and the request is **DENIED**.

A status conference via Zoom is set for **Thursday, December 21, 2023, at 10:00 a.m.  Notice to enter**.

Date: December 13, 2023
Times: 9:59 a.m. – 12:15 p.m.; 1:24 p.m. – 3:56 p.m.
Total:   4 Hours, 48 Minutes