**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CHIANNE D., et al.　　　　　　　　　　　CASE NO. 3:23-cv-985-MMH-LLL

v.

JASON WEIDA, in his official capacity
as Secretary for the Florida Agency
for Health Care Administration, et al.

Counsel for Plaintiffs:　　　　　　　Counsel for Defendants:
Katherine DeBriere　　　　　　　　　Andy Bardos
Sarah Grusin　　　　　　　　　　　　James Moore
Lynn Hearn　　　　　　　　　　　　　Ashley Lukis
Miriam Harmatz
Amanda Avery

**HONORABLE MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jodi L. Wiles　　　　　Court Reporter: Katharine Healey

**CLERK'S MINUTES**

PROCEEDINGS OF:　STATUS CONFERENCE (VIA ZOOM)

The parties anticipate **5 days** for trial.

The Court will hold the weeks of April 29, 2024, and May 13, 2024, for trial.

Counsel for Plaintiffs shall confer with their expert to confirm that she will be available to testify at the trial via Zoom if it is set for the week of May 13, 2024, and counsel for Defendant shall confirm that Defendants will not object. Counsel shall have until **December 22, 2023**, to confer regarding these matters.

The Court waives the filing of Proposed Findings of Fact and Conclusions of Law.

Plaintiffs shall submit a new proposed order by **January 5, 2024**.

The parties shall have until **December 29, 2023**, to file an Amended Case Management Report.

Date: December 21, 2023　　　Time: 10:02 a.m. – 10:23 a.m.　　　Total: 21 Minutes