# Exhibit B

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHIANNE D., *et al.*,

    Plaintiffs,

v.

Case No. 3:23-cv-00985-MMH-LLL

JASON WEIDA, in his official capacity as Secretary for the Florida Agency for Health Care Administration, and SHEVAUN HARRIS, in her official capacity as Secretary for the Florida Department of Children and Families,

    Defendants.

_____/

## DECLARATION OF MATTHEW COOPER

1. My name is Matthew Cooper. I am the Assistant Deputy Secretary for Healthcare Data at the Florida Agency for Health Care Administration (AHCA). In this capacity, my responsibilities include overseeing the Bureau of Medicaid Fiscal Agent Operations (fee-for-service claims payment, encounter data collection, provider enrollment, and recipient eligibility) as well as the Bureau of Medicaid Data Analytics, which is responsible for internal and external data requests, actuarial services including capitated rate-setting, and Federal Reporting concerning data.

2. From April 1, 2023, to October 31, 2023, for each full-benefit Medicaid enrollee whose Medicaid coverage was terminated, the Florida Medicaid program paid an average of $225.15 during the enrollee's last month of coverage.

3. As a result, the estimated monthly cost to the State of reinstating the full-benefit Medicaid coverage of 386,859 people whose coverage was terminated since redeterminations resumed is $87.1 million (386,859 people x $225.15). In fact, due to increases in monthly payments, the amount would likely be more than the estimate stated here.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 12, 2024.

_____
Matthew Cooper
Assistant Deputy Secretary for Healthcare Data
Agency for Health Care Administration