# Exhibit 1

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

Chianne D., et al.,

      Plaintiffs,

v.                        Case No. 3:23-cv-00985

Jason Weida, in his official capacity
as Secretary for the Florida Agency
for Health Care Administration, et al.,

      Defendants.

_____/


## APPENDIX OF EXHIBITS FOR PLAINTIFFS' AMENDED
## MOTION AND MEMORANDUM IN SUPPORT OF CLASS CERTIFICATION

| Exhibit Number | Title of Exhibit |
|---|---|
| Exhibit 1 | Appendix |
| Exhibit 2 | 1/18/24 A.V. Notice |
| Exhibit 3 | 2nd Declaration of Kimber Taylor |
| Exhibit 4 | A.V. Resp. to D's Interrogatories |
| Exhibit 5 | 8/7/23 Kimber Taylor Notice |
| Exhibit 6 | Email exchange re: A.V.'s Medicaid Eligibility |
| Exhibit 7 | Defs' Response to Pls' RFA |
| Exhibit 8 | 3/20/23 Chianne D. Notice |
| Exhibit 9 | 3/21/23 Chianne D. ACCESS Application |
| Exhibit 10 | 4/4/23 DCF Request for Information |
| Exhibit 11 | 4/11/2023 Self-Attestation of Loss of Income |
| Exhibit 12 | 5/30/2023 AM Call Transcript |