# Exhibit 2

ACCESS CENTRAL MAIL CENTER
P.O. BOX 1770
OCALA FL 34478

**Notice of Case Action**
State of Florida Department
of Children and Families



January 18, 2024       Case: ▆▆▆▆▆       Phone: (305) 420-3756

HENRY V▆▆▆▆

Dear Henry V▆▆▆▆

The following is information about your eligibility.

### Medically Needy

Your Medically Needy Share of Cost will increase from $6042.00 to $6216.00 as of February 01, 2024.

| Name | Status |
|---|---|
| Jennifer V▆▆▆ | Enrolled |
| A▆▆▆ C▆ | Ineligible |
| N▆▆ C▆ | Ineligible |

Reason: Account Transfer to Federally Facilitated Marketplace

The law that supports this action is:

(FL Admin. Code = R) (FL Statute = S), XXXXXXXXXX

**Did you know you now have an on-line account with us?** Go to www.myflorida.com/accessflorida. You will need your case number, ▆▆▆▆▆ to activate your My ACCESS Account. Then you can get into your account with a user name and password of your choice.

You must report changes in your household circumstances within 10 days. If you fail to report changes as required, or if the information you provide is not correct, you may have to repay any benefits you receive for which you were not eligible and you may be prosecuted for fraud. If you have access to a computer, you may report your changes online at the ACCESS Florida web site www.myflorida.com/accessflorida. You may also report changes by calling the ACCESS Florida Customer Call Center at 850-300-4323, or by mail to the return address at the top of this notice.

AE01   FORM : CF-ES 103 03 2009                                    Pls' Response to Ds' 1st RFPs 000007

**Medically Needy**

Your Medically Needy Share of Cost will increase from $5547.00 to $6216.00 as of February 01, 2024.

| Name | Status |
|---|---|
| Henry V███████ | Enrolled |
| A█████ C██ | Ineligible |
| N████ C██ | Ineligible |

Reason: Account Transfer to Federally Facilitated Marketplace

The law that supports this action is:

(FL Admin. Code = R) (FL Statute = S), XXXXXXXXXX

**Did you know you now have an on-line account with us?   Go to   www.myflorida.com/accessflorida.   You will need your case number, ██████████, to activate your My ACCESS Account. Then you can get into your account with a user name and password of your choice.**

You must report changes in your household circumstances within 10 days. If you fail to report changes as required, or if the information you provide is not correct, you may have to repay any benefits you receive for which you were not eligible and you may be prosecuted for fraud.   If you have access to a computer, you may report your changes online at the ACCESS Florida web site www.myflorida.com/accessflorida.   You may also report changes by calling the ACCESS Florida Customer Call Center at 850-300-4323, or by mail to the return address at the top of this notice.

**Medically Needy**

Your Medically Needy Share of Cost will increase from $5646.00 to $6216.00 as of February 01, 2024.

| Name | Status |
|---|---|
| A█████ C██ | Ineligible |
| N████ C██ | Ineligible |
| D████ C██ | Enrolled |

Reason: Your child(ren) are not eligible for Medicaid due to your family¿s income, but they may be able to get health insurance through Florida KidCare.  Most families pay $20 or less per month for coverage. Florida KidCare is already processing an application for your child(ren). To learn how you can enroll them,please call 1-800-821-5437. Make this call soon since their Medicaid is ending.
Account Transfer to Florida Healthy Kids/Federally Facilitated Marketplace

The law that supports this action is:

(FL Admin. Code = R) (FL Statute = S), XXXXXXXXXX

**Did you know you now have an on-line account with us?   Go to   www.myflorida.com/accessflorida.   You will need your case number, ██████████, to activate your My ACCESS Account. Then you can get into your account with a user name and password of your choice.**

You must report changes in your household circumstances within 10 days. If you fail to report changes as required, or if the information you provide is not correct, you may have to repay any benefits you receive for which you were not eligible and you may be prosecuted for fraud.   If you have access to a computer, you may report your changes online at the ACCESS Florida web site www.myflorida.com/accessflorida.  You may also report changes by calling the ACCESS Florida Customer Call Center at 850-300-4323, or by mail to the return address at the top of this notice.

**Medically Needy**

Your Medically Needy Share of Cost will increase from $5646.00 to $6216.00 as of February 01, 2024.

| Name | Status |
|---|---|
| A▮▮▮▮ C▮▮▮ | Ineligible |
| N▮▮▮ C▮▮▮ | Ineligible |
| J▮▮ C▮▮▮ | Enrolled |

Reason: Your child(ren) are not eligible for Medicaid due to your family¿s income, but they may be able to get health insurance through Florida KidCare.  Most families pay $20 or less per month for coverage. Florida KidCare is already processing an application for your child(ren). To learn how you can enroll them,please call 1-800-821-5437. Make this call soon since their Medicaid is ending.
Account Transfer to Florida Healthy Kids/Federally Facilitated Marketplace

The law that supports this action is:

(FL Admin. Code = R) (FL Statute = S), XXXXXXXXXX

**Did you know you now have an on-line account with us?   Go to   www.myflorida.com/accessflorida.   You will need your case number, ▮▮▮▮▮▮▮▮, to activate your My ACCESS Account. Then you can get into your account with a user name and password of your choice.**

You must report changes in your household circumstances within 10 days. If you fail to report changes as required, or if the information you provide is not correct, you may have to repay any benefits you receive for which you were not eligible and you may be prosecuted for fraud.   If you have access to a computer, you may report your changes online at the ACCESS Florida web site www.myflorida.com/accessflorida.  You may also report changes by calling the ACCESS Florida Customer Call Center at 850-300-4323, or by mail to the return address at the top of this notice.

**Medically Needy**

Your Medically Needy Share of Cost will increase from $5646.00 to $6216.00 as of February 01, 2024.

| Name | Status |
|---|---|
| A▮▮▮▮ C▮▮▮ | Ineligible |
| N▮▮▮ C▮▮▮ | Ineligible |
| L▮▮ V▮▮▮▮▮▮▮ | Enrolled |

Reason: Your child(ren) are not eligible for Medicaid due to your family¿s income, but they may be able to get health insurance through Florida KidCare.  Most families pay $20 or less per month for coverage. Florida KidCare is already processing an application for your child(ren). To learn how you can enroll them,please call 1-800-821-5437. Make this

call soon since their Medicaid is ending.
Account Transfer to Florida Healthy Kids/Federally Facilitated Marketplace

The law that supports this action is:

(FL Admin. Code = R) (FL Statute = S), XXXXXXXXXX

**Did you know you now have an on-line account with us?  Go to  www.myflorida.com/accessflorida.  You will need your case number, ▇▇▇▇▇▇▇, to activate your My ACCESS Account. Then you can get into your account with a user name and password of your choice.**

You must report changes in your household circumstances within 10 days. If you fail to report changes as required, or if the information you provide is not correct, you may have to repay any benefits you receive for which you were not eligible and you may be prosecuted for fraud.   If you have access to a computer, you may report your changes online at the ACCESS Florida web site www.myflorida.com/accessflorida.  You may also report changes by calling the ACCESS Florida Customer Call Center at 850-300-4323, or by mail to the return address at the top of this notice.

**Medically Needy**

Your Medically Needy Share of Cost will increase from $5646.00 to $6216.00 as of February 01, 2024.

| **Name** | **Status** |
|---|---|
| A▇▇▇ V▇▇▇▇▇▇ | Enrolled |
| A▇▇▇▇ C▇▇ | Ineligible |
| N▇▇▇ C▇▇ | Ineligible |

Reason: Your child(ren) are not eligible for Medicaid due to your family¿s income, but they may be able to get health insurance through Florida KidCare.  Most families pay $20 or less per month for coverage. Florida KidCare is already processing an application for your child(ren). To learn how you can enroll them,please call 1-800-821-5437. Make this call soon since their Medicaid is ending.
Account Transfer to Florida Healthy Kids/Federally Facilitated Marketplace

The law that supports this action is:

(FL Admin. Code = R) (FL Statute = S), XXXXXXXXXX

**Did you know you now have an on-line account with us?  Go to  www.myflorida.com/accessflorida.  You will need your case number, ▇▇▇▇▇▇▇, to activate your My ACCESS Account. Then you can get into your account with a user name and password of your choice.**

You must report changes in your household circumstances within 10 days. If you fail to report changes as required, or if the information you provide is not correct, you may have to repay any benefits you receive for which you were not eligible and you may be prosecuted for fraud.   If you have access to a computer, you may report your changes online at the ACCESS Florida web site www.myflorida.com/accessflorida.  You may also report changes by calling the ACCESS Florida Customer Call Center at 850-300-4323, or by mail to the return address at the top of this notice.

**DCF Services:**
For information about your case, you may access your case information quickly and securely:

- through My ACCESS Account at www.myflorida.com/accessflorida,
- receive email notifications by signing up through your MyACCESS Account, or
- call the ACCESS Customer Call Center at (850) 300-4DCF (4323).

**Fair Hearings:** If you disagree with the decision we have made, you have the right to ask for a hearing before a state hearings officer. You may be represented at the hearing by a lawyer, relative, friend or anyone you choose. If you want a hearing, you must ask for the hearing by writing, calling the call center or coming into an office within 90 days from the date at the top of this notice. If you ask for a hearing before the effective date of this notice, your benefits may continue at the prior level until the hearing decision. You may be responsible to repay any benefits if the hearing decision is not in your favor.

If you need information about free legal services, call the ACCESS Customer Call Center toll free at (850) 300-4DCF (4323) for a listing of legal services in your area or you can visit www.floridalawhelp.org.

Information on other services that may be helpful to you can be found at
https://www.myflfamilies.com/services/public-assistance .
Local community partner agencies are available to help you apply for services. To find one near you, go to www.myflorida.com/accessflorida under "Find Us". You can search by zip code or county.

**Other information that may help you:**
- To register or update your voter registration, you can visit  www.registertovoteflorida.gov or call the ACCESS Customer Call Center at (850) 300-4DCF (4323)
- Did you earn less than $63,398 in 2023? You may be eligible for an Earned Income Tax Credit up to $7,430. For more information on where to find free tax assistance in your area call the IRS at 1-800-829-1040.
- You may be eligible to receive monthly discounts on your phone bill through Florida's Lifeline Assistance Program. Call your phone company or the Florida Public Service Commission at 1-800-342-3552 for more information.
- If you need free help obtaining child support, medical support, establishing paternity, or locating your child's parent, call the Florida Child Support Program at (850) 488-KIDS (5437).

For Florida Relay 711 or TTY services, call 1-800-955-8771.

**Nondiscrimination Policy:**
In accordance with federal civil rights laws and U.S. Department of Agriculture (USDA) civil rights regulations and policies, the USDA, its agencies, offices, and employees, and institutions participating in or administering USDA programs are prohibited from discriminating based on race, color, national origin, sex (including gender identity and sexual orientation), religious creed, disability, age, political beliefs, or reprisal or retaliation for prior civil rights activity in any program or activity conducted or funded by USDA. Programs that receive federal financial assistance from the U.S. Department of Health and Human Services (HHS), such as Temporary Assistance for Needy Families (TANF), and programs HHS directly operates are also prohibited from discrimination under federal civil rights laws and HHS regulations.

Persons with disabilities who require alternative means of communication for program information (e.g., Braille, large print, audiotape, American Sign Language), should contact the agency (state or local) where they applied for benefits. Individuals who are deaf, hard of hearing or who have speech disabilities may contact USDA through the Federal Relay Service at (800) 877-8339. Additionally, program information may be made available in languages other than English.

**CIVIL RIGHTS COMPLAINTS INVOLVING USDA PROGRAMS**

USDA provides federal financial assistance for many food security and hunger reduction programs such as the Supplemental Nutrition Assistance Program (SNAP), the Food Distribution Program on Indian Reservations (FDPIR) and others. To file a program complaint of discrimination, complete the Program Discrimination Complaint Form, (AD-3027) found online at: https://www.usda.gov/sites/default/files/documents/ad-3027.pdf, and at any USDA office or write a letter addressed to USDA and provide in the letter all of the information requested in the form. To request a copy of the complaint form, call (866) 632-9992. Submit your completed form or letter to USDA by:

1. **mail**: Food and Nutrition Service, USDA

       1320 Braddock Place, Room 334, Alexandria, VA 22314; or

2. **fax**: (833) 256-1665 or (202) 690-7442; or
3. **phone**: (833) 620-1071; or
4. **email**: FNSCIVILRIGHTSCOMPLAINTS@usda.gov

For any other information regarding SNAP issues, persons should either contact the USDA SNAP hotline number at (800) 221-5689, which is also in Spanish, or call the state information/hotline numbers (click the link for a listing of hotline numbers by state); found online at: SNAP hotline.

**CIVIL RIGHTS COMPLAINTS INVOLVING HHS PROGRAMS**

HHS provides federal financial assistance for many programs to enhance health and well-being, including TANF, Head Start, the Low Income Home Energy Assistance Program (LIHEAP), and others. If you believe that you have been discriminated against because of your race, color, national origin, disability, age, sex (including pregnancy, sexual orientation, and gender identity), or religion in programs or activities that HHS directly operates or to which HHS provides federal financial assistance, you may file a complaint with the Office for Civil Rights (OCR) for yourself or for someone else.

To file a complaint of discrimination for yourself or someone else regarding a program receiving federal financial assistance through HHS, complete the form on line through OCR's Complaint Portal at https://ocrportal.hhs.gov/ocr/. You may also contact OCR via mail at: Centralized Case Management Operations, U.S. Department of Health and Human Services, 200 Independence Avenue, S.W., Room 509F HHH Bldg., Washington, D.C. 20201; fax: (202) 619-3818; or email: OCRmail@hhs.gov. For faster processing, we encourage you to use the OCR online portal to file complaints rather than filing via mail. Persons who need assistance with filing a civil rights complaint can email OCR at OCRMail@hhs.gov or call OCR toll-free at 1-800-368-1019, TDD 1-800-537-7697. For persons who are deaf, hard of hearing, or have speech difficulties, please dial 7-1-1 to access telecommunications relay services. We also provide alternative formats (such as Braille and large print), auxiliary aids and language assistance services free of charge for filing a complaint.

This institution is an equal opportunity provider.

If you have difficulty understanding English because you do not speak English or have a disability, please let us know.  Free language assistance or other aids and services are available upon request.  850-300-4323

إذا واجهتك صعوبة في فهم اللغة الإنجليزية لأنك لا تتحدث الإنجليزية أو تعاني من إعاقة، يرجى إخبارنا.  تتاح المساعدة اللغوية المجانية أو أي مساعدات وخدمات أخرى عند الطلب.
850-300-4323

Si vous avez des difficultés à comprendre l'anglais parce que vous ne parlez pas anglais ou en raison d'un handicap, veuillez nous en informer.  Une assistance linguistique ou d'autres types d'aides et de services sont disponibles gratuitement sur demande.  850-300-4323

Wenn Sie Schwierigkeiten haben, Englisch zu verstehen, weil Sie die Sprache nicht kennen oder weil Sie eine Behinderung haben, lassen Sie uns dies bitte wissen.  Kostenlose Sprachmittlung sowie andere Hilfsmittel und Leistungen sind auf Anfrage erhältlich.  850-300-4323

તમે અંગ્રેજી ન બોલતા હોવાના કારણે અથવા વિકલાંગતા હોવાના લીધે જો તમને અંગ્રેજી સમજવામાં સમસ્યા આવતી હોય તો , મહેરબાની કરીને અમને જણાવો. વિનંતી કરવા પર વિના મૂલ્યે ભાષાકીય મદદ અથવા અન્ય સહાય અને સેવાઓ ઉપલબ્ધ છે.
850-300-4323

Si ou gen difikilte pou konprann angle paske ou pa pale angle oswa ou gen yon andikap, tanpri di nou sa.  Gen èd ak lang avèk lòt èd ak sèvis disponib depi ou mande.  850-300-4323

Hai problemi a capire l'inglese perché non parli la lingua o hai una disabilità? Mettiti in contatto con noi.  Su richiesta, è possibile ricevere assistenza linguistica o altri servizi e tipi di supporto in maniera gratuita.  850-300-4323

영어를 할 줄 모르거나 장애 때문에 영어를 이해하기가 어려우시면 당국에 알려주십시오.
요청 시 무료 언어 지원 또는 기타 보조 도구 및 서비스를 이용하실 수 있습니다. 850-300-4323

Jeżeli masz trudności ze zrozumieniem języka angielskiego, ponieważ nie mówisz w tym języku lub jesteś osobą z niepełnosprawnością, prosimy o kontakt.  Bezpłatna pomoc językowa, a także inne formy wsparcia są dostępne na życzenie.  850-300-4323

Se você tiver dificuldade para entender inglês porque não fala inglês ou tem uma deficiência, informe-nos disso.  Um assistente de linguagem gratuito e outros auxílios e serviços estão disponíveis mediante solicitação.  850-300-4323

Если у вас есть трудности с пониманием английского языка, потому что вы не говорите на нем или являетесь лицом с ограниченными возможностями, дайте нам знать.  Бесплатные услуги языковой поддержки или другая помощь доступны по запросу.  850-300-4323

Ukoliko imate poteškoće u razumevanju engleskog jezika, bilo zbog toga što ne govorite engleski jezik ili zbog hendikepa, obavestite nas o tome.  Besplatna jezička podrška i druge vrste pomoći i usluga su dostupne na zahtev.  850-300-4323

Si tiene dificultades para entender el inglés porque no sabe el idioma o porque tiene una discapacidad, háganoslo saber.  Puede solicitar ayuda con el idioma u otras ayudas y servicios gratuitos.  850-300-4323

Kung kayo ay may kahirapan sa pag-intindi ng Ingles dahil hindi kayo nagsasalita ng Ingles o kayo ay may kapansanan, mangyaring ipaalam sa amin.  Maaaring humiling ng libreng tulong sa wika o iba pang mga tulong at serbisyo.  850-300-4323

หากมีปัญหาในการทำความเข้าใจภาษาอังกฤษเนื่องจากคุณไม่ได้สื่อสารภาษาอังกฤษหรือเป็นผู้พิการ โปรดแจ้งให้เราทราบ   บริการช่วยเหลือด้านภาษาหรือความช่วยเหลือและบริการอื่นๆ ตามต้องการโดยไม่เสียค่าใช้จ่าย **850-300-4323**

如因不會說英文或罹患殘疾而無法理解英文，請告訴我們。收到申請後，我們會提供免費語言協助或者其他協助和服務。 850-300-4323

Nếu quý vị gặp khó khăn để hiểu tiếng Anh vì quý vị không nói tiếng Anh hay bị khuyết tật, vui lòng cho chúng tôi biết.  Trợ giúp ngôn ngữ miễn phí hay các dịch vụ và hỗ trợ khác được cung cấp khi có yêu cầu.  850-300-4323