## SUPPLEMENTAL DECLARATION OF KIMBER TAYLOR

I, Kimber Taylor, hereby declare under the pains and penalties of perjury that the following is true and correct and based on personal knowledge:

1. In paragraph 20 of my initial declaration (Doc. 3-12), I stated I received a notice from DCF dated August 7, 2023, which informed me my June 29, 2023 application for Medicaid was approved, I was eligible for ongoing Medicaid coverage, and DCF reinstated my Medicaid.

2. I now believe my Medicaid coverage was not reinstated. I am worried DCF only reinstated K.H.'s coverage and not mine. A copy of the August 7, 2023, Notice of Case Action is attached to this declaration. That notice first states both K.H. and I are eligible for Medicaid from July 2023 through September 2023 ongoing, but also states I am "ineligible" for Medicaid for June 2023 because I am "receiving the same type of assistance from another program."

3. I am pregnant again and access to prenatal care is critical. Although I have private insurance, after I became pregnant again, I decided to reapply for Medicaid. I reapplied for Medicaid on January 16, 2024.

4. As of February 16, 2024, DCF had not processed my January 16th application.

5. On January 26, 2024, I visited my OB/GYN for pregnancy care. I received a bill on February 7, 2024 through my patient portal which states I owe $100 for my January 26th visit. The original cost of the appointment was $370. I assume that after an insurance discount and insurance payment from my private insurance, I still had a balance of $100. I thought the balance would be covered by Medicaid. The fact that Medicaid did not pay suggests to me that I am not enrolled in Medicaid.

6. In December 2023, DCF required every Florida Medicaid applicant/beneficiary to create a brand new MyAccess account. When I created my new MyAccess account, none of my information transferred over. The only information in my new MyAccess account is my January 16th Medicaid application.

7. I wonder if I should have appealed when I had the opportunity in June 2023 because I am completely confused about the status of my Medicaid eligibility and whether it should have continued from June 2023 (when I received the notice terminating coverage for K.H. and me) through May 2024 (which is the end of my 12-month postpartum Medicaid eligibility period). Not having full health coverage during my pregnancy makes me anxious.

Dated: 16/02/2024

*Kimber Taylor*
Kimber Taylor (Feb 16, 2024 10:10 EST)

Kimber Taylor, Declarant