# Exhibit 6



Katy DeBriere <debriere@floridahealthjustice.org>

## RE: AV's Medicaid eligibility
1 message

**Andy Bardos** <Andy.Bardos@gray-robinson.com>    Fri, Feb 2, 2024 at 10:11 AM
To: Katy DeBriere <debriere@floridahealthjustice.org>
Cc: Ashley Hoffman Lukis <ashley.lukis@gray-robinson.com>, "Tim Moore, Jr." <tim.moore@gray-robinson.com>, Sarah Grusin <grusin@healthlaw.org>, Miriam Heard <heard@healthlaw.org>, Amanda Avery <avery@healthlaw.org>, Miriam Harmatz <harmatz@floridahealthjustice.org>, Lynn Hearn <hearn@floridahealthjustice.org>, Jane Perkins <perkins@healthlaw.org>

Hi Katy,

Please see the attached NOCA, which is being mailed to the address provided by the V█████████ family. Thanks,

Andy

**Andy Bardos**
Shareholder

T  850.577.9090
D  850.577.6959
F  850.577.3311

GrayRobinson, P.A. · 301 South Bronough Street, Suite 600, Tallahassee, Florida 32301



**From:** Katy DeBriere <debriere@floridahealthjustice.org>
**Sent:** Thursday, February 1, 2024 9:09 AM
**To:** Andy Bardos <Andy.Bardos@gray-robinson.com>
**Cc:** Ashley Hoffman Lukis <ashley.lukis@gray-robinson.com>; Tim Moore, Jr. <tim.moore@gray-robinson.com>; Sarah Grusin <grusin@healthlaw.org>; Miriam Heard <heard@healthlaw.org>; Amanda Avery <avery@healthlaw.org>; Miriam Harmatz <harmatz@floridahealthjustice.org>; Lynn Hearn <hearn@floridahealthjustice.org>; Jane Perkins <perkins@healthlaw.org>
**Subject:** Re: AV's Medicaid eligibility

**This message originated outside of GrayRobinson.**

Thank you, Andy. Please find the requested information attached.

On Wed, Jan 31, 2024 at 3:58 PM Andy Bardos <Andy.Bardos@gray-robinson.com> wrote:

> Hi Katy,

If you'd like, you can send the records to me directly in this instance, given the unique circumstances of the case.

Thanks,

Andy

|  | T | 850.577.9090 |
|---|---|---|
|  | D | 850.577.6959 |
|  | F | 850.577.3311 |
| **Andy Bardos**  Shareholder |  |  |

GrayRobinson, P.A. • 301 South Bronough Street, Suite 600, Tallahassee, Florida 32301

**GRAYROBINSON**
ATTORNEYS | ADVISORS | CONSULTANTS

---

**From:** Katy DeBriere <debriere@floridahealthjustice.org>
**Sent:** Wednesday, January 31, 2024 12:09 PM
**To:** Andy Bardos <Andy.Bardos@gray-robinson.com>
**Cc:** Ashley Hoffman Lukis <ashley.lukis@gray-robinson.com>; Tim Moore, Jr. <tim.moore@gray-robinson.com>; Sarah Grusin <grusin@healthlaw.org>; Miriam Heard <heard@healthlaw.org>; Amanda Avery <avery@healthlaw.org>; Miriam Harmatz <harmatz@floridahealthjustice.org>; Lynn Hearn <hearn@floridahealthjustice.org>; Jane Perkins <perkins@healthlaw.org>
**Subject:** Re: AV's Medicaid eligibility

**This message originated outside of GrayRobinson.**

Rather than the V faxing this information to DCF, can I provide directly to you to pass on to your client?

And, as a side note, copies of these paystubs were provided as part of Pls' discovery response served on Defendants on January 22, 2024.

On Wed, Jan 31, 2024 at 11:44 AM Andy Bardos <Andy.Bardos@gray-robinson.com> wrote:

> Hi Katy,
>
> Please see the attached notice, which is being mailed to the V▇▇▇▇▇▇ family (their chosen means of communication) and requests verification of Henry's income by February 12.

Please contact me if you have any questions. Thanks,

Andy

|   |   |
|---|---|
| **Andy Bardos**<br><br>Shareholder | T 850.577.9090<br><br>D 850.577.6959<br><br>F 850.577.3311 |

GrayRobinson, P.A. ▪ 301 South Bronough Street, Suite 600, Tallahassee, Florida 32301



This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

**From:** Katy DeBriere <debriere@floridahealthjustice.org>
**Sent:** Tuesday, January 23, 2024 9:43 AM
**To:** Andy Bardos <Andy.Bardos@gray-robinson.com>; Ashley Hoffman Lukis <ashley.lukis@gray-robinson.com>; Tim Moore, Jr. <tim.moore@gray-robinson.com>
**Cc:** Sarah Grusin <grusin@healthlaw.org>; Miriam Heard <heard@healthlaw.org>; Amanda Avery <avery@healthlaw.org>; Miriam Harmatz <harmatz@floridahealthjustice.org>; Lynn Hearn <hearn@floridahealthjustice.org>; Jane Perkins <perkins@healthlaw.org>
**Subject:** AV's Medicaid eligibility

**This message originated outside of GrayRobinson.**

Dear Andy,

As you may know, on December 15, 2023, the V█████████ family applied for health insurance coverage through the marketplace (FFM).

During the four consecutive weeks prior to that application, Henry was paid:

- 10/30/23-11/12/23: 1742.22
- 11/13/23-11/26/23: 1383.69
- 11/27/23-12/10/23: 2090.95

His biweekly pay was therefore $1737.32. Multiplying that by 2, the total amount of Henry V.'s countable income to determine December Medicaid eligibility is $3474.64.

Jennifer's pay for November 2023 was:

- 11/1/23-11/14/23: 1375
- 11/15/23-11/30/23: 1112.

Therefore, Jennifer's total countable income was $2487. Adding $2487.00 to Henry's November pay of $3474.64, the total is $5961.64. This amount is under the Medicaid income limit for a household of 8 ($6110).

So for January 2024, AV is Medicaid eligible. This is likely why, when the FFM transferred the application to FHKC, FHKC sent notice to A.V. that her KidCare application was denied and being transferred to Medicaid for an eligibility determination.

Unfortunately, DCF denied A.V.'s Medicaid application On January 18, 2024. We ask that your client review its determination for correctness.

Thank you.

Sincerely,

Katy DeBriere

Legal Director

Florida Health Justice Project

www.floridahealthjustice.org


(352) 496-5419

debriere@floridahealthjustice.org

---

**AV NOCA 02.02.2024.pdf**
261K