# Exhibit 7

# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

CHIANNE D., *et al.*,

    Plaintiffs,

v.

Case No. 3:23-cv-00985-MMH-LLL

JASON WEIDA, in his official capacity as Secretary for the Florida Agency for Health Care Administration, and SHEVAUN HARRIS, in her official capacity as Secretary for the Florida Department of Children and Families,

    Defendants.

_____/

## SECRETARY HARRIS' ANSWERS TO PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION TO SECRETARY HARRIS

Pursuant to Federal Rule of Civil Procedure 33, Defendant, the Secretary of Children and Families ("DCF"), answers Plaintiffs' First Set of Requests for Admission to Defendant Shevaun Harris, Secretary for the Department of Children and Families, dated December 21, 2023.

### GENERAL STATEMENT

DCF objects to the extent that Plaintiffs' definitions and instructions purport to impose obligations different from or additional to the requirements of—or to limit the discretion of answering parties under—the Federal Rules of Civil Procedure or this Court's Local Rules or Handbook on Civil Discovery

Practice. For example, Instruction No. 12 differs from—and Instruction No. 11 exceeds—the requirements of the Federal Rules of Civil Procedure and this Court's Local Rules or Handbook on Civil Discovery Practice.

## REQUESTS FOR ADMISSION

**REQUEST NO. 1:** Admit that C.D. was enrolled in Medicaid in May 2023.

**ANSWER:** DCF understands this request to ask whether C.D. was a Medicaid enrollee in May 2023—not whether C.D.'s initial enrollment in Medicaid occurred in May 2023. With that understanding, this request is admitted.

**REQUEST NO. 2:** Admit that Chianne D. was enrolled in Medicaid in May 2023.

**ANSWER:** DCF understands this request to ask whether Chianne D. was a Medicaid enrollee in May 2023—not whether Chianne D.'s initial enrollment in Medicaid occurred in May 2023. With that understanding, this request is admitted.

**REQUEST NO. 3:** Admit that C.D. was terminated from Medicaid on May 31, 2023.

**ANSWER:** Admitted that C.D. was terminated from Medicaid on May 31, 2023, and enrolled in the Medically Needy program effective June 1, 2023.

**REQUEST NO. 4:** Admit that Chianne D. was terminated from Medicaid on May 31, 2023.

**ANSWER:** Admitted that Chianne D. was terminated from Medicaid on May 31, 2023, and enrolled in the Medically Needy program effective June 1, 2023.

**REQUEST NO. 5:** Admit that Defendant reinstated Chianne D. to Medicaid in September 2023.

**ANSWER:** Admitted that DCF reinstated Chianne D. to Medicaid in September 2023, effective retroactively to June 1, 2023.

**REQUEST NO. 6:** Admit that Kimber Taylor was terminated from Medicaid on June 30, 2023.

**ANSWER:** Admitted.

**REQUEST NO. 7:** Admit that DCF sent a NOCA to Kimber Taylor dated August 7, 2023 that stated her and her son, K.H., were eligible for Medicaid from July 2023 to September 2023, ongoing.

**ANSWER:** Admitted.

**REQUEST NO. 8:** Admit that A.V. was enrolled in Medicaid in May 2023.

3

**ANSWER:** DCF understands this request to ask whether A.V. was a Medicaid enrollee in May 2023—not whether A.V.'s initial enrollment in Medicaid occurred in May 2023. With that understanding, this request is admitted.

**REQUEST NO. 9:** Admit that DCF determined A.V.'s eligibility for Medicaid in May 2023.

**ANSWER:** Admitted.

**REQUEST NO. 10:** Admit that the income DCF used to determine A.V.'s eligibility for Medicaid in 2023 is the income listed in DCF-000229 through DCF-000247.

**ANSWER:** Denied.

**REQUEST NO. 11:** Admit that, in April 2023, for purposes of determining A.V.'s Medicaid eligibility, her standard filing unit was eight people.

**ANSWER:** Admitted.

**REQUEST NO. 12:** Admit that DCF terminated A.V.'s Medicaid eligibility on May 31, 2023.

**ANSWER:** Admitted that A.V. was terminated from Medicaid on May 31, 2023, and enrolled in the Medically Needy program effective June 1, 2023.

/s/ *Andy Bardos*
Andy Bardos (FBN 822671)
James Timothy Moore, Jr. (FBN 70023)
Ashley H. Lukis (FBN 106391)
GRAYROBINSON, P.A.
301 South Bronough Street, Suite 600
Tallahassee, Florida 32301
Telephone: 850-577-9090
andy.bardos@gray-robinson.com
tim.moore@gray-robinson.com
ashley.lukis@gray-robinson.com
*Attorneys for Defendants*

5

## **CERTIFICATE OF SERVICE**

  I certify that, on January 22, 2024, this document was served electronically on all counsel identified on the Service List that follows.

               */s/ Andy Bardos*
               Andy Bardos (FBN 822671)
               GRAYROBINSON, P.A.

## SERVICE LIST

Katherine DeBriere
FLORIDA HEALTH JUSTICE PROJECT
300 Richmond Street
Jacksonville, Florida 32205
debriere@floridahealthjustice.org

Miriam Harmatz
FLORIDA HEALTH JUSTICE PROJECT
3793 Irving Avenue
Miami, Florida 33133
harmatz@floridahealthjustice.org

Lynn Hearn
FLORIDA HEALTH JUSTICE PROJECT
3606 Dexter Drive
Tallahassee, Florida 32312
hearn@floridahealthjustice.org

Sarah Grusin
Jane Perkins
Miriam Heard
Amanda Avery
NATIONAL HEALTH LAW PROGRAM
1512 E. Franklin Street, Suite 110
Chapel Hill, North Carolina 27541
grusin@healthlaw.org
heard@healthlaw.org
avery@healthlaw.org
perkins@healthlaw.org

## SERVICE LIST

Katherine DeBriere
FLORIDA HEALTH JUSTICE PROJECT
300 Richmond Street
Jacksonville, Florida 32205
debriere@floridahealthjustice.org

Miriam Harmatz
FLORIDA HEALTH JUSTICE PROJECT
3793 Irving Avenue
Miami, Florida 33133
harmatz@floridahealthjustice.org

Lynn Hearn
FLORIDA HEALTH JUSTICE PROJECT
3606 Dexter Drive
Tallahassee, Florida 32312
hearn@floridahealthjustice.org

Sarah Grusin
Jane Perkins
Miriam Heard
Amanda Avery
NATIONAL HEALTH LAW PROGRAM
1512 E. Franklin Street, Suite 110
Chapel Hill, North Carolina 27541
grusin@healthlaw.org
heard@healthlaw.org
avery@healthlaw.org
perkins@healthlaw.org