# Exhibit 8



**Notice of Eligibility Review**
State of Florida
Department of Children and Families

ACCESS CENTRAL MAIL CENTER
P.O. BOX 1770
OCALA FL 34478

March 20, 2023                    Case: 1647806364                    Phone: (866) 762-2237

---

CHIANNE 

Dear Chianne ▮▮▮▮,

The following is information about your eligibility.

---

It is time to review your case to find out if your household is still eligible for Medicaid and/or Medically Needy.

You or your authorized representative must reapply to keep getting Medicaid or stay enrolled in Medically Needy. If you have completed a review or returned an interim contact form within the last 30 days, you do not need to reapply now.

You can complete your review online at our website at www.myflorida.com/accessflorida using your MY ACCESS Account. Your My ACCESS Account renewal will already include information you told us about your household, so it is fast and easy. If there has been a change in your household's situation, please update the information.

If you have not already set up an account, you will need your case number to register for a My ACCESS Account. That number is noted on the top of this form. After registering, you can get into your account with the username and password you choose. There are questions and answers and even videos to help you complete your review at www.myflfamilies.com/Medicaid .

If you need help completing your review online, you may visit a Department of Children and Families' (DCF) Office in your area for assistance. To locate a DCF Office, go to
www.myflfamilies.com/services/public-assistance/additional-resources-and-services/ess-storefronts-and-lobbies .

If you are unable to complete your review online, you may call our ACCESS Florida Customer Call Center
850-300-4323 for assistance.

**Additional Information for Food Assistance or Temporary Cash Assistance Recipients:**
When it is time for your food assistance or Temporary Cash Assistance review, you will receive a separate notice telling you what to do in order to complete your review for that program(s).

---

**AE30**    FORM : CF-ES 150 01 2011                                                    DCF-000001

**DCF Services:**
For information about your case, you may access your case information quickly and securely:
- through My ACCESS Account at www.myflorida.com/accessflorida,
- receive email notifications by signing up through your MyACCESS Account, or
- call the ACCESS Customer Call Center at (850) 300-4DCF (4323).

**Fair Hearings:** If you disagree with the decision we have made, you have the right to ask for a hearing before a state hearings officer. You may be represented at the hearing by a lawyer, relative, friend or anyone you choose. If you want a hearing, you must ask for the hearing by writing, calling the call center or coming into an office within 90 days from the date at the top of this notice. If you ask for a hearing before the effective date of this notice, your benefits may continue at the prior level until the hearing decision. You will be responsible to repay any benefits if the hearing decision is not in your favor.

If you need information about free legal services, call the ACCESS Customer Call Center toll free at (850) 300-4DCF (4323) for a listing of legal services in your area or you can visit  www.floridalawhelp.org.

Information on other services that may be helpful to you can be found at  www.dcf.state.fl.us/programs/access/. Local community partner agencies are available to help you apply for services. To find one near you, go to www.myflorida.com/accessflorida under "Find Us". You can search by zip code or county.

**Other information that may help you:**
- To register or update your voter registration, you can visit  www.registertovoteflorida.gov or call the ACCESS Customer Call Center at (850) 300-4DCF (4323)
- Did you earn less than $59,187 in 2022? You may be eligible for an Earned Income Tax Credit up to $6,935. For more information on were to find free tax assistance in your area call the IRS at 1-800-829-1040.
- You may be eligible to receive monthly discounts on your phone bill through Florida's Lifeline Assistance Program. Call your phone company or the Florida Public Service Commission at 1-800-342-3552 for more information.
- If you need free help obtaining child support, medical support, establishing paternity, or locating your child's parent, call the Florida Child Support Program at (850) 488-KIDS (5437).

For Florida Relay 711 or TTY services, call 1-800-955-8771.

**Nondiscrimination Policy:**
This institution is prohibited from discriminating on the basis of race, color, national origin, disability, age, sex and in some cases religion or political beliefs. The U.S. Department of Agriculture also prohibits discrimination based on race, color, national origin, sex, religious creed, disability, age, political beliefs or reprisal or retaliation for prior civil rights activity in any program or activity conducted or funded by USDA. Persons with disabilities who require alternative means of communication for program information (e.g., Braille, large print, audiotape, American Sign Language, etc.) should contact the Department of Children and Families where they applied for benefits. Individuals who are deaf, hard of hearing or have speech disabilities may contact USDA through the Federal Relay Service at (800) 877-8339. Additionally, program information may be made available in languages other than English. To file a program complaint of discrimination, complete the  USDA Program Discrimination Complaint Form , AD-3027, found online at http://www.ascr.usda.gov/complaint_filing_cust.html , and at any USDA office, or write a letter addressed to USDA and provide in the letter all of the information requested in the form. To request a copy of the complaint form, call (866) 632-9992. Submit your completed form or letter to USDA by: (1) mail: U.S. Department of Agriculture, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, SW, Washington, D.C. 20250-9410; (2) fax: (202) 690-7442; or (3) email:  program.intake@usda.gov. For any other information dealing with Supplemental Nutrition Assistance Program (SNAP) issues, persons should either contact the USDA SNAP Hotline Number at (800) 221-5689, which is also in Spanish or call the  State  Information/Hotline Numbers  (click the link for a listing of hotline numbers by State); found online at:  http://www.fns.usda.gov/snap/contact_info/hotlines.htm . To file a complaint of discrimination regarding a program receiving Federal financial assistance through the U.S. Department of Health and Human Services (HHS) write: HHS Director, Office for Civil Rights, Room 515-F, 200 Independence Avenue, S.W., Washington, D.C. 20201 or call (202) 619-0403 (voice) or (800) 537- 7697 (TTY). This institution is an equal opportunity provider.

If you have difficulty understanding English because you do not speak English or have a disability, please let us know.  Free language assistance or other aids and services are available upon request.  850-300-4323

إذا واجهتك صعوبة في فهم اللغة الإنجليزية لأنك لا تتحدث الإنجليزية أو تعاني من إعاقة، يرجى إخبارنا.  تتاح المساعدة اللغوية المجانية أو أي مساعدات وخدمات أخرى عند الطلب.
850-300-4323

Si vous avez des difficultés à comprendre l'anglais parce que vous ne parlez pas anglais ou en raison d'un handicap, veuillez nous en informer.  Une assistance linguistique ou d'autres types d'aides et de services sont disponibles gratuitement sur demande.  850-300-4323

Wenn Sie Schwierigkeiten haben, Englisch zu verstehen, weil Sie die Sprache nicht kennen oder weil Sie eine Behinderung haben, lassen Sie uns dies bitte wissen.  Kostenlose Sprachmittlung sowie andere Hilfsmittel und Leistungen sind auf Anfrage erhältlich.  850-300-4323

તમે અંગ્રેજી ન બોલતા હોવાના કારણે અથવા વિકલાંગતા હોવાના લીઘે જો તમને અંગ્રેજી સમજવામાં સમસ્યા આવતી હોય તો , મહેરબાની કરીને અમને જણાવો. વિનંતી કરવા પર વિના મૂલ્યે ભાષાકીય મદદ અથવા અન્ય સહાય અને સેવાઓ ઉપલબ્ધ છે.
850-300-4323

Si ou gen difikilte pou konprann angle paske ou pa pale angle oswa ou gen yon andikap, tanpri di nou sa.  Gen èd ak lang avèk lòt èd ak sèvis disponib depi ou mande.  850-300-4323

Hai problemi a capire l'inglese perché non parli la lingua o hai una disabilità? Mettiti in contatto con noi.  Su richiesta, è possibile ricevere assistenza linguistica o altri servizi e tipi di supporto in maniera gratuita.  850-300-4323

영어를 할 줄 모르거나 장애 때문에 영어를 이해하기가 어려우시면 당국에 알려주십시오.
요청 시 무료 언어 지원 또는 기타 보조 도구 및 서비스를 이용하실 수 있습니다. 850-300-4323

Jeżeli masz trudności ze zrozumieniem języka angielskiego, ponieważ nie mówisz w tym języku lub jesteś osobą z niepełnosprawnością, prosimy o kontakt.  Bezpłatna pomoc językowa, a także inne formy wsparcia są dostępne na życzenie.  850-300-4323

Se você tiver dificuldade para entender inglês porque não fala inglês ou tem uma deficiência, informe-nos disso.  Um assistente de linguagem gratuito e outros auxílios e serviços estão disponíveis mediante solicitação.  850-300-4323

Если у вас есть трудности с пониманием английского языка, потому что вы не говорите на нем или являетесь лицом с ограниченными возможностями, дайте нам знать.  Бесплатные услуги языковой поддержки или другая помощь доступны по запросу.  850-300-4323

Ukoliko imate poteškoće u razumevanju engleskog jezika, bilo zbog toga što ne govorite engleski jezik ili zbog hendikepa, obavestite nas o tome.  Besplatna jezička podrška i druge vrste pomoći i usluga su dostupne na zahtev.  850-300-4323

Si tiene dificultades para entender el inglés porque no sabe el idioma o porque tiene una discapacidad, háganoslo saber.  Puede solicitar ayuda con el idioma u otras ayudas y servicios gratuitos.  850-300-4323

Kung kayo ay may kahirapan sa pag-intindi ng Ingles dahil hindi kayo nagsasalita ng Ingles o kayo ay may kapansanan, mangyaring ipaalam sa amin.  Maaaring humiling ng libreng tulong sa wika o iba pang mga tulong at serbisyo.  850-300-4323

หากมีปัญหาในการทำความเข้าใจภาษาอังกฤษเนื่องจากคุณไม่ได้สื่อสารภาษาอังกฤษหรือเป็นผู้พิการ โปรดแจ้งให้เราทราบ  บริการช่วยเหลือด้านภาษาหรือความช่วยเหลือและบริการอื่นๆ ตามต้องการโดยไม่เสียค่าใช้จ่าย 850-300-4323

如因不會說英文或罹患殘疾而無法理解英文，請告訴我們。收到申請後，我們會提供免費語言協助或者其他協助和服務。 850-300-4323

Nếu quý vị gặp khó khăn để hiểu tiếng Anh vì quý vị không nói tiếng Anh hay bị khuyết tật, vui lòng cho chúng tôi biết.  Trợ giúp ngôn ngữ miễn phí hay các dịch vụ và hỗ trợ khác được cung cấp khi có yêu cầu.  850-300-4323

DCF-000003

DCF-000004