# Exhibit 9

**Department of Children and Families**     **ACCESS Management System**

| | | | | | |
|---|---|---|---|---|---|
| User ID: Z18310 | User Name: K ZUMAETA | Circuit: 07 | District: 12 | Admin: | September 5, 2023 3:57 PM |
| ACCESS #: ▓▓▓ | Case/App #: ▓▓▓ | | Rcvd Date: 03/21/2023 | Status: Disposed | Action: ADD |

**Help**

- **ID Discovered**
- **Authenticated**
- **Release of Financial Information: Authorized**

## Application Information

| | | |
|---|---|---|
| ACCESS #: ▓▓▓ | E-Signature Completed: 03/21/2023 | Application Source: Self Service Portal |
| Location: N/A | Partner ID/Admin/Unit: | |

## Summary Recap

| | |
|---|---|
| Household Summary reviewed and updated? | Yes |
| Other Household Summary reviewed and updated? | Yes |
| Asset Summary reviewed and updated? | Yes |
| Other Asset Summary reviewed and updated? | Yes |
| Employment Summary reviewed and updated? | Yes |
| Other Income Summary reviewed and updated? | Yes |
| Expenses Summary reviewed and updated? | Yes |
| Other Expenses Summary reviewed and updated? | Yes |

## Application Summary

### PIP Name

| First Name | Chianne | Middle Initial | | Last Name | D▓▓▓ | Suffix | |
|---|---|---|---|---|---|---|---|

### Household Living Address

| | | | | | |
|---|---|---|---|---|---|
| Number | ▓▓▓ | Unit | | Direction 1 | |
| Street Name | ▓▓▓ | Suffix | DR | Direction 2 | |
| Apartment # | | Address Line 2 | | | |
| City | JACKSONVILLE | State | FL | Zip Code | ▓▓▓ |
| Full Street Address | ▓▓▓ | | | | |

### Phone Numbers

| | | | |
|---|---|---|---|
| Home Phone | ▓▓▓ | Work Phone | |
| Cell Phone | ▓▓▓ | | |

### Miscellaneous

| | | | |
|---|---|---|---|
| Language | English | Email | ▓▓▓@gmail.com |
| Language Spoken | English | Interpreter | No |
| Hearing Communication Assistance | N/A | Visual Communication Assistance | N/A |
| Preferred method of receiving notices | Email | Release of Financial Information | Authorized |
| Rights and Responsibility Reviewed | Yes | Statement of Understanding Reviewed | Yes |
| HIPAA Statement Reviewed | Yes | Register to Vote | No |

### Benefit Information

**Who is Applying**
- ☐ Applying for myself
- ☑ Applying for myself and my family
- ☐ Applying for another individual
- ☐ Applying as Certified Counselor

**Type of Benefit Selected**
- ☑ Food Assistance
- ☐ Cash assistance for myself and my family
- ☐ Cash assistance for a child the court's placed with me
- ☐ Cash assistance for a child that is not mine but is related to me
- ☐ Cash assistance for Refugees
- ☑ Family Medicaid    [Eligibility Results]
- ☑ SSI-Related Medicaid

DCF-000171

☐ Nursing Home Medicaid Coverage
☐ HCBS/Waivers
☐ Hospice
☐ Medicare Savings Plan
☐ SSI Ex Parte

**Expedited Food Assistance Detail**

| | | | |
|---|---|---|---|
| Potentially eligible for Expedited Food Stamp services | No | | |
| Gross Monthly Income | 3000.00 | Rent or Mortgage Amount | 1500.00 |
| Liquid Assets | 80.00 | Heat/Cool | Yes |

**Migrant Information**

| | | | |
|---|---|---|---|
| Migrant or Seasonal farm worker | No | Income terminated | No |
| New Source of income | No | Pay date | |
| Amount | | | |

**Household Summary**

**Household List**

| First Name | Middle Initial | Last Name | Suffix | SSN | DOB | Sex | Applying | Comments |
|---|---|---|---|---|---|---|---|---|
| ▇▇▇ | ▇ | ▇▇▇ | | ▇▇▇ | ▇▇▇ | M | No | N/E |
| Chianne | ▇ | D▇▇ | | ▇▇▇ | ▇▇▇ | F | Yes | N/E |
| C▇▇ | ▇ | D▇▇ | | ▇▇▇ | ▇▇▇ | F | Yes | N/E |
| ▇▇▇ | | ▇▇▇ | | ▇▇▇ | ▇▇▇ | M | Yes | N/E |

**Household Relationships**

| Name | | Relationship | P & P |
|---|---|---|---|
| ▇▇▇ (24) is Chianne D▇▇ 's (24) | | Husband | Yes |
| ▇▇▇ (24) is C▇▇ D▇▇ 's (2) | | Father | Yes |
| ▇▇▇ (24) is ▇▇▇ 's (0) | | Father | Yes |
| Chianne D▇▇ (24) is C▇▇ D▇▇ 's (2) | | Mother | Yes |
| Chianne D▇▇ (24) is ▇▇▇ 's (0) | | Mother | Yes |
| C▇▇ D▇▇ (2) is ▇▇▇ 's (0) | | Sister | Yes |

**Tax Relationships**

| Name | Tax Dependent of | Filing Taxes | Filing Jointly | OOTH Individuals |
|---|---|---|---|---|
| ▇▇▇ | N/A | Yes | Yes | No |
| Chianne D▇▇ | N/A | Yes | Yes | No |
| C▇▇ D▇▇ | ▇▇▇ | No | No | N/A |
| ▇▇▇ | | No | N/A | N/A |

**Individual Information**



| | |
|---|---|
| Marital Status | Married |
| Living Arrangement | Home/Apartment/Trailer  Removed N/A  Returned N/A |
| Country Of Birth | United States |
| Race | White |
| Ethnic Background | Not Hispanic or Latino  Applying for Medicaid No |

**FDSH Verification Summary**

**SSA**

| SSN | Verified | Failure Reason Code | N/A |
|---|---|---|---|

**Date of Birth** Verified **Deceased** N/A **Incarceration** Not Verified

**Citizenship/Alien Status**
**Citizenship** Verified **Source** SSA
If status Not Verified click on the details icon

**Customer Authentication** N/A

**Employment Income Status**
**Employment Income** No Match **Source** FDSH
**Medicaid Income Amount** N/A

**TWN Verification Summary**

**Employment Income Status**
**Employment Income** Verified **Source** TWN
**Cash Income Amount** 5824.65 **FA Income Amount** 5824.65

Demographic, employer or income mismatch check TWN wages verification data pop up page

Chianne  D

**Marital Status** Married
**Living Arrangement** Home/Apartment/Trailer **Removed** N/A **Returned** N/A
**Country Of Birth** United States
**Race** White
**Ethnic Background** Not Hispanic or Latino **Applying for Medicaid** Yes

**FDSH Verification Summary**

**SSA**
**SSN** Verified **Failure Reason Code** N/A
**Date of Birth** Verified **Deceased** N/A **Incarceration** Not Verified

**Citizenship/Alien Status**
**Citizenship** Verified **Source** SSA
If status Not Verified click on the details icon

**Customer Authentication** Authenticated

**Employment Income Status**
**Employment Income** No Match **Source** FDSH
**Medicaid Income Amount** N/A

**TWN Verification Summary**

**Employment Income Status**
**Employment Income** No Match **Source** TWN
**Cash Income Amount** N/A **FA Income Amount** N/A

C  D

**Marital Status** Single-never married
**Living Arrangement** Home/Apartment/Trailer **Removed** N/A **Returned** N/A
**Country Of Birth** United States
**Race** White
**Ethnic Background** Not Hispanic or Latino **Applying for Medicaid** Yes

DCF-000173

**FDSH Verification Summary**

**SSA**
SSN  Verified  Failure Reason Code  N/A
Date of Birth  Verified  Deceased  N/A  Incarceration  Not Verified

**Citizenship/Alien Status**
Citizenship  Verified  Source  SSA
If status Not Verified click on the details icon

Customer Authentication  N/A

**Employment Income Status**
Employment Income  No Match  Source  FDSH
Medicaid Income Amount  N/A

---

Marital Status  Single-never married
Living Arrangement  Home/Apartment/Trailer  Removed  N/A  Returned  N/A
Country Of Birth  United States
Race  White
Ethnic Background  Not Hispanic or Latino  Applying for Medicaid  Yes

**FDSH Verification Summary**

**SSA**
SSN  Verified  Failure Reason Code  N/A
Date of Birth  Verified  Deceased  N/A  Incarceration  Not Verified

**Citizenship/Alien Status**
Citizenship  Verified  Source  SSA
If status Not Verified click on the details icon

Customer Authentication  N/A

**Employment Income Status**
Employment Income  No Match  Source  FDSH
Medicaid Income Amount  N/A

**Household Information**

Florida Resident  Yes  US Military  N/A
Emancipated Minor  N/A  Foster Child  N/A  Renal Dialysis  No
Human Trafficking  N/A  Immunization  N/A  Child Health Care Check  N/A

Aged out of foster care verified by Florida Safe Families Network (FSFN)  N/A
Received food assistance, cash or Medicaid in another state  No
Fleeing the law due to a felony or probation or parole violation  No
Convicted of drug trafficking felony or trading food assistance  No
Convicted of receiving benefits in more than one state at the same time  No
Children limited or prevented in any way in ability to do things most children of the same age can do.  N/A
Children that need or get special therapy such as physical, mental health, occupational, speech therapy, treatment or counseling for emotional, developmental or behavioral problems.  N/A

DCF-000174

| | |
|---|---|
| Children that need or use more medical care, mental health or educational services than usual for children of the same age. | N/A |
| Member of a federally recognized tribe | N/A |
| Name of the tribe | N/A |
| Received services from the Indian Health Service, a tribal health program, or urban Indian Health Program or through referral from one of these programs | N/A |
| Eligible to receive services from the Indian Health Service, a trible health program, or urban Indian Health Program or through referral from one of these programs | N/A |

### Chianne D█████

| | | | | | |
|---|---|---|---|---|---|
| **Florida Resident** | Yes | **US Military** | N/A | | |
| **Emancipated Minor** | N/A | **Foster Child** | N/A | **Renal Dialysis** | No |
| **Human Trafficking** | N/A | **Immunization** | N/A | **Child Health Care Check** | N/A |

| | |
|---|---|
| Aged out of foster care verified by Florida Safe Families Network (FSFN) | N/A |
| Received food assistance, cash or Medicaid in another state | No |
| Fleeing the law due to a felony or probation or parole violation | No |
| Convicted of drug trafficking felony or trading food assistance | No |
| Convicted of receiving benefits in more than one state at the same time | No |
| Children limited or prevented in any way in ability to do things most children of the same age can do. | N/A |
| Children that need or get special therapy such as physical, mental health, occupational, speech therapy, treatment or counseling for emotional, developmental or behavioral problems. | N/A |
| Children that need or use more medical care, mental health or educational services than usual for children of the same age. | N/A |
| Member of a federally recognized tribe | N/A |
| Name of the tribe | N/A |
| Received services from the Indian Health Service, a tribal health program, or urban Indian Health Program or through referral from one of these programs | N/A |
| Eligible to receive services from the Indian Health Service, a trible health program, or urban Indian Health Program or through referral from one of these programs | N/A |

### C█████ D█████

| | | | | | |
|---|---|---|---|---|---|
| **Florida Resident** | Yes | **US Military** | N/A | | |
| **Emancipated Minor** | No | **Foster Child** | No | **Renal Dialysis** | No |
| **Human Trafficking** | N/A | **Immunization** | N/A | **Child Health Care Check** | Yes |

| | |
|---|---|
| Aged out of foster care verified by Florida Safe Families Network (FSFN) | N/A |
| Received food assistance, cash or Medicaid in another state | No |
| Fleeing the law due to a felony or probation or parole violation | N/A |
| Convicted of drug trafficking felony or trading food assistance | N/A |
| Convicted of receiving benefits in more than one state at the same time | N/A |
| Children limited or prevented in any way in ability to do things most children of the same age can do. | Yes |
| Children that need or get special therapy such as physical, mental health, occupational, speech therapy, treatment or counseling for emotional, developmental or behavioral problems. | No |
| Children that need or use more medical care, mental health or educational services than usual for children of the same age. | Yes |
| Member of a federally recognized tribe | N/A |
| Name of the tribe | N/A |
| Received services from the Indian Health Service, a tribal health program, or urban Indian Health Program or through referral from one of these programs | N/A |
| Eligible to receive services from the Indian Health Service, a trible health program, or urban Indian Health Program or through referral from one of these programs | N/A |

### ███████████

| | | | | | |
|---|---|---|---|---|---|
| **Florida Resident** | Yes | **US Military** | N/A | | |
| **Emancipated Minor** | No | **Foster Child** | No | **Renal Dialysis** | No |

DCF-000175

| | |
|---|---|
| Human Trafficking | N/A |
| Immunization | N/A |
| Child Health Care Check | Yes |
| Aged out of foster care verified by Florida Safe Families Network (FSFN) | N/A |
| Received food assistance, cash or Medicaid in another state | No |
| Fleeing the law due to a felony or probation or parole violation | N/A |
| Convicted of drug trafficking felony or trading food assistance | N/A |
| Convicted of receiving benefits in more than one state at the same time | N/A |
| Children limited or prevented in any way in ability to do things most children of the same age can do. | No |
| Children that need or get special therapy such as physical, mental health, occupational, speech therapy, treatment or counseling for emotional, developmental or behavioral problems. | No |
| Children that need or use more medical care, mental health or educational services than usual for children of the same age. | No |
| Member of a federally recognized tribe | N/A |
| Name of the tribe | N/A |
| Received services from the Indian Health Service, a tribal health program, or urban Indian Health Program or through referral from one of these programs | N/A |
| Eligible to receive services from the Indian Health Service, a trible health program, or urban Indian Health Program or through referral from one of these programs | N/A |

| Name | Citizen | Disability | Pregnancy | School | Alias Name/SSN | Hospice | Waiver |
|---|---|---|---|---|---|---|---|
| | Yes | No | N/A | No | No | N/A | N/A |
| Chianne D | Yes | No | No | Yes | Yes | N/A | N/A |
| C    D | Yes | Yes | No | No | No | N/A | N/A |
| | Yes | No | N/A | No | No | N/A | N/A |

| Name | Out of US Past 30 Days | SSI in past/not now |
|---|---|---|
| | No | No |
| Chianne D | No | No |
| C    D | No | No |
| | No | No |

### Certification of Identity



| | | Identity Certified | N/A |
|---|---|---|---|
| Chianne Douberley | | Identity Certified | N/A |
| Charlotte Douberley | | Identity Certified | Yes |
| | | Identity Certified | Yes |

### Disability Details

C    D

| | |
|---|---|
| Disability Established | Yes |
| Denied by SSA/SSI | No |
| Disability Denial Date | N/E |
| Appeal Denial in Last Year | No |
| Health Condition Changed since Denial | No |
| Ever Received and then Stopped Receiving SSI or SSA | No |
| Able to Purchase and Prepare Meals? | N/E |
| Incapacity or disability to last more than 30 days? | N/E |
| Incapactity or disability to last more than 12 months? | N/E |

Disability Pamphlet reviewed? Yes

### School Details

DCF-000176



Chianne D[redacted]

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| School Name | University of Phoeni | District | N/E | School Conf Attended | N/A |
| School Type | Other | Attendance | Full-time | School Conf Date | N/A |
| Completion Date | N/E | | | Who Attended | N/A |
| Higher Learning Participating in Work Study Program | N/E | | | | |
| Education level | N/A | | | | |

## Case Information

| Field | Value | Field | Value |
|---|---|---|---|
| Interested in Lifeline Assistance | No | Currently have Phone Service | N/E |
| Name on Phone Bill | N/E | Case previously closed | N/A |

## Asset Summary

| Name | Liquid Assets | Life Insurance | Vehicle | Real Estate/Property | Business Assets | Asset Transfer | Cash Settlement |
|---|---|---|---|---|---|---|---|
| [redacted] | Yes | No | Yes | No | No | No | No |
| Chianne D[redacted] | No | No | No | No | No | No | No |
| C[redacted] D[redacted] | No | No | No | No | No | No | No |
| [redacted] | No | No | No | No | No | No | No |

## Liquid Asset Details



| Field | Value | Field | Value |
|---|---|---|---|
| Type of Asset | Checking account | Bank or Company Name | |
| Account # | | Value | 80.00 |
| Jointly Owned With | No One | Percentage Owned | |
| Designated for Burial | No | Amount Designated | 0.00 |

## Vehicle Details



| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Year | 2016 | Make | Nissan | Amount Owed | |
| Model | Rogue | Type | Automobile | Vehicle Usage | Household Transportation |
| Licensed | Yes | Has access to and use of this vehicle | Yes | | |
| Jointly Owned With | No One | Percentage Owned | | | |

## Employment Summary

| Name | Current | Past | Self | Room & Board Income | Strike | Refused a Job | SWICA Response | SWICA Detail |
|---|---|---|---|---|---|---|---|---|
| [redacted] | Yes | Yes | No | No | No | No | No | |
| Chianne D[redacted] | No | No | No | No | No | No | No | |
| C[redacted] D[redacted] | No | No | No | No | No | No | No | |
| [redacted] | No | No | No | No | No | No | No | |

## Current Employment Income Details



| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Begin Date | 02/25/2023 | Amount of Pay | 800.00 | Tips Not Included in Pay | |
| Pay Frequency | Other | Hours Worked per Month | 160 | | |

**FDSH Verification Summary**

| | | | |
|---|---|---|---|
| Income Verified | Yes | Verification Source | N/A |
| Reasonable Compatibility met | N/A | | |
| Medicaid Income Amount | N/A | | |

**TWN Verification Summary**

| | | | |
|---|---|---|---|
| Income Verified | Yes | Verification Source | TWN |
| Cash Income Amount | 5824.65 | FA Income Amount | 5824.65 |

Comments

Employer Name: Construction Solutions    Phone:
Employer Address:

**Past Employment Income Details**



Begin Date: 05/01/2017    Amount of Pay: 1500.00    Tips Not Included in Pay:
Pay Frequency: Bi-weekly    Hours Worked per Month: 160

Comments

Employer Name: HALLS GAS SERVICE    Phone:
Employer Address:
End Date: 02/20/2023    Final Pay Date: 02/24/2023
Income Amount (before Deductions) Received in the Current Month: 3000.00
Income Amount (before Deductions) Expected Next Month: 3200.00

Comments

**Other Income Summary**

| Name | Social Security Income | Supplemental Security Income | Worker's Compensation/Disability/Sick Benefits | Alimony/Child Supplement |
|---|---|---|---|---|
|  | No | No | No | No |
| Chianne D | No | No | No | No |
| C D | No | No | No | No |
|  | No | No | No | No |

| Name | Income from another Agency/Assistance from another State/Money from another Person | Dividends/Interest Income Qualified Trust/Estate Trust Fund | Educational Aid |
|---|---|---|---|
|  | No | No | N/E |
| Chianne D | No | No | Yes |
| C D | No | No | N/E |

| Name | Income from another Agency/Assistance from another State/Money from another Person | Dividends/Interest Income Qualified Trust/Estate Trust Fund | Educational Aid |
|---|---|---|---|
| ▮▮ | No | No | N/E |

| Name | Unemployment Compensation | UC Verification Response | UC Verification Detail |
|---|---|---|---|
| ▮▮ | No | No | 💬 |
| Chianne D▮ | No | No | 💬 |
| C▮ D▮ | No | No | 💬 |
| ▮▮ | No | No | 💬 |

| Name | Pub Retirement/RR Retirement/Civil Service Annuity/Union Funds/Pensions | Reparation Payment/Black Lung Benefits | Training Allowance/Educational Stipends |
|---|---|---|---|
| ▮▮ | No | No | No |
| Chianne D▮ | No | No | No |
| C▮ D▮ | No | No | No |
| ▮▮ | No | No | No |

| Name | Veteran's Benefits/Military Allotment | Home Care for the Elderly or Home Care for Disabled Adults | Other Source | Application for Other Benefits |
|---|---|---|---|---|
| ▮▮ | No | No | No | No |
| Chianne D▮ | No | No | No | No |
| C▮ D▮ | No | No | No | No |
| ▮▮ | No | No | No | No |

## Educational Aid Details



**Chianne D▮**
- Type: Loan
- Begin Date: 05/01/2022
- Amount of Income: 54560.00
- End Date: 06/01/2026

**Chianne D▮**
- Type: Tuition
- Begin Date: 05/01/2022
- Amount of Income: 54560.00
- End Date: 06/01/2026

**Chianne D▮**
- Type: Books / Supplies
- Begin Date: 05/01/2022
- Amount of Income: 3000.00
- End Date: 06/01/2026

## Expense Summary

| Name | Medicare | Housing | Utility | Child/Adult Daycare | Room & Board | Heating and Cooling Costs |
|---|---|---|---|---|---|---|
| ▮▮ | No | Yes | Yes | No | No | Yes |
| Chianne D▮ | No | No | No | No | No | No |
| C▮ D▮ | No | No | No | No | No | No |
| ▮▮ | No | No | No | No | No | No |

| Name | Homeless | Support Payments | Medical Expense Details | Past Medical Expenses | Blind Work-Related Expenses | Tax Deductions |
|---|---|---|---|---|---|---|
| ▮▮ | No | No | N/E | N/E | No | No |
| Chianne D▮ | No | No | N/E | Yes | No | No |
| C▮ D▮ | No | No | N/E | Yes | No | N/A |
| ▮▮ | No | No | N/E | Yes | No | N/A |

DCF-000179

| | |
|---|---|
| **Received Low Income Housing Energy Assistance (LIHEAP)** | No |
| **Does anyone have health insurance?** | Yes |
| **Has anyone in your home been offered health insurance through their current employer but declined coverage? Informational only - Do not enter in FLORIDA** | N/E |

### Household Expense Details

| | | | |
|---|---|---|---|
| **Shelter Expense Type** | Rent | **Monthly Amount** | 1500.00 |
| **Who Pays Part of this Expense** | | **How Much do They Pay** | 0.00 |
| **Section 8** | No | **HUD** | No |

**Comments**

### Utility Expense Details

| | | | |
|---|---|---|---|
| **Utility Expense Type** | Water/sewer | **Monthly Amount** | 200.00 |
| **Who Pays Part of this Expense** | | **How Much do They Pay** | 0.00 |
| **Section 8** | No | **HUD** | No |

**Comments**

| | | | |
|---|---|---|---|
| **Utility Expense Type** | Electricity | **Monthly Amount** | 200.00 |
| **Who Pays Part of this Expense** | | **How Much do They Pay** | 0.00 |
| **Section 8** | No | **HUD** | No |

**Comments**

### Past Medical Expense Details

Chianne D███████
**PIP**
**Months** Feb

C███████ D███████
**Months** Dec, Feb

████████████

**Months** Feb

DCF-000181