# Exhibit 11

4-11-2023

I, ███████ attest to the fact that ███████ left Hall's Gas on October 5, 2021.

███████
███████@duluthtrading.com
904-945-0554
Case No. #1647806364

DCF-000076

4/11/2023 6:36 PM  FROM: OfficeMax #6760  p. 1/1