# Exhibit 12

D. Chianne

*vs.*

AHCA-DCF

Audio Transcription of:

Phone Call - (8)

**LEXITAS**

DCF-004012

TRANSCRIPTION OF PHONE CALL

IN RE: D. CHIANNE VS. AHCA-DCF

May 30, 2023 (AM)

Stenographically Transcribed Audio Recording By:
Shelby Rosenberg, Florida Professional Reporter

Job No.: 330267

DCF-004013

```
                                                            Page 2
 1   Thereupon,
 2   the following proceedings were transcribed from an audio
 3   recording:
 4           DCF REPRESENTATIVE:  "If you're receiving
 5      account notifications via U.S. mail, confirm your
 6      e-mail address and change your account settings to
 7      electronic notices in your My Access account to
 8      ensure you receive correspondence in the quickest way
 9      and to go green."
10           Good morning.  My name is Casey.  Who do I have
11      the pleasure of speaking with today?
12           MS. D█████:  Hi.  Name is Chianne D█████.
13           DCF REPRESENTATIVE:  Hello, Ms. Chianne.  How
14      are you.
15           MS. D█████:  I'm good.  How are you?
16           DCF REPRESENTATIVE:  I'm good.  Ms. Chianne,
17      may I access your case today by case number or
18      social, please?
19           MS. D█████:  Sure.  It's -- my social is
20           .
21           DCF REPRESENTATIVE:  Ms. Chianne, your social
22      was         ?
23           MS. D█████:  Yes.
24           DCF REPRESENTATIVE:  And what's your name and
25      date of birth, again, please for verification?
```

```
                                                                  Page 3
  1              MS. D▊▊▊▊▊▊: So I don't know if it still has
  2     my maiden name, which would be ▊▊▊▊▊▊▊▊▊ is the
  3     last name. My date of birth is ▊▊▊▊▊▊▊▊▊▊▊▊. I
  4     tried to change it so it would reflect my married
  5     name, which is D▊▊▊▊▊▊, D-▊▊▊▊▊▊▊▊▊▊.
  6              DCF REPRESENTATIVE: I have both here.
  7              MS. D▊▊▊▊▊▊: Oh, okay, good. Cool.
  8              DCF REPRESENTATIVE: And Ms. Chianne, can you
  9     also provide for me the address on file?
 10              MS. D▊▊▊▊▊▊: It should be ▊▊▊▊▊▊▊▊▊
 11     ▊▊▊▊▊▊▊, Jacksonville, Florida.
 12              DCF REPRESENTATIVE: Okay. And Ms. Chianne,
 13     how may I assist you?
 14              MS. D▊▊▊▊▊▊: My Access Florida says that my
 15     daughter and I's coverage date ends today
 16     essentially, and I wanted to see what was going on
 17     with that. And then it also says that my son's
 18     coverage is still up for recertification with you.
 19     So I just wanted to kind of see what was going on.
 20              DCF REPRESENTATIVE: Okay. So I see that
 21     S.D.'s Medicaid looks like it was scheduled to end
 22     April 30th of 2024. Yours and C.D.▊▊▊▊▊'s are good,
 23     which are medically needy. You both have Medicaid
 24     until May of 2024.
 25              MS. D▊▊▊▊▊▊: Okay. Well, when I talked to
```

```
                                                       Page 4
 1   United Healthcare I think a few days ago, they said
 2   that it was requesting on their end as well that it
 3   was going to end today.  So what I did is I went to
 4   medical assistance, I went to the details, and I
 5   clicked on the information section next to each of
 6   our names and it will select on my end and I guess
 7   United Healthcare's end as well that it ends, that it
 8   was only open from 5/1 to 5/30 or the 31st of this
 9   year.  So I have upcoming appointments with my
10   daughter, I just wanted to make sure that we were all
11   good.
12        DCF REPRESENTATIVE:  This is very conflicting,
13   because I show one thing, but then a whole nother
14   website shows me something different.  Hold on.  I'm
15   looking at everybody's.
16        MS. D_____:  You're fine.
17        DCF REPRESENTATIVE:  And you said that you did
18   create a new application or a renewal?
19        MS. D_____:  Yeah.  So I guess that's where
20   his recertification came from.  It would have been
21   the beginning of May.  At the beginning of May, I had
22   sent in a recertification on the Medicaid website for
23   us.
24        DCF REPRESENTATIVE:  And that very well may
25   still be pending.  Now, I show that -- hold on,
```

```
                                                             Page 5
 1    there's S.D.    , and then I have baby of -- so you
 2    have a newbie, a baby-baby, right?
 3         MS. D          :  Yeah, that's S.D.    .
 4         DCF REPRESENTATIVE:  Okay.  Did you ever call
 5    in and report his birth?
 6         MS. D          :  I never called, but when I did
 7    the recertification -- can you hear me?  Sorry.
 8         DCF REPRESENTATIVE:  Yeah, I can hear you.
 9         MS. D          :  Wherever I did the
10    recertification, I did put in that he was born, which
11    is I think why his name changed from baby of to
12    S.D.    on my end.
13         DCF REPRESENTATIVE:  I see S.D.    .  Hold on.
14    I'm going in to look at your actual application.
15         MS. D          :  Okay.
16         DCF REPRESENTATIVE:  Bear with me just a
17    moment, please.
18         MS. D          :  You're okay.
19         DCF REPRESENTATIVE:  Okay.  All right.  I'm
20    still -- I'm trying to figure this out.  I'm sorry.
21         MS. D          :  You're okay.  It's fine.
22         DCF REPRESENTATIVE:  When was your son born?
23         MS. D          :  He was born            of
24    this year.
25         DCF REPRESENTATIVE:  Okay.  So the last renewal
```

```
                                                              Page 6
 1   that I have from you is March 21st.
 2        MS. D█████:  Of this year?
 3        DCF REPRESENTATIVE:  Mm-hmm.  So I'm thinking
 4   that the renewal may have been done too early.  Hold
 5   on.  Okay.  So I here see here where the Medicaid
 6   wants to renew.  This was as of the 21st.  The
 7   Medicaid was to renew -- it shows that you're over
 8   income to receive food assistance, then on the 10th,
 9   there's also notes here where you had stated that
10   your husband's not working, there was no termination
11   letter or loss of income because something that was
12   signed -- they asked you to write a statement, asked
13   you to write a statement of the last time you were
14   working and it told you it needed to include their
15   name, their phone number and signature, and it has to
16   be dated.
17        MS. D█████:  Yeah, we sent that in.  We had
18   mailed that or faxed it.  I believe it was a fax.
19        DCF REPRESENTATIVE:  Okay.  So I what to want
20   to do -- what it looks like there's an issue with
21   here is that the Medicaid department needs to -- yes,
22   the Medicaid has been extended.  Now, what it looks
23   like is it needs to be updated in the Medicaid
24   system, okay?  And so what I'm going to do -- I was
25   just searching everything and I only can find one
```

```
                                                          Page 7
 1   screen that shows that the benefits are going to end.
 2        MS. D█████: Personally [indiscernible], but
 3   my daughter is extremely medically needy
 4   [indiscernible].
 5        DCF REPRESENTATIVE: Ma'am, you're breaking up
 6   really, really badly.
 7        MS. D█████: Sorry, [indiscernible]
 8   medication that she needs every day. So the benefits
 9   on her end, that would be [indiscernible].
10        DCF REPRESENTATIVE: Right. Okay. What I'm
11   going to do for you, Ms. Chianne, is I'm actually
12   going to transfer this call over so that we can get
13   the Medicaid system updated as well.
14        MS. D█████: Okay.
15        DCF REPRESENTATIVE: And the benefits will
16   continue.
17        MS. D█████: Okay. And then who are you
18   transferring me to?
19        DCF REPRESENTATIVE: Just a senior agent,
20   because they can make these corrections and they can
21   get everything continued the way it needs to be.
22        MS. D█████: Okay. Well, I have never had
23   much luck being transferred over to a senior agent.
24   It's like every time I'm transferred to someone
25   higher up, no one ever answered. So is there a
```

Page 8

1  direct extension?
2      DCF REPRESENTATIVE: Unfortunately, there's
3  not. However, just please be patient with us. Let
4  me go ahead and transfer it over before it gets much
5  later because this Tuesday is our Monday. As you
6  know, yesterday was a holiday, so our call ends are
7  extremely busy, I'm sure, because I'm sure some
8  people thought that we may be open yesterday and they
9  were trying to get help on a Monday for Monday calls,
10 and unfortunately, no one was here.
11     What I am going to do is transfer you over.
12 Should you get hung up on, call right back. If you
13 get an option for a callback option, take it. Leave
14 your phone number, they will call you. They will
15 only call you one time, so please keep your phone on
16 you so that you can receive that call, okay?
17     MS. D[redacted]: Thank you.
18     DCF REPRESENTATIVE: Ms. Chianne, it's been my
19 absolute pleasure to assist you today. Ma'am, thank
20 you very much for calling DCF, and have a lovely day.
21     MS. D[redacted]: Thanks. You, too.
22     (Called transferred.)
23     DCF REPRESENTATIVE: Thank you for calling DCF.
24 My name is Dimitri. With whom do I have the pleasure
25 of speaking with?

```
                                                                Page 9
 1          MS. D[REDACTED]:  Hi, Dimitri.  My name is
 2   Chianne D[REDACTED].
 3          DCF REPRESENTATIVE:  How are you doing, Ms.
 4   Chianne?
 5          MS. D[REDACTED]:  I'm doing okay.  How are you?
 6          DCF REPRESENTATIVE:  I'm doing wonderful,
 7   ma'am.  Thank you for asking.  How may I assist you,
 8   ma'am?
 9          MS. D[REDACTED]:  So I was just speaking to --
10   sorry -- I was just speaking to another agent and she
11   says there are things in the system that need to be
12   updated, because I called, and from my end, it looks
13   like mine and my daughter's benefits are ending
14   today.  It looks like mine and my daughter's benefits
15   are ending today, and she says that it looks like
16   they're extended until next year, but it's not
17   showing on my end and it's not showing on United
18   Healthcare's end either, that we're still covered
19   through them.
20          DCF REPRESENTATIVE:  So she did a transfer and
21   it came back to me as a level one agent.  I think she
22   was trying to transfer you to a tier three.  Is that
23   what she stated, or no?
24          MS. D[REDACTED]:  I believe so.  I think she said
25   somebody who could update the system.
```

```
                                                               Page 10
 1          DCF REPRESENTATIVE:  Yeah, that's a tier three.
 2   I don't know what's going on with the system, but it
 3   seems like it jumped back into the queue and it will
 4   get an agent such as myself, which is a level one
 5   agent.  You're going to need a tier three agent.  And
 6   I'm going to get you transferred over to them, but I
 7   gotta reverify you again, unfortunately.  I apologize
 8   for this.
 9          MS. D▇▇▇▇▇▇:  That's okay.
10          DCF REPRESENTATIVE:  Let's see, first thing's
11   first, would you mind giving me your social, and
12   could you give it to me slowly, please?
13          MS. D▇▇▇▇▇▇:  Sure.  It's --
14          DCF REPRESENTATIVE:  Your phone broke up on me,
15   I apologize.
16          MS. D▇▇▇▇▇▇:  It's ▇▇▇▇▇▇▇▇▇▇.
17          DCF REPRESENTATIVE:  Okay.  I'm going to read
18   it back to you.  ▇▇▇▇▇▇▇▇▇▇.
19          MS. D▇▇▇▇▇▇:  Yes.  That would we it.
20          DCF REPRESENTATIVE:  And that's been as of
21   late.  It's not reflecting in certain areas as it
22   should.  I don't know.  I've been having like -- like
23   five callers last week just tell me that, and they're
24   covered with the insurance as well.  I don't know.
25          MS. D▇▇▇▇▇▇:  Yeah.  I've had United
```

```
                                                          Page 11
 1   Healthcare blowing my phone up the past month like,
 2   "Have you renewed?  Are you renewing?"  I'm like,
 3   "Yeah," [indiscernible], okay, well, I need somebody
 4   to fix it."
 5        DCF REPRESENTATIVE:  I didn't hear that last
 6   part, ma'am.  Your phone broke up on me.  I
 7   apologize.
 8        MS. D▓▓▓▓▓▓:  [Indiscernible] all I'm saying
 9   is that it's unfortunate that it's reflecting not
10   correctly in United Healthcare's system because my
11   daughter is very medically needy.  So if our
12   insurance would just end today, [indiscernible], then
13   [indiscernible] still need to be covered.
14        DCF REPRESENTATIVE:  Right.  I'll tell you --
15        MS. D▓▓▓▓▓▓:  I will not sit here and talk
16   your ear off.
17        DCF REPRESENTATIVE:  You're okay.  Believe me,
18   you are fine.  Okay.  For security purposes, would
19   you mind verifying your first name, last name, and
20   date of birth for me.
21        MS. D▓▓▓▓▓▓:  Sure.  It's Chianne D▓▓▓▓▓▓,
22   and my date of birth is ▓▓▓▓▓▓▓▓▓▓▓▓▓.
23        DCF REPRESENTATIVE:  Thank you so much for
24   that.  Let's see here.  My computer is moving slowly
25   today.
```

```
                                                          Page 12
 1        MS. D█████:  You're okay.
 2        DCF REPRESENTATIVE:  Okay.  For security
 3   purposes, would you mind verifying your household
 4   living address.
 5        MS. D█████:  ████████████████,
 6   Jacksonville, Florida ████.
 7        DCF REPRESENTATIVE:  Thank you so much for
 8   that.  One moment.  I'm getting that transfer up.
 9   One moment here.  Okay, ma'am.  Is there anything
10   else that I can assist you with before I transfer
11   you?
12        MS. D█████:  No.  That will be all.  Thank
13   you so much.
14        DCF REPRESENTATIVE:  You're more than welcome,
15   ma'am.  And I hope that everything works itself out
16   for you.  Thank you for calling DCF.
17        MS. D█████:  Thank you.
18        DCF REPRESENTATIVE:  You're more than welcome.
19   Take care.
20        MS. D█████:  You, too.  Buh-bye.
21        (Transcription concluded.)
22
23
24
25
```

Page 13

CERTIFICATE OF REPORTER

STATE OF FLORIDA  )
COUNTY OF BROWARD )

I, Shelby Rosenberg, Florida Professional Reporter, certify that I was authorized to and did stenographically transcribe the foregoing audio recording to the best of my ability and that the transcript is a true and complete record of my stenographic notes.

Dated this 2nd of October, 2023.

_____
Shelby Rosenberg, Florida Professional Reporter

DCF-004025