**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CHIANNE D.; C.D., by and through
her mother and next friend, Chianne D.;
A.V., by and through her mother
and next friend, Jennifer V.; KIMBER
TAYLOR; and K.H., by and through his
mother and next friend, Kimber Taylor,

          Plaintiffs,

-vs-                                  Case No. 3:23-cv-985-MMH-LLL

JASON WEIDA, in his official
capacity as Secretary for the FLORIDA
AGENCY FOR HEALTH CARE
ADMINISTRATION, and SHEVAUN
HARRIS, in her official capacity as
Secretary for the FLORIDA
DEPARTMENT OF CHILDREN
AND FAMILIES,

          Defendants.
_____/

**O R D E R**

      **THIS CAUSE** is before the Court on Plaintiffs' Motion for Extension of Time for Plaintiffs to Respond to Defendant's [sic] Motions to Dismiss and Bifurcate (Doc. 89; Motion), filed on March 5, 2024. In the Motion, Plaintiffs request an extension until April 5, 2024, to file responses to Defendants' Motion to Bifurcate (Doc. 86) and Defendants' Motion to Dismiss Chianne's and C.D.'s Claims (Doc. 87). See Motion at 1. Upon review of the Motion and record in

this case, the Court finds good cause to extend the response deadline for the above motions to March 29, 2024. While the Court appreciates the challenges facing Plaintiffs' counsel as described in the Motion, any further extension is not feasible as the Court must have sufficient time to rule on these Motions prior to the trial in this case. In light of the foregoing, it is

**ORDERED:**

Plaintiffs' Motion for Extension of Time for Plaintiffs to Respond to Defendant's [sic] Motions to Dismiss and Bifurcate (Doc. 89) is **GRANTED, in part, and DENIED, in part**.

- A. The Motion is **GRANTED** to the extent the response deadline for Defendants' Motion to Bifurcate (Doc. 86) and Defendants' Motion to Dismiss (Doc. 87) is extended to **MARCH 29, 2024.**
- **B.** Otherwise, the Motion is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida, on March 8, 2024.

MARCIA MORALES HOWARD
United States District Judge

lc11
Copies to:

Counsel of Record
Pro Se Parties