United States District Court
Middle District of Florida
Jacksonville Division

**CHIANNE D.; C.D., BY AND THROUGH
HER MOTHER AND NEXT FRIEND, CHIANNE D.;
AND A.V., BY AND THROUGH HER MOTHER
AND NEXT FRIEND JENNIFER V.; KIMBER TAYLOR,
AND K.H., BY AND THROUGH HIS MOTHER AND
NEXT FRIEND, KIMBER TAYLOR,**

    **PLAINTIFFS,**

V.                              **NO. 3:23-CV-985-MMH-LLL**

**JASON WEIDA, IN HIS OFFICIAL CAPACITY
AS SECRETARY FOR THE FLORIDA AGENCY
FOR HEALTH CARE ADMINISTRATION, AND
SHEVAUN HARRIS, IN HER OFFICIAL CAPACITY
AS SECRETARY FOR THE FLORIDA DEPARTMENT
OF CHILDREN AND FAMILIES,**

    **DEFENDANTS.**
_____

### Order Directing Expedited Response and Setting Hearing on Motion

Before the Court is Plaintiffs' Motion to Compel Production of Documents and to Re-Convene Agency Representative Deposition. Doc. 97. This matter is scheduled for a bench trial set to begin on May 13, 2024, doc. 72 at 3; thus, the Court concludes that an expedited response to plaintiffs' motion is required. *See* Local Rule 3.01(c) of the United States District Court for the Middle District of Florida.

Accordingly, **Defendant, Shevaun Harris, in her official capacity as Secretary for the Florida Department of Children and Families**, shall file her **response to plaintiffs' motion**, doc. 97, **on or before April 1, 2024**.

Moreover, the parties are advised a hearing will be held on plaintiffs' motion and any responses, *id.*, on **Friday**, **April 5, 2024, at 11:00 a.m. in Courtroom 5D of the Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, Florida**. Lead counsel for all parties shall appear.[1]

The Court reminds the parties of the good faith conferral requirement set forth in Local Rule 3.01(g) and **directs the parties to make every reasonable effort to resolve or narrow the outstanding issues prior to the hearing.**

**Ordered** in Jacksonville, Florida on March 26, 2024.

LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c:
Amanda Avery, Esquire
Lynn C. Hearn, Esquire
Martha Jane Perkins, Esquire
Miriam Harmatz, Esquire
Miriam Heard, Esquire
Sarah Grusin, Esquire
Katherine DeBriere, Esquire

---

[1] The parties are reminded that photo identification is required to enter the United States Courthouse. Cellular telephones and laptop computers are generally prohibited in the Courthouse. Only certain individuals may bring personal electronic devices into the United States Courthouse. See Local Rule 7.02, United States District Court, Middle District of Florida.

Andy Bardos, Esquire
Ashley Hoffman Lukis, Esquire
Christopher Claudio Torres, Esquire
James Timothy Moore, Esquire