**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CHIANNE D., *et al.*,

      Plaintiffs,

                             Case No. 3:23-cv-00985-MMH-LLL

v.

JASON WEIDA, in his official capacity
as Secretary for the Florida Agency for
Health Care Administration, and
SHEVAUN HARRIS, in her official
capacity as Secretary for the Florida
Department of Children and Families,

      Defendants.

_____/

**<u>DEFENDANTS' OBJECTIONS TO PLAINTIFFS' EXHIBIT LIST</u>**

**R**: Relevance                 **A**: Authentication

**403**: Prejudice/Confusion         **H**: Hearsay (incl. Hearsay within Hearsay)     **1002**: Best Evidence

| Trial Ex. No. | Bates No. | Exhibit Description | Will Use | May Use | Marked Confidential | Objections |
|---|---|---|---|---|---|---|
| PX1 | | Sec. Harris' Second Amended Answers to Pls' First Set of Interrogatories | | X | **X** | --- |
| PX2 | | Sec. Harris' Answers to Pls' First Set of RFAs | | X | | --- |
| PX3 | | Pls' Resp. to Ds First Set of Interrogatories to A.V. | | X | | **H** |
| PX4 | | Dr. Brenda Cude Report and Supporting Exhibits #1-7. | | X | | **H** |
| PX5 | | Decl. of LaQuetta Anderson (Oct. 6, 2023; Doc. 39-8) | | X | | --- |
| PX6 | | Decl. of William Roberts (Oct. 5, 2023; Doc. 39-4) | | X | | --- |
| PX7 | | Decl. of Karina Sarmiento (Oct. 6, 2023; Doc. 38-2) | | X | | --- |
| PX8 | | Decl. of Kait Zumaeta (Oct. 5, 2023; Doc. 38-3) | | X | | --- |
| PX9 | | Decl. of Angela Pridgeon (Oct. 5, 2023; Doc. 39-2) | | X | | --- |
| PX10 | | Decl. of Allison Leo (Oct. 5, 2023; Doc. 39-3) | | X | | --- |
| PX11 | | Decl. of Todd Palmer (Sept. 29, 2023; Doc. 39-6) | | X | | --- |
| PX12 | | Decl. of LaQuetta Anderson (Dec. 19, 2023; Doc. 66-1) | | X | | --- |

| PX13 | | Decl. of Daniel Davis (Jan. 12, 2024; Doc. 76-1) | | X | | --- |
| PX14 | | Decl. of Matthew Cooper (Jan. 12, 2024; Doc. 76-2) | | X | | --- |
| PX15 | | Decl. of William Roberts (March 1, 2024; Doc. 87-1) | | X | | --- |
| PX16 | | Decl. of Karina Sarimento (March 12, 2024; Doc. 93-1) | | X | | --- |
| PX17 | | L.M.J. notice (Doc. 3-6) | | X | | --- |
| PX18 | | M.G. notice (Doc. 3-7) | | X | | --- |
| PX19 | | L.S. notice (Doc. 3-8) | | X | | --- |
| PX20 | | F.M. notice (Doc. 3-10) | | X | | --- |
| PX21 | | A.H. notice (Doc. 3-11) | | X | | --- |
| PX22 | DCF-005217 | Running records comments Chianne D. (12/30/21 to 9/5/22) | | X | **X** | --- |
| PX23 | DCF-005884 | Running Records Comments Chianne D. (2/23/23 to 4/10/23) | | X | **X** | --- |
| PX24 | DCF-005883 | Running Records Comments Chianne D. (4/10/23 to 6/1/23) | | X | **X** | --- |
| PX25 | DCF-006307 to DCF-006309 | Running records comments Chianne (3 total pages of comments, 9/6/22 to 9/6/23) | | X | **X** | --- |
| PX26 | DCF-006317 | CLRC screens Chianne D. (8/31/20 to 12/6/24) | | X | **X** | --- |

| PX27 | Defs produced w/out Bates | 2023-01-01 Chianne Budget & 2023-09-01 CD Budget (June 1 Change) | | X | **X** | **---** |
|------|------|------|------|------|------|------|
| PX28 | Defs produced w/out Bates | Chianne D. IQEL | | X | **X** | **---** |
| PX29 | Defs produced w/out Bates | 2023-06-01 Chianne Budget (March 21 App) | | X | **X** | **---** |
| PX30 | Defs produced w/out Bates | CD IQEL | | X | **X** | **---** |
| PX31 | Defs produced w/out Bates | 2023-06-01 CD Budget (March 21 App) | | X | **X** | **---** |
| PX32 | Defs produced w/out Bates | 2023-06-02 Chianne D. NOCA | | X | **X** | **---** |
| PX33 | DCF-005177 | Chianne D. ACCESS change (2/20/23) | | X | **X** | **---** |
| PX34 | DCF-005174 | Chianne D. ACCESS change (2/27/23) | | X | **X** | **---** |
| PX35 | DCF-005297 | NOCA to Chianne D. (2/27/23) | X | | **X** | **---** |
| PX36 | DCF-005293 | Renewal Request to Chianne D. (3/20/23) | X | | **X** | **---** |
| PX37 | DCF-007397 | Chianne ACCESS application (3/21/23) | X | | **X** | **---** |

| PX38 | DCF-005287 | NOCA to Chianne – request for loss of income (4/4/23) | X | | **X** | **---** |
|------|------------|-------------------------------------------------------|---|---|-------|---------|
| PX39 | DCF-005188 | Written attestation of loss of income, Chandler (4/11/23) | X | | **X** | **---** |
| PX40 | DCF-005271 | NOCA to Chianne D. (4/24/23) | X | | **X** | **---** |
| PX41 | DCF-005196 | Chandler earnings statement | | X | **X** | **---** |
| PX42 | DCF-005190 | Correspondence from Sanchez to ESS re: Chianne D. request to change hearing date (6/2/23) | | X | **X** | **---** |
| PX43 | DCF-005185 | Chianne D. Appeal Hearing notice of hearing by telephone 7/20 (6/13/23) | | X | **X** | **---** |
| PX44 | Pls' Resp to Ds'1st RFPs 000119 | Chianne D. email to OAH requesting earlier hearing date (6/16/23) | | X | **X** | **---** |
| PX45 | DCF-005183 | Chianne D. Appeal Hearing notice - hearing moved to 7/3 (6/20/23) | | X | **X** | **Duplicative of PX46** |
| PX46 | DCF-005261 | Chianne D. appeal notice re: rescheduling granted | | X | **X** | **---** |
| PX47 | Pls' Resp to Ds'1st RFPs 000067 | Email from DCF OAH cancelling hearing due to federal holiday | X | | **X** | **---** |
| PX48 | DCF-005200 | Correspondence from Sanchez to ESS re: Chianne D. withdrawing appeal (6/29/23) | | X | **X** | **---** |
| PX49 | DCF-005202 | Correspondence from Sanchez to ESS re: Chianne D. withdrawing appeal (6/30/23) | | X | **X** | **---** |

| PX50 | DCF-005204 | Medical expense fax from Acaria Health/Foundation Pharmacy to DCF, re: CD (7/5/23) | X | | X | R, H |
|---|---|---|---|---|---|---|
| PX51 | DCF-005167 | Chianne D. ACCESS change (7/24/23) | | X | X | --- |
| PX52 | DCF-005218 | NOCA to Chianne D. (9/6/23) | X | | X | --- |
| PX53 | Pls' Resp to Ds' 1st RFPs 000273 | Chianne D. email with Jarvis Ramil (6.6.23) | | X | X | R, H |
| PX54 | Pls' Resp to Ds' 1st RFPs 000265 | Chianne D. email with Jarvis Ramil (6.14.23) | | X | X | --- |
| PX55 | Pls' Resp to Ds' 1st RFPs 000274 | Chianne D. email with Jarvis Ramil (6.16.23 to 6.19.23) | | X | X | R, H |
| PX56 | Pls' Resp to Ds' 1st RFPs 000264 | Chianne D. email with Jarvis Ramil (6.20.23) | | X | X | R, H |
| PX57 | Pls' Resp to Ds' 1st RFPs 000339 | C.D. Wolfson bill_6.21.23 | X | | X | R, H, A |
| PX58 | Pls' Resp to Ds' 1st RFPs 000340 | C.D. Wolfson bill_10.30.23 | X | | X | R, H, A |
| PX59 | Pls' Resp to Ds' 1st RFPs 000156 | C.D. Fletchers bill | X | | X | R, H, A |

| | | | | | | |
|---|---|---|---|---|---|---|
| PX60 | Pls' Resp to Ds' 1st RFPs 000241 | C.D. Nemours bill | X | | **X** | **R, H, A** |
| PX61 | Pls' Resp to Ds' 1st RFPs 000150 | C.D. ERG bill | X | | **X** | **R, H, A** |
| PX62 | DCF-003935 | Audio Transcription of Phone Call - (1) (5/30 PM) | | X | | **---** |
| PX63 | DCF-003928 | Audio Transcription of Phone Call - (6) (call from Jarvis Ramil_6/27/23) | | X | | **---** |
| PX64 | DCF-004012 | Audio Transcription of Phone Call - (8) (5/30 AM) | X | | | **---** |
| PX65 | Pls' Resp to Ds' 1st RFPs 000248 | Chianne D. notes re DCF April 2023 NOCA | | X | **X** | **H** |
| PX66 | Pls' Supplemental Resp. to Ds' First Production 000001 | ACCESS Applications as they Appear on Chianne D. MyACCESS account | | X | **X** | **---** |
| PX67 | DCF-006310 | Running records comments Henry V. (9/6/22 to 9/6/23) | | X | **X** | **---** |
| PX68 | DCF-006312 | CLRC screens Henry V. (1/11/22 to 2/1/24) | | X | **X** | **---** |
| PX69 | DCF-005768 | Jennifer V. ACCESS FDSH wages verification data (1/9/23) | | X | **X** | **R** |

| PX70 | Defs produced w/out Bates | 2023-06-01 AV Budget (April 3 App) | X | | **X** | **---** |
|------|------|------|------|------|------|------|
| PX71 | DCF-005775 | 2023-12-18 FFM Application | | X | **X** | **---** |
| PX72 | DCF-005764 | 2023-12-18 SWICA Henry | | X | **X** | **R** |
| PX73 | Defs produced w/out Bates | 2024-02-01 AV Budget (Dec. 18 App).pdf | X | | **X** | **---** |
| PX74 | Defs produced w/out Bates | 2024-03-01 AV Budget (Jan 30 Change) | | X | **X** | **---** |
| PX75 | Defs produced w/out Bates | AV IQEL | | X | **X** | **---** |
| PX76 | DCF-005809 | Jennifer V. ACCESS application (1/9/23) | | X | **X** | **---** |
| PX77 | DCF-005769 | Henry V. ACCESS state wage verification data (1/9/23) | | X | **X** | **R** |
| PX78 | DCF-005790 | Jennifer V. ACCESS application (4/3/23) | | X | **X** | **---** |
| PX79 | DCF-005766 | Henry V. ACCESS state wage verification data (4/3/23) | | X | **X** | **R** |
| PX80 | DCF-005767 | Jennifer V. ACCESS FDSH wages verification data (4/3/23) | | X | **X** | **R** |
| PX81 | DCF-005724 | Jennifer V. NOCA (5/16/23) | | X | **X** | **---** |

| | | | | | | |
|---|---|---|---|---|---|---|
| PX82 | DCF-005765 | Jennifer V. ACCESS FDSH wages verification data (12/18/23) | | X | **X** | **R** |
| PX83 | Defs produced w/out Bates | Jennifer V. NOCA (1/18/24) | X | | **X** | **R** |
| PX84 | Defs produced w/out Bates | Henry V. NOCA (1/18/24) | X | | **X** | **R** |
| PX85 | Defs produced w/out Bates | Henry V. NOCA (1/31/24) | | X | **X** | **---** |
| PX86 | DCF-005873 | Henry V. NOCA (2/2/24) | | X | **X** | **---** |
| PX87 | Pls' Supp. Doc. Production 26(a)(3)-000356 | Henry V. NOCA (3/21/24) | X | | **X** | **---** |
| PX88 | Pls' Resp to Ds' 1st RFPs 000175 | Henry V./Jennifer V. IRS_2022_1040 | | X | **X** | **R, H, A** |
| PX89 | Pls' Resp to Ds' 1st RFPs 000208 | Jenny V. paystubs_5.1.23 to 5.14. 23 | | X | **X** | **R, H, A** |
| PX90 | Pls' Resp to Ds' 1st RFPs 000209 | Jenny V. paystubs_5.15.23 to 5.31.23 | | X | **X** | **R, H, A** |

| | | | | | | |
|---|---|---|---|---|---|---|
| PX91 | Pls' Resp to Ds' 1st RFPs 000174 | Henry V. paystub_6.16.23 | | X | **X** | **R, H, A** |
| PX92 | Pls' Resp to Ds' 1st RFPs 000170 | Henry V. paystub_6.02.2023 | | X | **X** | **R, H, A** |
| PX93 | Pls' Resp to Ds' 1st RFPs 000169 | Henry V. paystub_5.19.23 | | X | **X** | **R, H, A** |
| PX94 | Pls' Resp to Ds' 1st RFPs 000075 | A.V. Florida KidCare Denial (referral to Medicaid_4.4.23) | X | | **X** | **R, H, A** |
| PX95 | Pls' Resp to Ds' 1st RFPs 000081 | A.V. Florida KidCare Denial (referral to Medicaid_1.9.24) | X | | **X** | **R, H, A** |
| PX96 | Pls' Resp to Ds' 1st RFPs 000085 | A.V. Medical Bills | X | | **X** | **R, H, A** |
| PX97 | Pls' Supplemental Resp. to Ds' First Production 000015 | ACCESS Applications as they Appear on Jennifer V./Henry V. MyACCESS account | | X | **X** | **---** |
| PX98 | DCF-005947 | TWN Income details for Kimber Taylor on ACCESS 12/2022-5/2023 | | X | **X** | **R** |
| PX99 | DCF-006348 | CLRC screens Kimber Taylor (10/20/22 to 2/14/24) | | X | **X** | **---** |

| PX100 | Defs produced w/out Bates | 2023-07-01 KH Budget (May 7 App) | X | | **X** | **---** |
|---|---|---|---|---|---|---|
| PX101 | Defs produced w/out Bates | 2023-08-01 KH Budget (June 29 App.) | | X | **X** | **---** |
| PX102 | Defs produced w/out Bates | KH IQEL | X | | **X** | **---** |
| PX103 | Defs produced w/out Bates | Kimber Taylor IQEL | | X | **X** | **---** |
| PX104 | Defs produced w/out Bates | 2023-06-01 Kimber Taylor Budget (April 10 App) | | X | **X** | **---** |
| PX105 | DCF-005656 | NOCA to Kimber Taylor (3/20/23) | | X | **X** | **R** |
| PX106 | DCF-005723 | Kimber Taylor ACCESS change reported (5/8/23) | | X | **X** | **---** |
| PX107 | DCF-005714 | Kimber Taylor ACCESS FDSH wages verification data (4/10/23) | | X | **X** | **R** |
| PX108 | DCF-005670 | NOCA to Kimber Taylor (4/26/23) | | X | **X** | **---** |
| PX109 | DCF-005988 | ACCESS application Kimber (5/8/23) | | X | **X** | **---** |
| PX110 | DCF-005713 | Kimber Taylor ACCESS FDSH wages verification data (5/8/23) | | X | **X** | **R** |

10

| PX111 | DCF-005721 | Kimber Taylor ACCESS change reported (5/22/23) | | X | **X** | **---** |
|---|---|---|---|---|---|---|
| PX112 | DCF-005660 | NOCA to Kimber Taylor (6/8/23) | X | | **X** | **---** |
| PX113 | DCF-005703 to DCF 005712 | Kimber Taylor ACCESS application (6/29/23) | | X | **X** | **---** |
| PX114 | DCF-005698 | Kimber Taylor ACCESS state wage verification data (6/29/23) | | X | **X** | **R** |
| PX115 | DCF-005699 to DCF 005700 | Kimber Taylor ACCESS FDSH wages verification data (6/29/23) | | X | **X** | **R** |
| PX116 | DCF-005640 | NOCA to Kimber Taylor (8/7/23) | X | | **X** | **---** |
| PX117 | Pls' Resp to D's RFPs to Kimber Taylor & K.H. 000024 | Kimber Taylor MyACCESS Medicaid Application (1/16/24) | | X | **X** | **---** |
| PX118 | DCF-006362 | Kimber Taylor NOCA (2/15/24) | X | | **X** | **---** |
| PX119 | Pls' Resp to D's RFPs to KT & K.H. 000017 | Kimber Taylor medical bill (Ascension St. Vincents) | X | | **X** | **R, H, A** |

| PX120 | DCF 005337 | Lily Mezquita NOCA (10/19/2023) | X | | **X** | **---** |
|---|---|---|---|---|---|---|
| PX121 | DCF 005349 | G.M. NOCA (10/19/2023) | X | | **X** | **---** |
| PX122 | DCF-005389 | G.M. NOCA (7/20/2023) | X | | **X** | **---** |
| PX123 | DCF-005403 | Lily Mezquita NOCA (7/20/2023) | X | | **X** | **---** |
| PX124 | DCF-005524 | Lily Mezquita State Wage Verification Data (7/19/2023) | | X | **X** | **R** |
| PX125 | DCF-005549 | Cultivate Pay stub (6/02/2023) | | X | **X** | **R, H, A** |
| PX126 | DCF-005576 | Lily Mezquita Application (7/19/2023) | | X | **X** | **---** |
| PX127 | DCF-006332 | CLRC Notes for Lily Mezquita | | X | **X** | **---** |
| PX128 | DCF-006357 | Call recording (undated) **NATIVE** | X | | **X** | **---** |
| PX129 | Resp. to L.M. Subpoena for Docs 000041-000113 | Fair Hearing Evidence – Lily Mezquita | X | | **X** | **---** |

| | | | | | | |
|---|---|---|---|---|---|---|
| PX130 | Supp. Resp to L.M. Subpoena for Docs 000001-000009 | Lily Mezquita NOCA (3/29/2024) | X | | **X** | **---** |
| PX131 | Supp. Resp to L.M. Subpoena for Docs 000010-000016 | Lily Mezquita NOCA (3/29/2024) | X | | **X** | **---** |
| PX132 | Defs produced w/out Bates | Lily Mezquita IQEL | | X | **X** | **---** |
| PX133 | Defs produced w/out Bates | 2023-08-01 GM Budget (June 19 App) | | X | **X** | **---** |
| PX134 | Defs produced w/out Bates | 2023-06-01 Lily Mezquita Budget (March 29 App) | | X | **X** | **---** |
| PX135 | Defs produced w/out Bates | 2023-06-01 GM Budget (March 29 App) | | X | **X** | **---** |
| PX136 | Defs produced w/out Bates | 2023-08-01 Lily Budget (June 19 App) | X | | **X** | **---** |
| PX137 | DCF-005559 | 2023-05-01 Paystubs Lily | | X | **X** | **R, H, A** |

| PX138 | DCF-005527 | 2023-06-19 SWICA Lily | | X | **X** | **R** |
|---|---|---|---|---|---|---|
| PX139 | DCF-000258 | ACCESS FL System Enhancements Estimation Process - flowchart & table | | X | | --- |
| PX140 | DCF-000260 | Estimate - Medicaid Eligibility and Notice Changes to Provide Detail Information | | X | | --- |
| PX141 | DCF-000264 | ACCESS Request for Rough Order of Magnitude - to Revise Medicaid Denial/Termination Notices prep. by Anderson | | X | | --- |
| PX142 | DCF-000266 | Estimate - Address Notice Footer Text Changes | | X | | --- |
| PX143 | DCF-000341 | Postpartum Coverage Extension to 12 Months, new policy transmittal from Veltkamp to Economic Self-Sufficiency (March 3, 2022) | X | | | --- |
| PX144 | DCF-000477 | Full Medicaid vs. Medically Needy table | | X | | --- |
| PX145 | DCF-000478 | Common FL Reason Codes | | X | | --- |
| PX146 | DCF-000486 | Email from SNR CCC Office to call centers re: PHE extension talking points | | X | | --- |
| PX147 | DCF-000490 | Continuous Medicaid Eligibility Change for children under 19, transmittal from Reed to ESS (Dec. 19, 2023) | X | | | --- |
| PX148 | DCF-000521 | Call center script/talking points re: Medicaid coverage | | X | | --- |

| PX149 | DCF-000548 | ACCESS Call Center Scripts re: SSI denial/termination/ex-parte | | X | | --- |
| PX150 | DCF-000549 | ACCESS Call Center Scripts re: Share of Cost | | X | | --- |
| PX151 | DCF-000551 | ACCESS Call Center Scripts re: Identify/Transfer Adult Related Medicaid/Provider Call | | X | | --- |
| PX152 | DCF-000553 | ACCESS Call Center Scripts re: Proof of Benefits Received Request | | X | | **R** |
| PX153 | DCF-000614 | Income Verification Without Using "The Work Number," transmittal from Reed to ESS | | X | | --- |
| PX154 | DCF-000716 | ACCESS call center script, Medicaid status inquiries | | X | | --- |
| PX155 | DCF-000718 | Spreadsheet re reason code use **NATIVE** | | X | | --- |
| PX156 | DCF-000719 | NOCA letter templates for various DCF programs | X | | | --- |
| PX157 | DCF-001631 | Deloitte Medicaid Eligibility System - Functional Design | | X | | --- |
| PX158 | DCF-002013 | Reason Codes spreadsheet **NATIVE** | X | | | --- |
| PX159 | DCF-002322 | AWAA Reason Codes/Central Region | | X | | **R** |

| PX160 | DCF-002017 | Medicaid Closure Codes - error prone codes | X | | | --- |
| PX161 | DCF-002018 | Medicaid Unwinding Updates & FAQs | | X | | --- |
| PX162 | DCF-002021 | FHK reminders | | X | | --- |
| PX163 | DCF-002022 | AWAA & Code Determination - slide deck, ESS training | | X | | **R** |
| PX164 | DCF-002043 | Reasonable Compatibility Job Aid table & flow chart | | X | | **R** |
| PX165 | DCF-002047 | Medicaid unwinding reason codes & common closure reasons | X | | | --- |
| PX166 | DCF-002049 | Reason codes training lesson, Gimbel | X | | | --- |
| PX167 | DCF-002058 | Case review guides for Family Medicaid, SSI-Related, BR Hearings & error codes | | X | | **R** |
| PX168 | DCF-002063 | ACCESS Management System User Guide | | X | | --- |
| PX169 | DCF-002185 | First page: identical to DCF-002047, second page: commonly used Medicaid denial codes | | X | | --- |
| PX170 | DCF-002241 | ESS manual incl. reason, status codes, MFAM coverage groups, pregnancy eligibility, gap coverage for renewals | | X | | --- |

| PX171 | DCF-002269 | Continuous Medicaid Eligibility Denial Codes | X | | | --- |
| PX172 | DCF-002387 | Auto Action Process - slide deck | | X | | --- |
| PX173 | DCF-002430 | ESS Fair Hearings Procedural Guide | | X | | --- |
| PX174 | DCF-002459 | Table of hearings w/appeal & case nos., dates, order completed, etc. **NATIVE** | | X | | --- |
| PX175 | DCF-002483 | Email from Worrall to Lewis w/ revised draft of MACPAC case study report | | X | | **R, H** |
| PX176 | DCF-002484 | Revised MACPAC case study report draft incl. in above email - Medicaid Eligibility, Enrollment, & Renewal Processes & Systems Study | | X | | **R, H** |
| PX177 | DCF-002586 | ACCESS Florida Program Policy Manual, intro/table of contents | | X | | --- |
| PX178 | DCF-002594 | Family Related Medicaid Income Limits table (Appx. 7) | | X | | --- |
| PX179 | DCF-002624 | ACCESS Florida Program Policy Manual, Ongoing Case Processing chapter | | X | | --- |
| PX180 | DCF-002654 | ACCESS Florida Program Policy Manual, Application Processing chapter | | X | | --- |

| PX181 | DCF-002690 | ACCESS Florida Program Policy Manual, Glossary | | X | | --- |
| PX182 | DCF-002716 | ACCESS Florida Program Policy Manual, Administrative Policy chapter (duplicate of DCF-000270 - DCF-000318) | | X | | --- |
| PX183 | DCF-002817 | ACCESS Florida Program Policy Manual, Notices & Forms chapter | | X | | --- |
| PX184 | DCF-002837 | ACCESS Florida Program Policy Manual, Benefit Issuance chapter | | X | | --- |
| PX185 | DCF-002887 | ACCESS Florida Program Policy Manual, Data Exchange chapter | | X | | --- |
| PX186 | DCF-002913 | ACCESS Florida Program Policy Manual, Calculation of Benefits chapter | | X | | --- |
| PX187 | DCF-003008 | ACCESS Florida Program Policy Manual, Budgeting Income chapter | | X | | --- |
| PX188 | DCF-003068 | ACCESS Florida Program Policy Manual, Coverage Groups chapter | | X | | --- |
| PX189 | DCF-003104 | ACCESS Florida Program Policy Manual, Standard Filing Unit chapter | | X | | --- |
| PX190 | DCF-003163 | ACCESS Florida Program Policy Manual, General Program Information chapter | | X | | --- |

| PX191 | DCF-003182 | ACCESS Florida Program Policy Manual, Income (MFAM, MSSI, SFP) chapter | | X | | --- |
| PX192 | DCF-003464 | ACCESS Florida Program Policy Manual, Technical Requirements (MFAM, MSSI, SFP) chapter | | X | | --- |
| PX193 | DCF-003695 | KidCare referral procedure when Medicaid denied or enrolled in Medically Needy, transmittal from Veltkamp & Poirier to ESS | X | | | --- |
| PX194 | DCF-003698 | Continuous Medicaid Policy Clarification re: children under 19 (March 1, 2018) | X | | | --- |
| PX195 | DCF-003756 | Email from Pridgeon to Nimmons re: notice language around fair hearings | | X | | **H** |
| PX196 | DCF-003758 | NOCA combination approval with revised fair hearings language - attached to above email | | X | | --- |
| PX197 | DCF-003766 | ACCESS System Modernization - Operational Work Plan | | X | | --- |
| PX198 | DCF-003800 | Schedule IV-B for ACCESS Florida System Modernization FY 2024-2025 | | X | | --- |
| PX199 | DCF-003872 | Emails between Reed, DeFrancisco, Penn, Royster, Pridgeon, et al. re: Draft Medicaid Termination Notice | | X | | --- |
| PX200 | DCF-003882 | Emails between Kirkland, Wade, Anderson, et al. re: termination notices | X | | | --- |

19

| PX201 | DCF-003885 | Draft NOCA referred to in above email from Kirkland | | X | | --- |
| PX202 | DCF-003892 | State Follow-up Questions List - End of Medicaid Continuous Enrollment - attached to above email from Bivens | | X | | **H, Incomplete** |
| PX203 | DCF-003922 | Draft NOCA - Medicaid, income too high | | X | | --- |
| PX204 | DCF-004764 | ESS Customer Call Center objectives module | | X | | --- |
| PX205 | DCF-004831 | Medicaid (MFAM/MSSI) SFU & Budgeting objectives module | | X | | --- |
| PX206 | DCF-006000 | FLORIDA Family Track Screens | | X | **X** | --- |
| PX207 | DCF-006372 | State (FL) Report on Plans for Prioritizing and Distributing Renewals Following the End of the Medicaid Continuous Enrollment Provisions | | X | | --- |
| PX208 | DCF-006382 | ACCESS Request for ROM: Modify the Medicaid Denial Notices (revised) (Dec. 12, 2022) | | X | | --- |
| PX209 | DCF-006386 | Sample NOCA | | X | | --- |

| PX210 | DCF-006392 | Notice reason codes (1st tab) & FLODS-TSRC codes (2nd tab)<br><br>**NATIVE** | X | | | **---** |
| PX211 | DCF-006393 | Sample UAT Case Action Notices-2.23.24 Lawsuit related Fair Hearings | | X | | **R, 403** |
| PX212 | DCF-007305 | Medicaid Denial/Reduction/Termination Notices Language Changes - Requirements Validation Session, Deloitte - slide deck | | X | | **---** |
| PX213 | DCF-007340 | Fair Hearings text with revision | | X | | **---** |
| PX214 | DCF-007341 | Emails b/w Bivens, Latham, Deloitte, Anderson, others re: Reason codes update | X | | | **---** |
| PX215 | DCF-007352 | Emails b/w Anderson, Pridgeon, Kirkland, Deloitte, others re: Denial notice changes | | X | | **---** |
| PX216 | DCF-007356 | Rough Order of Magnitude Re: Modify Medicaid Denial Notices (Revised) | | X | | **---** |
| PX217 | DCF-007358 | Project estimate: Medicaid Denial/Reduction/Termination Notices Language Changes<br><br>**NATIVE** | | X | | **---** |
| PX218 | DCF-007359 | ACCESS-RevisedNDSNoticeTextChanges-Requirements Validation-Final (005)<br><br>**NATIVE** | | X | | **R** |

| PX219 | Defs produced w/out Bates | FW FLORIDA - Testing and Configuration Plan - FINAL | X | | | **Incomplete, A, 403, 1002** |
|---|---|---|---|---|---|---|
| PX220 | Defs produced w/out Bates | FW Reason Codes (Veltkamp to Havard) | | X | | **---** |
| PX221 | Defs produced w/out Bates | FW Reason Codes Update (12/21/2023 Anderson to Kallumkal et al) | | X | | **---** |
| PX222 | Defs produced w/out Bates | RE: Estimate for NDS Notice Changes (Anderson & Garren) | | X | | **Incomplete, A, 403, 1002** |
| PX223 | Defs produced w/out Bates | FW Notice Footer changes (Kallumkal to Anderson) | | X | | **Incomplete, A, 403, 1002** |
| PX224 | Defs produced w/out Bates | Medicaid State Plan – DCF Responsibilities 3.2024 | | X | | **---** |
| PX225 | Defs produced w/out Bates | DCF/AHCA Contract (AA300) | | X | | **---** |
| PX226 | Defs produced w/out Bates | Floridas-Plan-for-Medicaid-Redetermination | | X | | **---** |
| PX227 | Defs produced w/out Bates | FW: Florida: Confirmation of Renewal Requirements Requested by 3/8 | | X | | **Incomplete, A, 403, 1002** |

| PX228 | Defs produced w/out Bates | Dep't of Health & Human Svces, Four States Reviewed Received Increased Medicaid COVID-19 Funding (September 2023) | | X | | **R, H** |
|---|---|---|---|---|---|---|
| PX229 | Defs produced w/out Bates | NL_MACPAC_E2R_Pre_telephone discussion form_FL | | X | | **R, H** |
| PX230 | AHCA-000672 | Emails b/w Anderson, Deloitte, et al. re: requirements document for Family Planning process | | X | | **R** |
| PX231 | AHCA-001128 | Emails b/w Kirkland, Lewis, FAHP, Anderson, Veltkamp, Baker, et al. re: NOCA language | | X | | **R** |
| PX232 | AHCA-000886 | Emails b/w Deloitte, Lewis, James, et al. re: ICP Notice Change estimate & draft language proposed for NOCA | | X | | --- |
| PX233 | AHCA-000888 | ACCESS Request for Rough Order of Magnitude re: Notice Change-ICP Approval Notice, prep. by Anderson | | X | | --- |
| PX234 | Defs produced w/out Bates | ACCESS-Estimate-ICP Notice Change **NATIVE** | | X | | --- |
| PX235 | AHCA-001097 | Email from Nathan Lewis to James, Veltkamp, Anderson, et al. re: ALF/Sunshine | | X | | **H** |
| PX236 | AHCA-001107 | Sample ICP NOCA draft with changes tracked | | X | | --- |
| PX237 | AHCA-001112 | Sample NOCA draft with revisions | | X | | --- |

| PX238 | AHCA-002057 | *Medicaid Eligibility, Enrollment, and Renewal Processes and Systems Study*, MACPAC | X | | | **H** |
| PX239 | Pls' Supplement al Doc. Prod._3.19.24 000001 | Screenshots of DCF's Website | | X | | **---** |
| PX240 | Pls' Response to Ds' 1st RFPs 000254 | Oregon Health Authority, Renewal data shows 5 out of 6 Oregonians keeping medical benefits (Nov. 22, 2023) | X | | | **R, H** |
| PX241 | Pls' Response to Ds' 1st RFPs 000260 | Oregon Supplemental Income Program Medical (OSIPM) Restorations (updated Nov. 21, 2023) | X | | | **R, H** |
| PX242 | Pls' Response to Ds' 1st RFPs 000338 | Arizona Department of Economic Security (DES), Important Information About Your Appeal Rights | | X | | **R, H** |
| PX243 | Pls' Supp. Doc. Prod. 26(a)(3)-000001 | CMCS Informational Bulletin, *Conducting Medicaid and CHIP Renewals During the Unwinding Period and Beyond: Essential Reminders* (March 15, 2024) | | X | | **R, H** |

| PX244 | Pls' Supp. Doc. Pro. 26(a)(3)-000077 | CMS Florida 1115 Managed Medical Assistance Waiver – STCs (Oct. 12, 2022) | | X | | **R, H** |
|---|---|---|---|---|---|---|
| PX245 | Pls' Supp. Doc. Prod. 26(a)(3)-000305 | CMS Medicaid and CHIP Call Center Data, November 2023 | | X | | **R, H** |
| PX246 | Pls' Supp. Doc. Production 26(a)(3)-0000307 | CMS, Letter to Sec. Weida regarding Call Center data findings (Aug. 9, 2023) | | X | | **R, H** |
| PX247 | Pls' Supp. Doc. Production 26(a)(3)-000023 | AHCA Florida 1115 Managed Medical Assistance Waiver (Project Number 11-W-002064) (Sept. 3, 2021) | | X | | **---** |
| PX248 | Pls' Supp. Doc. Production 26(a)(3)-000063 | CMS FAQs to Support Return to Normal Eligibility Operations, *Transitional Medical Assistance and Medical Support* (Nov. 22, 2023) | | X | | **R, H, A** |
| PX249 | Pls' Supp. Doc. Production 26(a)(3)-000319 | Center for Health Care Strategies, Improving Written Communication to Promote Health Literacy (March 2024) | | X | | **R, H** |

| | | | | | | |
|---|---|---|---|---|---|---|
| PX250 | Pls' Supp. Doc. Production 26(a)(3)-000311 | Pls' highlighted reason codes list (Doc. 47-3) | | X | | **R, H** |
| PX251 | Pls' Supp. Doc. Production 26(a)(3)-000323 | 11.6.2023 Aid Pending Notice (Redacted)_Redacted | | X | | **R** |
| PX252 | Pls' Supp. Doc. Production 26(a)(3)-000339-000355 | Client MyACCESS Screenshots | X | | | **Incomplete** |
| PX253 | Pls' Supp. Doc. Production 26(a)(3)-000329 | Family Related Medicaid Fact Sheet (2 months postpartum) | X | | | **---** |
| PX254 | Pls' Supp. Doc. Production 26(a)(3)-000061 | DCF Program Policy Manual, Appendix A-13 (Active Medicaid Program Codes) | | X | | **---** |
| PX255 | Pls' Supp. Doc. Production 26(a)(3)-000337 | Medically Needy Brochure | | X | | **---** |

| PX256 | DCF-007421 | Sample Medicaid denial notice (4/11/24) – 346, 374 and 520 | | X | | --- |
| PX257 | DCF-007408 | Sample Medically Needy Notice (4/11/24) | | X | | --- |
| PX258 | DCF-007415 | Sample Medicaid denial notice (4/11/24) – 249 and 290 | | X | | --- |
| PX259 | DCF-007414 | Reason Code Screen - 227 | | X | | --- |
| PX260 | Pls' Supp. Doc. Production 26(a)(3)-000371 | Screenshots of DCF's Website | | X | | **H, 403** |
| PX261 | DCF-005746 | NOCA to Jennifer V. (6/21/2022) | | X | **X** | --- |
| PX262 | Defs produced w/out Bates | CCC Data January 2023-Current **NATIVE** | X | | | **Untimely Disclosed** |
| PX263 | Defs produced w/out Bates | Cambria - AE01 A6 - Recurring Medically Needy approval v2 **NATIVE** | | X | | **R, H** |
| PX264 | Defs produced w/out Bates | Cambria - AE01 AB - Medically Needy approval notice 03-2020 version v2 **NATIVE** | | X | | **H** |

| PX265 | Defs produced w/out Bates | Cambria - AE01 AD - FS approval retroactive months v3 **NATIVE** | | X | | **R, H** |
|---|---|---|---|---|---|---|
| PX266 | Defs produced w/out Bates | Cambria - AE01 AH - Nursing Approval Recurring benefit **NATIVE** | | X | | **H** |
| PX267 | Defs produced w/out Bates | Cambria - AE01 AP - Expedited Approval AE01 AP English - Includes FAWA Language **NATIVE** | | X | | **R, H** |
| PX268 | Defs produced w/out Bates | Cambria - AE01 R6 - Removal of an individual from a Medicaid assistance group **NATIVE** | | X | | **H** |
| PX269 | Defs produced w/out Bates | Cambria - AE01 T1 - Medicaid termination v2 **NATIVE** | | X | | **H** |
| PX270 | Defs produced w/out Bates | Cambria - AE01 T1 - Medicaid termination **NATIVE** | | X | | **R, H** |
| PX271 | Defs produced w/out Bates | Cambria - AE01 T7 - SLMB Termination v2 **NATIVE** | | X | | **H** |
| PX272 | Defs produced w/out Bates | Cambria - AE73 D1 English **NATIVE** | | X | | **R, H** |
| PX273 | Defs produced w/out Bates | Cambria - BI01 X5 - Auxiliary with an existing recoupment **NATIVE** | | X | | **R, H** |

| PX274 | Defs produced w/out Bates | Cambria - BI03 E1 - Benefit Expiration Notice v2 **NATIVE** | | X | | **H** |
|---|---|---|---|---|---|---|
| PX275 | Defs produced w/out Bates | Cambria - Ex. 5 - AE73 D1 English **NATIVE** | | X | | **H** |
| PX276 | Defs produced w/out Bates | Cambria - Reason Code Revisions v3 **NATIVE** | | X | | **H** |
| PX277 | Defs produced w/out Bates | Cambria - Screenshots of Comments from Reason Codes v3 **NATIVE** | | X | | **H** |
| | | <u>**ONLINE ONLY**</u>: MyACCESS accounts of Chianne D., Jennifer V., Kimber Taylor, & Lily Mezquita, accessible at: https://myaccess.myflfamilies.com/ | | X | **X** | **See Below \*** |
| | | <u>**ONLINE ONLY**</u>: DCF's website accessible at: https://www.myflfamilies.com/ | | X | | **See Below \*** |

\* To the extent the last two entries refer to secure online accounts in their online form, Defendants object that Plaintiffs have not produced these accounts. Defendants further object that a mutable website that can change from minute to minute and cannot be labeled, filed with the clerk, accessed without the internet, or preserved unaltered in the record for appellate review is not an appropriate exhibit. To the extent these entries refer to the screenshots that Plaintiffs produced on April 19, 2024, Defendants do not object.