**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

Chianne D., et al.,
        Plaintiffs,

v.                          Case No. 3:23-cv-00985-MMH-LLL

Jason Weida, in his official capacity
as Secretary for the Florida Agency
for Health Care Administration, et al.,
        Defendants.
_____/

## PLAINTIFFS' WITNESS LIST

Plaintiffs disclose the following witnesses:

| WITNESS | WILL CALL | MAY CALL |
|---------|-----------|----------|
| Chianne D. | X | |
| Jennifer V. | X | |
| Henry V. | | X |
| Kimber Taylor | X | |
| Lily Mezquita | X | |
| Jarvis Ramil | X | |
| Dr. Brenda Cude | | X |

| | | |
|---|---|---|
| William Roberts | X | |
| Nathan Lewis | X | |
| LaQuetta Anderson | | X |
| Tonyaleah Veltkamp | | X |
| Hari Kallumkal | | X |
| Nichole Solomon | | X |
| Julie Reed | | X |
| Andrea Latham | | X |
| James Garren | | X |
| Robyn Goins | | X |
| Records Custodian | | X |