UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Chianne D., et al.,
    Plaintiffs,

v.                        Case No. 3:23-cv-00985-MMH-LLL

Jason Weida, in his official capacity
as Secretary for the Florida Agency
for Health Care Administration, et al.,
    Defendants.
_____/

## PLAINTIFFS' WITNESS LIST

Plaintiffs disclose the following witnesses:

| WITNESS | WILL CALL | MAY CALL |
|---|---|---|
| Chianne D. | X | |
| Jennifer V. | X | |
| Kimber Taylor | X | |
| Lily Mezquita | X | |
| Jarvis Ramil | X | |
| William Roberts | X | |
| Nathan Lewis | X | |

| | | |
|---|---|---|
| LaQuetta Anderson* | X | |
| Tonyaleah Veltkamp* | X | |
| Hari Kallumkal* | X | |
| Nichole Solomon* | X | |
| Andrea Latham* | X | |
| James Garren* | X | |
| Robyn Goins* | X | |
| Karina Sarmiento* | X | |
| Ann Dalton* | X | |
| Christopher Presnell* | X | |
| Records Custodian | | X |

*Witness will be presented by deposition designations under Rule 32(a)(3) of the Federal Rules of Civil Procedure.