## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

CHIANNE D., *et al.*,

      Plaintiffs,

                                  Case No. 3:23-cv-00985-MMH-LLL

v.

JASON WEIDA, in his official capacity
as Secretary for the Florida Agency for
Health Care Administration, and
SHEVAUN HARRIS, in her official
capacity as Secretary for the Florida
Department of Children and Families,

      Defendants.

_____/

## DEFENDANTS' FINAL WITNESS LIST

Defendants disclose the following witnesses:

| WITNESS | WILL CALL | MAY CALL |
|---|---|---|
| LaQuetta Anderson<br>Senior Management Analyst Supervisor<br>Office of Information Technology System<br>Department of Children and Families | x | |
| Matthew Cooper<br>Assistant Deputy Secretary for Healthcare Data<br>Agency for Health Care<br>Administration | x | |

| | | |
|---|---|---|
| Daniel Davis<br>Senior Management Analyst Supervisor<br>Office of Economic Self Sufficiency<br>Department of Children and Families | x | |
| Chianne D. | | x |
| James Garren<br>ACCESS Business Architect<br>Department of Children and Families | | x |
| Robyn Goins<br>Director of Economic Self Sufficiency<br>Northwest Region<br>Department of Children and Families | x | |
| Brandy Jones<br>Senior Management Analyst Supervisor<br>Office of the Inspector General<br>Department of Children and Families | x | |
| Hari Kallumkal<br>Project Manager<br>Deloitte | x | |
| Tim Kirkland<br>System Project Consultant<br>Office of Information Technology System<br>Department of Children and Families | | x |
| Andrea Latham<br>Director, ACCESS Application Services<br>Department of Children and Families | x | |
| Allison Leo<br>Communications and Legislative Liaison<br>Economic Self Sufficiency Medicaid Policy Unit<br>Department of Children and Families | | x |

| | | |
|---|---|---|
| Will Roberts<br>Government Operations Consultant<br>Economic Self Sufficiency Medicaid Policy Unit<br>Department of Children and Families | x | |
| Nichole Solomon<br>Director of Call Center Services<br>Department of Children and Families | x | |
| Tonyaleah Veltkamp<br>Deputy Assistant Secretary of Operations<br>Economic Self Sufficiency<br>Department of Children and Families | | x |
| Any witness identified on Plaintiffs' witness list. | | x |
| Records custodians or other witnesses necessary to establish authenticity or evidentiary foundation for admission of documentary evidence. | | x |

Dated May 10, 2024.

/s/ *Andy Bardos*
Andy Bardos (FBN 822671)
James Timothy Moore, Jr. (FBN 70023)
Ashley H. Lukis (FBN 106391)
GRAYROBINSON, P.A.
301 South Bronough Street, Suite 600
Tallahassee, Florida 32301
Telephone: 850-577-9090
andy.bardos@gray-robinson.com
tim.moore@gray-robinson.com
ashley.lukis@gray-robinson.com
*Attorneys for Defendants*