# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

CHIANNE D., et al.  
v.  
JASON WEIDA, in his official capacity  
as Secretary for the Florida Agency  
for Health Care Administration, et al.

CASE NO. 3:23-cv-985-MMH-LLL

<u>Counsel for Plaintiffs:</u>  
Katherine DeBriere  
Sarah Grusin  
Lynn Hearn  
Miriam Heard  
Amanda Avery  
Jerron Wheeler  
Ronnie Graham

<u>Counsel for Defendants:</u>  
Andy Bardos  
James Moore  
Ashley Lukis

## HONORABLE MARCIA MORALES HOWARD
## UNITED STATES DISTRICT JUDGE

Courtroom Deputy: Jodi L. Wiles          Court Reporter: Katharine Healey

## **CLERK'S MINUTES**

PROCEEDINGS OF:   STATUS CONFERENCE (VIA ZOOM)

Discussion regarding dates to reset the bench trial.

The trial testimony of Ms. Taylor will be held on **July 11, 2024, at 9:30 a.m.** in Courtroom 10B.

The remainder of the trial will be held beginning the week of **July 29, 2024, at 9:00 a.m.** or the week of **August 5, 2024, at 9:00 a.m.** in Courtroom 10B.

Date: May 28, 2024          Time: 1:36 p.m. – 1:55 p.m.          Total: 19 Minutes