# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

CHIANNE D., *et al.*,

    Plaintiffs,

v.

Case No. 3:23-cv-00985-MMH-LLL

JASON WEIDA, in his official capacity as Secretary for the Florida Agency for Health Care Administration, and SHEVAUN HARRIS, in her official capacity as Secretary for the Florida Department of Children and Families,

    Defendants.

_____/

## DEFENDANTS' AMENDED FINAL EXHIBIT LIST

| No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| | | | | Program Policy Manuals and Guides |
| 1 | | | | 200 General Program Information.pdf (DCF-003163) |
| 2 | | | | 400 Administrative Policy.pdf (DCF-002716) |
| 3 | | | | 1400 Technical Requirements (MFAM-MSSI).pdf (DCF-003464 |
| 4 | | | | 1600 Assets (MFAM-MSSI).pdf (DCF-003368) |

| No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 5 | | | | 1800 Income (MFAM-MSSI).pdf (DCF-003182 |
| 6 | | | | 2200 Standard Filing Unit.pdf (DCF-003104) |
| 7 | | | | 4600 Glossary.pdf (DCF-002690) |
| 8 | | | | Appendix A-7 Family-Related Medicaid Income Limit Chart.pdf (DCF-002594) |
| 9 | | | | Appendix A-9 SSI-Related Programs - Financial Eligibility Standards.pdf (DCF-002589) |
| 10 | | | | Economic Self Sufficiency Statewide Fair Hearings Procedural Guide |
| 11 | | | | Deloitte – Medicaid Eligibility System, Functional Design – Eligibility (DCF-001631) |
| | | | General Communications | |
| 12 | | | | DCF Website, *Homepage*, https://www.myflfamilies.com/ |
| 13 | | | | DCF Website, *Contact Us*, https://www.myflfamilies.com/contact-us |
| 14 | | | | DCF Website, *DCF Inquiry*, https://www.myflfamilies.com/contact-us/dcf-inquiry |

| No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 15 | | | | DCF Website, *Community Partner Search*, https://access-web.dcf.state.fl.us/CPSLookup/search.aspx |
| 16 | | | | DCF Website, *Community Partner Search, Duval*, https://access-web.dcf.state.fl.us/CPSLookup/search.aspx |
| 17 | | | | DCF Website, *Community Partner Search, Dade*, https://access-web.dcf.state.fl.us/CPSLookup/search.aspx |
| 18 | | | | [Withdrawn] |
| 19 | | | | DCF Website, *Community Partner Network*, https://www.myflfamilies.com/services/public-assistance/additional-resources-and-services/community |
| 20 | | | | DCF Website, *Economic Self Sufficiency Frequently Asked Questions*, https://www.myflfamilies.com/services/public-assistance/additional-resources-and-services/economic-self-sufficiency-frequently |

| No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 21 | | | | DCF Website, *Economic Self Sufficiency Frequently Asked Questions, Share of Cost*, https://www.myflfamilies.com/services/public-assistance/additional-resources-and-services/economic-self-sufficiency-frequently |
| 22 | | | | DCF Website, *Economic Self Sufficiency Frequently Asked Questions, Medically Needy Program*, https://www.myflfamilies.com/services/public-assistance/additional-resources-and-services/economic-self-sufficiency-frequently |
| 23 | | | | DCF Website, *Family Resource Centers*, https://www.myflfamilies.com/services/public-assistance/additional-resources-and-services/FRC |
| 24 | | | | DCF Website, *Appeal Hearings*, https://www.myflfamilies.com/about/office-inspector-general/appeal-hearings |
| 25 | | | | DCF Website, *How to Request a Public Hearing*, https://www.myflfamilies.com/about/office-inspector-general/appeal-hearings/how-request-public-assistance-hearing |

| No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 26 | | | | DCF Website, *Appeal Hearings Frequently Asked Questions*, https://www.myflfamilies.com/about/office-inspector-general/appeal-hearings-faq |
| 27 | | | | Revised SSI Fact Sheet |
| 28 | | | | Revised Family Medicaid Fact Sheet |
| 29 | | | | DCF Website, *Public Assistance*, https://www.myflfamilies.com/services/public-assistance |
| 30 | | | | DCF Website, *Medically Needy Program Brochure*, CF/PI 165-70, *Jul. 2015*, https://www.myflfamilies.com/services/public-assistance/brochures |
| Reason Codes Currently in Use | | | | |
| 31 | | | | Oracle Table Reason Codes |
| 32 | | | | Oracle Table Reason Codes (English only) |
| ACCESS Modernization | | | | |
| 33 | | | | Operational Work Plan for ACCESS Florida System Modernization Project, Version 3.0 (DCF-0003766) |
| 34 | | | | FY 2024–25 Schedule IV-B for ACCESS Florida System Modernization (DCF-0003800) |

| No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 35 | | | | FY 2023–24 Schedule IV-B for ACCESS Florida System Modernization |
| 36 | | | | FY 2022–23 Schedule IV-B for ACCESS Florida System Modernization |
| 37 | | | | [Withdrawn] |
| Rights and Responsibilities ||||| 
| 38 | | | | Rights and Responsibilities (incorporated by reference into Rule 65A-1.204, F.A.C.) |
| ROMs ||||| 
| 39 | | | | ACCESS Florida System Enhancements – Estimation Process (DCF-000258) |
| 40 | | | | 10/3/2023 ROM re NOCAs (DCF-000260) |
| 41 | | | | 10/5/2023 Estimate (DCF-000264) |
| Medicaid State Plan ||||| 
| 42 | | | | Attachment 2.2-A to Florida's Medicaid State Plan |
| User Audits ||||| 
| 43 | | | | Recipient ACCESS Transaction History (DCF-005121) |
| 44 | | | | Recipient ACCESS Transaction History (DCF-006384) |

| No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 45 | | | | Recipient ACCESS Transaction History (DCF-006385) |
| 46 | | | | Recipient ACCESS Transaction History – Filtered for Chianne D. (DCF-005121) |
| 47 | | | | Recipient ACCESS Transaction History – Filtered for Chianne D. (DCF-006384) |
| 48 | | | | Recipient ACCESS Transaction History – Filtered for Chianne D. (DCF-006385) |
| | | | | Customer Call Center |
| 49 | | | | Module 7: Customer Call Center (DCF-004764) |
| | | | | Instructions to Eligibility Specialists |
| 50 | | | | Common Closure Reasons (DCF-002047) |
| | | | | NOCAs - Plaintiffs |
| 51 | | | | August 7, 2023 NOCA - Kimber Taylor |
| 52 | | | | September 6, 2023 NOCA – Chianne D. |
| 53 | | | | February 15, 2024 NOCA – Kimber Taylor |
| 54 | | | | June 21, 2022 NOCA – A.V. |
| 55 | | | | February 2, 2024 NOCA – A.V. |

7

| No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| Eligibility Estimator | | | | |
| 56 | | | | DCF Prescreen Tool, https://myaccess.myflfamilies.com |
| Florida's Medicaid Redetermination Plan | | | | |
| 57 | | | | DCF Website, *Medicaid*, https://www.myflfamilies.com/medicaid |
| 58 | | | | DCF Website, *Medicaid*, *FAQ Redetermination*, https://www.myflfamilies.com/medicaid |
| 59 | | | | DCF Website, *Medicaid*, *FAQ MyACCESS Account*, https://www.myflfamilies.com/medicaid |
| 60 | | | | Florida's Plan for Medicaid Redetermination |
| 61 | | | | Florida's Medicaid Redetermination Partner Packet |
| 62 | | | | Outreach Efforts Flyer, Sept. 13, 2023 |
| 63 | | | | [Withdrawn] |
| 64 | | | | DCF Correspondence to Florida Legislature re Florida's Medicaid Redetermination Plan |
| YouTube MyACCESS Video Tutorials | | | | |

| No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 65 | | | | [Withdrawn] |
| Chianne D. – Fair Hearing | | | | |
| 66 | | | | Acknowledgment of Hearing Request |
| 67 | | | | Notice of Continuance and Rescheduling |
| 68 | | | | Notice of Hearing by Telephone |
| 69 | | | | Chianne D.'s Request to Reschedule Fair Hearing |
| 70 | | | | Chianne D.'s Withdrawal of Fair-Hearing Request |
| Chianne D. – Call Center Recordings and Transcripts | | | | |
| 71 | | | | Audio recording of March 23, 2023 call between Chianne D. and call-center representative (DCF-006353)* |
| 72 | | | | Audio recording of April 10, 2023 call between Chianne D. and call-center representative (DCF-006354)* |
| 73 | | | | Audio recording of May 30, 2023 (AM) call between Chianne D. and call-center representative (DCF-005869)* |

| No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 74 | | | | Audio recording of May 30, 2023 (PM) call between Chianne D. and call-center representative (DCF-005871)* |
| 75 | | | | Audio recording of May 31, 2023 call between Chianne D. and call-center representative (DCF-005868)* |
| 76 | | | | Audio recording of June 1, 2023 call between Chianne D. and call-center representative (DCF-005867)* |
| 77 | | | | Audio recording of June 1, 2023 call between Chianne D. and call-center representative (DCF-005866)* |
| 78 | | | | Audio recording of June 1, 2023 call between authorized representative for Chianne D. and call-center representative (DCF-005872)* |
| 79 | | | | Audio recording of June 27, 2023 call between authorized representative for Chianne D. and call-center representative (DCF-005870)* |
| 80 | | | | Transcript of May 30, 2023 (AM) call between Chianne D. and call-center representative (DCF-004013)* |

| No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 81 | | | | Transcript of May 30, 2023 (PM) call between Chianne D. and call-center representative (ECF No. 38-1, D1 at pg. 19)* |
| 82 | | | | Transcript of May 31, 2023 call between Chianne D. and call-center representative (ECF No. 38-1, D2 at pg. 28)* |
| 83 | | | | Transcript of June 1, 2023 call between Chianne D. and call center representative (ECF No. 38-1, D3 at pg. 41)* |
| 84 | | | | Transcript of June 1, 2023 call between Chianne D. and call-center representative (ECF No. 38-1, D4 at pg. 70)* |
| 85 | | | | Transcript of June 1, 2023 call between authorized representative for Chianne D. and call-center representative (ECF No. 38-1, D5 – at pg. 89)* |
| 86 | | | | Transcript of June 27, 2023 call between authorized representative for Chianne D. and call-center representative (DCF-003928)* |
| | | | | Chianne D. Call Logs |
| 87 | | | | Chianne D. March–April 2023 Call Logs |
| 88 | | | | Chianne D. May–June 2023 Call Logs |

| No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| Chianne D. ACCESS Notifications, Applications, NOCAs, and Communications | | | | |
| 89 | | | | Chianne D. March 21, 2023 Application – (Pls. Supp. Resp. 0000003–14) |
| 90 | | | | Chianne D. – March 21, 2023 AMS Application |
| 91 | | | | Chianne D. – March 24 2023 Opt In |
| 92 | | | | Chianne D. – September 27, 2021 Opt In |
| 93 | | | | March 23, 2023 Email from DCF to Chianne D. re choice to receive notices online |
| 94 | | | | April 3, 2023 ACCESS Notification email from DCF to Chianne D. |
| 95 | | | | April 14, 2023 Upcoming Medicaid Renewal Email from DCF to Chianne D. |
| 96 | | | | Email logs from DCF to Chianne D. re ACCESS Notifications |
| 97 | | | | Plaintiffs' Stipulations re Communications and Receipt |
| 98 | | | | April 24, 2023 NOCA - Chianne D. |
| 99 | | | | June 2023 email exchange between Chianne D. and J. Ramil. (Pls' Response to Ds 1st RFPs 000265). |
| Lily M. Communications | | | | |

| No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 100 | | | | Lily M. Receipt of Hearing Request July 27, 2023 (DCF-005509–10) |
| 101 | | | | Lily M. Email Request and DCF Receipt July 27, 2023 (DCF-005520–21) |
| 102 | | | | Lily M. Uploaded Letter (DCF-005555) |
| 103 | | | | Lily M. Uploaded Letter (DCF-005548) |
| 104 | | | | Lily M. Fair Hearing Packet (Resp. to L.M. Subpoena for Docs-000041–113) |
| 105 | | | | Lily M. Combined Call Logs (Deposition Exhibit 14) |
| Plaintiffs' Written Discovery Responses | | | | |
| 106 | | | | Chianne D.'s Answers to First Set of Interrogatories (Jan. 22, 2024)* |
| 107 | | | | Chianne D.'s Answers to Second Set of Interrogatories (Mar. 22, 2024)* |
| 108 | | | | Chianne D.'s Responses to First Requests for Production (Mar. 22, 2024)* |
| 109 | | | | Chianne D.'s Responses to Second Requests for Production (Jan. 22, 2024)* |

13

| No. | Date Identified | Date Admitted | Witness | Description |
|-----|-----------------|---------------|---------|-------------|
| 110 | | | | C.D.'s Answers to First Set of Interrogatories (Jan. 22, 2024)* |
| 111 | | | | C.D.'s Answers to Second Set of Interrogatories (Mar. 22, 2024)* |
| 112 | | | | C.D.'s Responses to First Requests for Production (Jan. 22, 2024)* |
| 113 | | | | Kimber Taylor's Answers to First Set of Interrogatories (Feb. 12, 2024)* |
| 114 | | | | Kimber Taylor's Written Responses to Requests for Production (Feb. 12, 2024)* |
| 115 | | | | K.H.'s Answers to First Set of Interrogatories (Feb. 12, 2024)* |
| 116 | | | | K.H.'s Written Responses to Requests for Production (Feb. 12, 2024)* |
| 117 | | | | A.V.'s Answers to First Set of Interrogatories (Jan. 22, 2024)* |
| 118 | | | | A.V.'s Responses to First Requests for Production (Jan. 22, 2024)* |
| | | | | NOCA Revisions |
| 119 | | | | Test Notice, Medicaid Denial Reason Codes 249 and 290 (April 10, 2024) |

| No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 120 | | | | Test Notice, Medicaid Denial Reason Codes 364, 374, and 520 (April 10, 2024) |
| 121 | | | | Test Notice with Revised Medically Needy Section and Revised Footer (April 10, 2024) |
| 122 | | | | Revision to Fair Hearing Language – Will to May (ECF No. 66-1) |
| 123 | | | | Chart Displaying December 2023 Revisions to Reason Codes |
| | | | Expert Witness Documents | |
| 124 | | | | Michael A. Blasie, *The Rise of Plain Language Laws*, 76 U. Miami L. Rev. 447 (2022) (Cude Dep. Ex. 3) |
| 125 | | | | Carolyn Sutherland, *The Elusive Quest for Simplicity: Measuring and Assessing the Readability of Enterprise Agreements, 1993 to 2011*, 35 Sydney L. Rev. 349 (2013) (Cude Dep. Ex. 11) |
| 126 | | | | Sameer Badarudeen & Sanjeev Sabharwal, *Assessing Readability of Patient Education Materials: Current Role in Orthopaedics*, 468 Clinical Orthopaedics & Related Rsch. 2572 (2010) (Cude Dep. Ex. 12) |

| No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 127 | | | | Draft Pending Adoption, Health Insurance and Managed Care (B) Committee (Apr. 12, 2022) (Cude Dep. Ex. 14) |
| 128 | | | | Letter from Brenda Cude, Karrol Kitt, & Birny Birnbaum to Nick Cavey (Oct. 13, 2016) (Cude Dep. Ex. 16 at 34–37) |
| 129 | | | | Brenda J. Cude, Ph.D., *Insurance Disclosures: Implications for Insurance Regulators of Recent Research*, 26 J. Ins. Regul. 3 (2007) (Cude Dep. Ex. 18) |
| 130 | | | | Brenda J. Cude, Ph.D., *Consumer Viewpoints on Effective Disclosures*, CIPR Newsletter (Jan. 2013) (Cude Dep. Ex. 19) |
| 131 | | | | Brenda J. Cude, Ph.D., *Insurance Disclosures: An Effective Mechanism to Increase Consumers' Insurance Market Power?*, 24 J. Ins. Regul. 57 (2005) (Cude Dep. Ex. 20) |
| Data Compilations | | | | |
| 132 | | | | DCF Spreadsheet – Individuals Terminated for Income |
| 133 | | | | DCF Spreadsheet – Redetermination Outcomes |
| 134 | | | | AHCA Spreadsheet – Monthly Cost of Medicaid Benefits |

| No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 135 | | | | AHCA Spreadsheet – Monthly Cost of Medicaid Benefits (Recipients Determined to Be Ineligible) |
| 136 | | | | AHCA Spreadsheet – Monthly Cost Disaggregation |

Defendants reserve the right to offer any exhibit disclosed on Plaintiffs' exhibit list.

\* Defendants move for the limited admission of this exhibit as a statement of a party opponent. Defendants do not consent or waive objection to the use of this exhibit by Plaintiffs for any other purpose. Dated July 17, 2024.

/s/ *Andy Bardos*
Andy Bardos (FBN 822671)
James Timothy Moore, Jr. (FBN 70023)
Ashley H. Lukis (FBN 106391)
GRAYROBINSON, P.A.
301 South Bronough Street, Suite 600
Tallahassee, Florida 32301
Telephone: 850-577-9090
andy.bardos@gray-robinson.com
tim.moore@gray-robinson.com
ashley.lukis@gray-robinson.com
*Attorneys for Defendants*