# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

CHIANNE D., *et al.*,

    Plaintiffs,

v.

Case No. 3:23-cv-00985-MMH-LLL

JASON WEIDA, in his official capacity as Secretary for the Florida Agency for Health Care Administration, and SHEVAUN HARRIS, in her official capacity as Secretary for the Florida Department of Children and Families,

    Defendants.

_____/

## SECRETARY HARRIS' UNOPPOSED MOTION REGARDING ELECTRONIC DEVICES

Pursuant to Local Rule 7.02(a)(2), Defendant, Shevaun Harris, in her official capacity as Secretary of Children and Families ("DCF"), respectfully requests an Order authorizing DCF's Corporate Representative, Tonyaleah Veltkamp, to bring a cell phone and laptop computer into the courthouse during the trial scheduled to begin on July 29, 2024.

    1.    The trial in this matter is set for July 29, 2024, at the Jacksonville courthouse. ECF No. 140.

2. DCF has designated Tonyaleah Veltkamp, Deputy Assistant Secretary of Operations at DCF, as its Corporate Representative during trial pursuant to Federal Rule of Evidence 615.

3. DCF seeks permission for its Corporate Representative to bring a cell phone and laptop computer into the courthouse during the trial.

4. Access to a cell phone and laptop computer will help to ensure that DCF is able to reach Ms. Veltkamp on an emergency basis in connection with her job responsibilities (and that she can be reached in case of a family emergency) while she attends the weeklong trial in Jacksonville.

5. Ms. Veltkamp will comply with the Court's prohibitions against recording or photographing court proceedings and sharing an electronic device with, or delivering an electronic device to, another person. M.D. Fla. R. 5.01, 7.02(c). Ms. Veltkamp's cell phone will be turned off while in the courtroom. ECF No. 114 at 3 n.1.

**WHEREFORE**, DCF respectfully requests an Order authorizing its Corporate Representative to bring a cell phone and laptop computer into the courthouse for use during the trial scheduled to begin on July 29, 2024.

## Certificate of Conferral

Pursuant to Local Rule 3.01(g), undersigned counsel conferred with counsel for Plaintiffs on July 24, 2024. Plaintiffs do not oppose the motion.

Dated July 24, 2024.

        /s/ *Andy Bardos*
        Andy Bardos (FBN 822671)
        James Timothy Moore, Jr. (FBN 70023)
        Ashley H. Lukis (FBN 106391)
        GRAYROBINSON, P.A.
        301 South Bronough Street, Suite 600
        Tallahassee, Florida 32301
        Telephone: 850-577-9090
        andy.bardos@gray-robinson.com
        tim.moore@gray-robinson.com
        ashley.lukis@gray-robinson.com
        *Attorneys for Defendants*