**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

Chianne D., et al.,
                Plaintiffs,

v.                                                        Case No. 3:23-cv-00985

Jason Weida, in his official capacity
as Secretary for the Florida Agency
for Health Care Administration, et al.,
                Defendants.
_____/

**EXHIBIT LIST**

☐ Government   ☒ Plaintiff(s)   ☐ Defendant(s)   ☐ Court   ☐ Other:

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| PX1 | | | | Sec. Harris' Second Amended Answers to Pls' First Set of Interrogatories |
| PX2 | | | | Sec. Harris' Answers to Pls' First Set of RFAs |
| PX3 | | | | Pls' Resp. to Ds First Set of Interrogatories to A.V. |
| PX4 | | | | Dr. Brenda Cude Report and Supporting Exhibits #1-7. |
| PX5 | | | | Decl. of LaQuetta Anderson (Oct. 6, 2023; Doc. 39-8) |
| PX6 | | | | Decl. of William Roberts (Oct. 5, 2023; Doc. 39-4) |
| PX7 | | | | Decl. of Karina Sarmiento (Oct. 6, 2023; Doc. 38-2) |

| | | | | |
|---|---|---|---|---|
| PX8 | | | | Decl. of Kait Zumaeta (Oct. 5, 2023; Doc. 38-3) |
| PX9 | | | | Decl. of Angela Pridgeon (Oct. 5, 2023; Doc. 39-2) |
| PX10 | | | | Decl. of Allison Leo (Oct. 5, 2023; Doc. 39-3) |
| PX11 | | | | Decl. of Todd Palmer (Sept. 29, 2023; Doc. 39-6) |
| PX12 | | | | Decl. of LaQuetta Anderson (Dec. 19, 2023; Doc. 66-1) |
| PX13 | | | | Decl. of Daniel Davis (Jan. 12, 2024; Doc. 76-1) |
| PX14 | | | | Decl. of Matthew Cooper (Jan. 12, 2024; Doc. 76-2) |
| PX15 | | | | Decl. of William Roberts (March 1, 2024; Doc. 87-1) |
| PX16 | | | | Decl. of Karina Sarimento (March 12, 2024; Doc. 93-1) |
| PX17 | | | | L.M.J. notice (Doc. 3-6) |
| PX18 | | | | M.G. notice (Doc. 3-7) |
| PX19 | | | | L.S. notice (Doc. 3-8) |
| PX20 | | | | F.M. notice (Doc. 3-10) |
| PX21 | | | | A.H. notice (Doc. 3-11) |

| | | | | |
|---|---|---|---|---|
| PX22 | | | | Running records comments Chianne D. (12/30/21 to 9/5/22) |
| PX23 | | | | Running Records Comments Chianne D. (2/23/23 to 4/10/23) |
| PX24 | | | | Running Records Comments Chianne D. (4/10/23 to 6/1/23) |
| PX25 | | | | Running records comments Chianne (3 total pages of comments, 9/6/22 to 9/6/23) |
| PX26 | | | | CLRC screens Chianne D. (8/31/20 to 12/6/24) |
| PX27 | | | | 2023-01-01 Chianne Budget & 2023-09-01 CD Budget (June 1 Change) |
| PX28 | | | | Chianne D. IQEL |
| PX29 | | | | 2023-06-01 Chianne Budget (March 21 App) |
| PX30 | | | | CD IQEL |
| PX31 | | | | 2023-06-01 CD Budget (March 21 App) |
| PX32 | | | | 2023-06-02 Chianne D. NOCA |
| PX33 | | | | Chianne D. ACCESS change (2/20/23) |
| PX34 | | | | Chianne D. ACCESS change (2/27/23) |
| PX35 | | | | NOCA to Chianne D. (2/27/23) |

| | | | | |
|---|---|---|---|---|
| PX36 | | | | Renewal Request to Chianne D. (3/20/23) |
| PX37 | | | | Chianne ACCESS application (3/21/23) |
| PX38 | | | | NOCA to Chianne – request for loss of income (4/4/23) |
| PX39 | | | | Written attestation of loss of income, Chandler (4/11/23) |
| PX40 | | | | NOCA to Chianne D. (4/24/23) |
| PX41 | | | | Chandler earnings statement |
| PX42 | | | | Correspondence from Sanchez to ESS re: Chianne D. request to change hearing date (6/2/23) |
| PX43 | | | | Chianne D. Appeal Hearing notice of hearing by telephone 7/20 (6/13/23) |
| PX44 | | | | Chianne D. email to OAH requesting earlier hearing date (6/16/23) |
| PX45 | | | | Chianne D. Appeal Hearing notice - hearing moved to 7/3 (6/20/23) |
| PX46 | | | | Chianne D. appeal notice re: rescheduling granted |
| PX47 | | | | Email from DCF OAH cancelling hearing due to federal holiday |
| PX48 | | | | Correspondence from Sanchez to ESS re: Chianne D. withdrawing appeal (6/29/23) |
| PX49 | | | | Correspondence from Sanchez to ESS re: Chianne D. withdrawing appeal (6/30/23) |

| | | | | |
|---|---|---|---|---|
| PX50 | | | | Medical expense fax from Acaria Health/Foundation Pharmacy to DCF, re: CD (7/5/23) |
| PX51 | | | | Chianne D. ACCESS change (7/24/23) |
| PX52 | | | | NOCA to Chianne D. (9/6/23) |
| PX53 | | | | Chianne D. email with Jarvis Ramil (6.6.23) |
| PX54 | | | | Chianne D. email with Jarvis Ramil (6.14.23) |
| PX55 | | | | Chianne D. email with Jarvis Ramil (6.16.23 to 6.19.23) |
| PX56 | | | | Chianne D. email with Jarvis Ramil (6.20.23) |
| PX57 | | | | C.D. Wolfson bill_6.21.23 |
| PX58 | | | | C.D. Wolfson bill_10.30.23 |
| PX59 | | | | C.D. Fletchers bill |
| PX60 | | | | C.D. Nemours bill |
| PX61 | | | | C.D. ERG bill |
| PX62 | | | | Audio Transcription of Phone Call - (1) (5/30 PM) |
| PX63 | | | | Audio Transcription of Phone Call - (6) (call from Jarvis Ramil_6/27/23) |

| | | | | |
|---|---|---|---|---|
| PX64 | | | | Audio Transcription of Phone Call - (8) (5/30 AM) |
| PX65 | | | | Chianne D. notes re DCF April 2023 NOCA |
| PX66 | | | | ACCESS Applications as they Appear on Chianne D. MyACCESS account |
| PX67 | | | | Running records comments Henry V. (9/6/22 to 9/6/23) |
| PX68 | | | | CLRC screens Henry V. (1/11/22 to 2/1/24) |
| PX69 | | | | Jennifer V. ACCESS FDSH wages verification data (1/9/23) |
| PX70 | | | | 2023-06-01 AV Budget (April 3 App) |
| PX71 | | | | 2023-12-18 FFM Application |
| PX72 | | | | 2023-12-18 SWICA Henry |
| PX73 | | | | 2024-02-01 AV Budget (Dec. 18 App).pdf |
| PX74 | | | | 2024-03-01 AV Budget (Jan 30 Change) |
| PX75 | | | | AV IQEL |
| PX76 | | | | Jennifer V. ACCESS application (1/9/23) |
| PX77 | | | | Henry V. ACCESS state wage verification data (1/9/23) |

| | | | | |
|---|---|---|---|---|
| PX78 | | | | Jennifer V. ACCESS application (4/3/23) |
| PX79 | | | | Henry V. ACCESS state wage verification data (4/3/23) |
| PX80 | | | | Jennifer V. ACCESS FDSH wages verification data (4/3/23) |
| PX81 | | | | Jennifer V. NOCA (5/16/23) |
| PX82 | | | | Jennifer V. ACCESS FDSH wages verification data (12/18/23) |
| PX83 | | | | Jennifer V. NOCA (1/18/24) |
| PX84 | | | | Henry V. NOCA (1/18/24) |
| PX85 | | | | Henry V. NOCA (1/31/24) |
| PX86 | | | | Henry V. NOCA (2/2/24) |
| PX87 | | | | Henry V. NOCA (3/21/24) |
| PX88 | | | | Henry V./Jennifer V. IRS_2022_1040 |
| PX89 | | | | Jenny V. paystubs_5.1.23 to 5.14. 23 |
| PX90 | | | | Jenny V. paystubs_5.15.23 to 5.31.23 |
| PX91 | | | | Henry V. paystub_6.16.23 |

| | | | | |
|---|---|---|---|---|
| PX92 | | | | Henry V. paystub_6.02.2023 |
| PX93 | | | | Henry V. paystub_5.19.23 |
| PX94 | | | | A.V. Florida KidCare Denial (referral to Medicaid_4.4.23) |
| PX95 | | | | A.V. Florida KidCare Denial (referral to Medicaid_1.9.24) |
| PX96 | | | | A.V. Medical Bills |
| PX97 | | | | ACCESS Applications as they Appear on Jennifer V./Henry V. MyACCESS account |
| PX98 | | | | TWN Income details for Kimber Taylor on ACCESS 12/2022-5/2023 |
| PX99 | | | | CLRC screens Kimber Taylor (10/20/22 to 2/14/24) |
| PX100 | | | | 2023-07-01 KH Budget (May 7 App) |
| PX101 | | | | 2023-08-01 KH Budget (June 29 App.) |
| PX102 | | | | KH IQEL |
| PX103 | | | | Kimber Taylor IQEL |
| PX104 | | | | 2023-06-01 Kimber Taylor Budget (April 10 App) |
| PX105 | | | | NOCA to Kimber Taylor (3/20/23) |

| | | | | |
|---|---|---|---|---|
| PX106 | | | | Kimber Taylor ACCESS change reported (5/8/23) |
| PX107 | | | | Kimber Taylor ACCESS FDSH wages verification data (4/10/23) |
| PX108 | | | | NOCA to Kimber Taylor (4/26/23) |
| PX109 | | | | ACCESS application Kimber (5/8/23) |
| PX110 | | | | Kimber Taylor ACCESS FDSH wages verification data (5/8/23) |
| PX111 | | | | Kimber Taylor ACCESS change reported (5/22/23) |
| PX112 | | | | NOCA to Kimber Taylor (6/8/23) |
| PX113 | | | | Kimber Taylor ACCESS application (6/29/23) |
| PX114 | | | | Kimber Taylor ACCESS state wage verification data (6/29/23) |
| PX115 | | | | Kimber Taylor ACCESS FDSH wages verification data (6/29/23) |
| PX116 | | | | NOCA to Kimber Taylor (8/7/23) |
| PX117 | | | | Kimber Taylor MyACCESS Medicaid Application (1/16/24) |
| PX118 | | | | Kimber Taylor NOCA (2/15/24) |
| PX119 | | | | Kimber Taylor medical bill (Ascension St. Vincents) |

| | | | | |
|---|---|---|---|---|
| PX120 | | | | Lily Mezquita NOCA (10/19/2023) |
| PX121 | | | | G.M. NOCA (10/19/2023) |
| PX122 | | | | G.M. NOCA (7/20/2023) |
| PX123 | | | | Lily Mezquita NOCA (7/20/2023) |
| PX124 | | | | Lily Mezquita State Wage Verification Data (7/19/2023) |
| PX125 | | | | Cultivate Pay stub (6/02/2023) |
| PX126 | | | | Lily Mezquita Application (7/19/2023) |
| PX127 | | | | CLRC Notes for Lily Mezquita |
| PX128 | | | | Call recording (undated) **NATIVE** |
| PX129 | | | | Fair Hearing Evidence – Lily Mezquita |
| PX130 | | | | Lily Mezquita NOCA (3/29/2024) |
| PX131 | | | | Lily Mezquita NOCA (3/29/2024) |
| PX132 | | | | Lily Mezquita IQEL |
| PX133 | | | | 2023-08-01 GM Budget (June 19 App) |

| | | | | |
|---|---|---|---|---|
| PX134 | | | | 2023-06-01 Lily Mezquita Budget (March 29 App) |
| PX135 | | | | 2023-06-01 GM Budget (March 29 App) |
| PX136 | | | | 2023-08-01 Lily Budget (June 19 App) |
| PX137 | | | | 2023-05-01 Paystubs Lily |
| PX138 | | | | 2023-06-19 SWICA Lily |
| PX139 | | | | ACCESS FL System Enhancements Estimation Process - flowchart & table |
| PX140 | | | | Estimate - Medicaid Eligibility and Notice Changes to Provide Detail Information |
| PX141 | | | | ACCESS Request for Rough Order of Magnitude - to Revise Medicaid Denial/Termination Notices prep. by Anderson |
| PX142 | | | | Estimate - Address Notice Footer Text Changes |
| PX143 | | | | Postpartum Coverage Extension to 12 Months, new policy transmittal from Veltkamp to Economic Self-Sufficiency (March 3, 2022) |
| PX144 | | | | Full Medicaid vs. Medically Needy table |
| PX145 | | | | Common FL Reason Codes |
| PX146 | | | | Email from SNR CCC Office to call centers re: PHE extension talking points |

| | | | | |
|---|---|---|---|---|
| PX147 | | | | Continuous Medicaid Eligibility Change for children under 19, transmittal from Reed to ESS (Dec. 19, 2023) |
| PX148 | | | | Call center script/talking points re: Medicaid coverage |
| PX149 | | | | ACCESS Call Center Scripts re: SSI denial/termination/ex-parte |
| PX150 | | | | ACCESS Call Center Scripts re: Share of Cost |
| PX151 | | | | ACCESS Call Center Scripts re: Identify/Transfer Adult Related Medicaid/Provider Call |
| PX152 | Withdrawn | | | ACCESS Call Center Scripts re: Proof of Benefits Received Request |
| PX153 | | | | Income Verification Without Using "The Work Number," transmittal from Reed to ESS |
| PX154 | | | | ACCESS call center script, Medicaid status inquiries |
| PX155 | | | | Spreadsheet re reason code use **NATIVE** |
| PX156 | | | | NOCA letter templates for various DCF programs |
| PX157 | | | | Deloitte Medicaid Eligibility System - Functional Design |
| PX158 | | | | Reason Codes spreadsheet **NATIVE** |
| PX159 | | | | AWAA Reason Codes/Central Region |
| PX160 | | | | Medicaid Closure Codes - error prone codes |

| | | | | |
|---|---|---|---|---|
| PX161 | | | | Medicaid Unwinding Updates & FAQs |
| PX162 | | | | FHK reminders |
| PX163 | | | | AWAA & Code Determination - slide deck, ESS training |
| PX164 | | | | Reasonable Compatibility Job Aid table & flow chart |
| PX165 | | | | Medicaid unwinding reason codes & common closure reasons |
| PX166 | | | | Reason codes training lesson, Gimbel |
| PX167 | | | | Case review guides for Family Medicaid, SSI-Related, BR Hearings & error codes |
| PX168 | | | | ACCESS Management System User Guide |
| PX169 | | | | First page: identical to DCF-002047, second page: commonly used Medicaid denial codes |
| PX170 | | | | ESS manual incl. reason, status codes, MFAM coverage groups, pregnancy eligibility, gap coverage for renewals |
| PX171 | | | | Continuous Medicaid Eligibility Denial Codes |
| PX172 | | | | Auto Action Process - slide deck |
| PX173 | | | | ESS Fair Hearings Procedural Guide |
| PX174 | | | | Table of hearings w/appeal & case nos., dates, order completed, etc. **NATIVE** |

| | | | | |
|---|---|---|---|---|
| PX175 | | | | Email from Worrall to Lewis w/ revised draft of MACPAC case study report |
| PX176 | | | | Revised MACPAC case study report draft incl. in above email - Medicaid Eligibility, Enrollment, & Renewal Processes & Systems Study |
| PX177 | | | | ACCESS Florida Program Policy Manual, intro/table of contents |
| PX178 | | | | Family Related Medicaid Income Limits table (Appx. 7) |
| PX179 | | | | ACCESS Florida Program Policy Manual, Ongoing Case Processing chapter |
| PX180 | | | | ACCESS Florida Program Policy Manual, Application Processing chapter |
| PX181 | | | | ACCESS Florida Program Policy Manual, Glossary |
| PX182 | | | | ACCESS Florida Program Policy Manual, Administrative Policy chapter (duplicate of DCF-000270 - DCF-000318) |
| PX183 | | | | ACCESS Florida Program Policy Manual, Notices & Forms chapter |
| PX184 | | | | ACCESS Florida Program Policy Manual, Benefit Issuance chapter |
| PX185 | | | | ACCESS Florida Program Policy Manual, Data Exchange chapter |
| PX186 | | | | ACCESS Florida Program Policy Manual, Calculation of Benefits chapter |
| PX187 | | | | ACCESS Florida Program Policy Manual, Budgeting Income chapter |
| PX188 | | | | ACCESS Florida Program Policy Manual, Coverage Groups chapter |

| | | | | |
|---|---|---|---|---|
| PX189 | | | | ACCESS Florida Program Policy Manual, Standard Filing Unit chapter |
| PX190 | | | | ACCESS Florida Program Policy Manual, General Program Information chapter |
| PX191 | | | | ACCESS Florida Program Policy Manual, Income (MFAM, MSSI, SFP) chapter |
| PX192 | | | | ACCESS Florida Program Policy Manual, Technical Requirements (MFAM, MSSI, SFP) chapter |
| PX193 | | | | KidCare referral procedure when Medicaid denied or enrolled in Medically Needy, transmittal from Veltkamp & Poirier to ESS |
| PX194 | | | | Continuous Medicaid Policy Clarification re: children under 19 (March 1, 2018) |
| PX195 | Withdrawn | | | Email from Pridgeon to Nimmons re: notice language around fair hearings |
| PX196 | | | | NOCA combination approval with revised fair hearings language - attached to above email |
| PX197 | | | | ACCESS System Modernization - Operational Work Plan |
| PX198 | | | | Schedule IV-B for ACCESS Florida System Modernization FY 2024-2025 |
| PX199 | | | | Emails between Reed, DeFrancisco, Penn, Royster, Pridgeon, et al. re: Draft Medicaid Termination Notice |
| PX200 | | | | Emails between Kirkland, Wade, Anderson, et al. re: termination notices |
| PX201 | | | | Draft NOCA referred to in above email from Kirkland |
| PX202 | Withdrawn | | | State Follow-up Questions List - End of Medicaid Continuous Enrollment - attached to above email from Bivens |

| PX203 | | | | Draft NOCA - Medicaid, income too high |
|---|---|---|---|---|
| PX204 | | | | ESS Customer Call Center objectives module |
| PX205 | | | | Medicaid (MFAM/MSSI) SFU & Budgeting objectives module |
| PX206 | | | | FLORIDA Family Track Screens |
| PX207 | | | | State (FL) Report on Plans for Prioritizing and Distributing Renewals Following the End of the Medicaid Continuous Enrollment Provisions |
| PX208 | | | | ACCESS Request for ROM: Modify the Medicaid Denial Notices (revised) (Dec. 12, 2022) |
| PX209 | | | | Sample NOCA |
| PX210 | | | | Notice reason codes (1st tab) & FLODS-TSRC codes (2nd tab) **NATIVE** |
| PX211 | | Withdrawn | | Sample UAT Case Action Notices- 2.23.24 Lawsuit related Fair Hearings |
| PX212 | | | | Medicaid Denial/Reduction/Termination Notices Language Changes - Requirements Validation Session, Deloitte - slide deck |
| PX213 | | | | Fair Hearings text with revision |
| PX214 | | | | Emails b/w Bivens, Latham, Deloitte, Anderson, others re: Reason codes update |
| PX215 | | | | Emails b/w Anderson, Pridgeon, Kirkland, Deloitte, others re: Denial notice changes |

| PX216 | | | | Rough Order of Magnitude Re: Modify Medicaid Denial Notices (Revised) |
|---|---|---|---|---|
| PX217 | | | | Project estimate: Medicaid Denial/Reduction/Termination Notices Language Changes<br><br>**NATIVE** |
| PX218 | | | | ACCESS-RevisedNDSNoticeTextChanges-Requirements Validation-Final (005) |
| PX219 | Withdrawn | | | FW FLORIDA - Testing and Configuration Plan - FINAL |
| PX220 | | | | FW Reason Codes (Veltkamp to Havard) |
| PX221 | | | | FW Reason Codes Update (12/21/2023 Anderson to Kallumkal et al) |
| PX222 | | | | RE: Estimate for NDS Notice Changes (Anderson & Garren) |
| PX223 | | | | FW Notice Footer changes (Kallumkal to Anderson) |
| PX224 | | | | Medicaid State Plan – DCF Responsibilities 3.2024 |
| PX225 | | | | DCF/AHCA Contract (AA300) |
| PX226 | | | | Floridas-Plan-for-Medicaid-Redetermination |
| PX227 | | | | FW: Florida: Confirmation of Renewal Requirements Requested by 3/8 |
| PX228 | Withdrawn | | | Dep't of Health & Human Svces, Four States Reviewed Received Increased Medicaid COVID-19 Funding (September 2023) |

| PX229 | | | | NL_MACPAC_E2R_Pre_telephone discussion form_FL |
|---|---|---|---|---|
| PX230 | | | | Emails b/w Anderson, Deloitte, et al. re: requirements document for Family Planning process |
| PX231 | | | | Emails b/w Kirkland, Lewis, FAHP, Anderson, Veltkamp, Baker, et al. re: NOCA language |
| PX232 | | | | Emails b/w Deloitte, Lewis, James, et al. re: ICP Notice Change estimate & draft language proposed for NOCA |
| PX233 | | | | ACCESS Request for Rough Order of Magnitude re: Notice Change-ICP Approval Notice, prep. by Anderson |
| PX234 | | | | ACCESS-Estimate-ICP Notice Change **NATIVE** |
| PX235 | | | | Email from Nathan Lewis to James, Veltkamp, Anderson, et al. re: ALF/Sunshine |
| PX236 | | | | Sample ICP NOCA draft with changes tracked |
| PX237 | | | | Sample NOCA draft with revisions |
| PX238 | | | | *Medicaid Eligibility, Enrollment, and Renewal Processes and Systems Study*, MACPAC |
| PX239 | | | | Screenshots of DCF's Website |
| PX240 | | | | Oregon Health Authority, Renewal data shows 5 out of 6 Oregonians keeping medical benefits (Nov. 22, 2023) |
| PX241 | | | | Oregon Supplemental Income Program Medical (OSIPM) Restorations (updated Nov. 21, 2023) |
| PX242 | | | | Arizona Department of Economic Security (DES), Important Information About Your Appeal Rights |

| | | | |
|---|---|---|---|
| PX243 | Withdrawn | | CMCS Informational Bulletin, *Conducting Medicaid and CHIP Renewals During the Unwinding Period and Beyond: Essential Reminders* (March 15, 2024) |
| PX244 | | | CMS Florida 1115 Managed Medical Assistance Waiver – STCs (Oct. 12, 2022) |
| PX245 | | | CMS Medicaid and CHIP Call Center Data, November 2023 |
| PX246 | | | CMS, Letter to Sec. Weida regarding Call Center data findings (Aug. 9, 2023) |
| PX247 | | | AHCA Florida 1115 Managed Medical Assistance Waiver (Project Number 11-W-002064) (Sept. 3, 2021) |
| PX248 | | | CMS FAQs to Support Return to Normal Eligibility Operations, *Transitional Medical Assistance and Medical Support* (Nov. 22, 2023) |
| PX249 | Withdrawn | | Center for Health Care Strategies, Improving Written Communication to Promote Health Literacy (March 2024) |
| PX250 | Withdrawn | | Pls' highlighted reason codes list (Doc. 47-3) |
| PX251 | | | 11.6.2023 Aid Pending Notice (Redacted)_Redacted |
| PX252 | | | Client MyACCESS Screenshots |
| PX253 | | | Family Related Medicaid Fact Sheet (2 months postpartum) |
| PX254 | | | DCF Program Policy Manual, Appendix A-13 (Active Medicaid Program Codes) |
| PX255 | | | Medically Needy Brochure |

| | | | | |
|---|---|---|---|---|
| PX256 | | | | Sample Medicaid denial notice (4/11/24) – 346, 374 and 520 |
| PX257 | | | | Sample Medically Needy Notice (4/11/24) |
| PX258 | | | | Sample Medicaid denial notice (4/11/24) – 249 and 290 |
| PX259 | | | | Reason Code Screen - 227 |
| PX260 | | | | Screenshots of DCF's Website (4/18/24 - 4/19/24) |
| PX261 | | | | NOCA to Jennifer V. (6/21/2022) |
| PX262 | | | | CCC Data January 2023-Current **NATIVE** |
| PX263 | | | | AE01 A6 - Recurring Medically Needy approval v2 **NATIVE** |
| PX264 | | | | AE01 AB - Medically  Needy approval notice 03-2020 version v2 **NATIVE** |
| PX265 | | | | AE01 AD - FS approval retroactive months v3 **NATIVE** |
| PX266 | | | | AE01 AH - Nursing Approval Recurring benefit **NATIVE** |
| PX267 | | | | AE01 AP - Expedited Approval AE01 AP English - Includes FAWA Language **NATIVE** |
| PX268 | | | | AE01 R6 - Removal of an individual from a Medicaid assistance group **NATIVE** |
| PX269 | | | | AE01 T1 - Medicaid termination v2 **NATIVE** |
| PX270 | | | | AE01 T1 - Medicaid termination **NATIVE** |

| | | | | |
|---|---|---|---|---|
| PX271 | | | | AE01 T7 - SLMB Termination v2 <br> **NATIVE** |
| PX272 | | | | AE73 D1 English <br> **NATIVE** |
| PX273 | | | | BI01 X5 - Auxiliary with an existing recoupment <br> **NATIVE** |
| PX274 | | | | BI03 E1 - Benefit Expiration Notice v2 <br> **NATIVE** |
| PX275 | | | | Ex. 5 - AE73 D1 English <br> **NATIVE** |
| PX276 | | | | Reason Code Revisions v3 <br> **NATIVE** |
| PX277 | | | | Screenshots of Comments from Reason Codes v3 <br> **NATIVE** |
| PX278 <br><br> ***\*\*Note:*** exhibit appears in two files: PX278A and PX278B | | | | Jennifer V. MyACCESS Account Video <br> **NATIVE** |
| PX279 <br><br> ***\*\*Note:*** exhibit appears in two files: PX279A and PX279B | | | | Kimber Taylor MyACCESS Account Video <br> **NATIVE** |

| | | | | |
|---|---|---|---|---|
| PX280<br><br>**\*\*_Note:_**<br>exhibit appears in two files: PX280A and PX280B | | | | Chianne D. MyACCESS Account Video<br>**NATIVE** |
| PX281<br><br>**\*\*_Note:_**<br>exhibit appears in two files: PX281A and PX281B | | | | Lily Mezquita MyACCESS Account Video<br>**NATIVE** |
| PX282 | | | | Prescreening Tool Video<br>**NATIVE** |
| PX283 | | | | Table of hearings w/appeal & case nos., dates, order completed, etc. 4/1/2023 – 5/1/2024<br>**NATIVE** |
| PX284 | | | | CCC Data Updated April 2024 |
| | | | | **ONLINE ONLY**: MyACCESS accounts of Chianne D., Jennifer V., Kimber Taylor, & Lily Mezquita, accessible at:<br>https://myaccess.myflfamilies.com/ |
| | | | | **ONLINE ONLY**: DCF's website accessible at:<br>https://www.myflfamilies.com/ |

_/s/Katy DeBriere_
Katy DeBriere (Fl. Bar No. 58506)
3900 Richmond Street
Jacksonville, FL 32205
(352) 496-5419
debriere@floridahealthjustice.org