**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CHIANNE D., et al.CASE NO. 3:23-cv-985-MMH-LLL

v.

JASON WEIDA, in his official capacity
as Secretary for the Florida Agency
for Health Care Administration, et al.

| Counsel for Plaintiffs: | Counsel for Defendants: |
|---|---|
| Katherine DeBriere | Andy Bardos |
| Sarah Grusin | James Moore |
| Lynn Hearn | Ashley Lukis |
| Amanda Avery | |
| Jerron Wheeler | |
| Ronnie Graham | |
| Miriam Heard | |

**HONORABLE MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jodi L. WilesCourt Reporter: Katharine Healey

**CLERK'S MINUTES**

PROCEEDINGS OF:   BENCH TRIAL

<u>Plaintiffs' Witnesses:</u> William Roberts, Chianne D.

<u>Plaintiffs' Exhibits:</u> PX72, PX79, PX80, PX82, PX84, PX98, PX110, PX124

The parties are directed to report back at 8:45 a.m. on July 30, 2024.

Date: July 29, 2024
Times: 9:06 a.m. – 12:35 p.m.; 1:40 p.m. – 5:32 p.m.
Total: 7 Hours, 21 Minutes