**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| CHIANNE D., et al. | CASE NO. 3:23-cv-985-MMH-LLL |
| v. | |
| JASON WEIDA, in his official capacity as Secretary for the Florida Agency for Health Care Administration, et al. | |

Counsel for Plaintiffs:
Katherine DeBriere
Sarah Grusin
Lynn Hearn
Amanda Avery
Jerron Wheeler
Ronnie Graham
Miriam Heard

Counsel for Defendants:
Andy Bardos
James Moore
Ashley Lukis

**HONORABLE MARCIA MORALES HOWARD**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jodi L. Wiles          Court Reporter: Katharine Healey

## CLERK'S MINUTES

PROCEEDINGS OF:   BENCH TRIAL

<u>Plaintiffs' Witnesses:</u> Chianne D., Jennifer V., Lily Mezquita

<u>Plaintiffs' Exhibits:</u> PX57, PX58, PX83, PX95, PX282, PX283, PX284

<u>Defendants' Exhibits:</u> 54, 133, 135

<u>Defendants' Witnesses:</u> Matthew Cooper

The parties are directed to report back at 8:45 a.m. on July 31, 2024.

Date: July 30, 2024
Times: 9:07 a.m. – 12:36 p.m.; 1:45 p.m. – 4:56 p.m.
Total: 6 Hours, 40 Minutes