UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Chianne D., et al.,

    Plaintiffs,

    v.                                      Case No. 3:23-cv-00985-MMH-LLL

Jason Weida, in his official capacity
as Secretary for the Florida Agency
for Health Care Administration, et al.,

    Defendants.
_____/

**UNOPPOSED MOTION TO ADD ONE ADDITIONAL
EXHIBIT TO THE ORDER GRANTING JOINT MOTION TO SEAL**

    In a joint motion with Defendants filed August 8, 2024, Plaintiffs requested that, among other exhibits, PX 174 be filed under seal with a redacted version to also be filed on the public docket. PX 174 is data from the Department of Children and Families Office of Appeal Hearings and contains the names and Medicaid Identification Numbers of individual Medicaid recipients. Plaintiffs asserted PX 174 needed to be filed under seal (with a redacted version to be made publicly available) because redaction would eliminate the ability to fully filter and navigate the information contained therein and would inhibit a clear appellate record. (Doc. 157 at 7).

    In the Joint Motion to Seal, Plaintiffs inadvertently omitted PX 283. PX 283 is a native format data spreadsheet that contains the same kind of data as that in the

spreadsheet at PX 174 but for a different period of time. Because PX 283 contains the same kind of information as that in PX 174, Plaintiffs' interest in filing the data under seal also remains the same. On August 12, 2024, the Court granted the Joint Motion to Seal, including Plaintiffs' request to file an unredacted version of PX 174 under seal (with a redacted version to be filed on the public docket). (Doc. 158, ¶ 3).

**WHEREFORE**, Plaintiffs request leave to file PX 283 under seal with a redacted version to be filed on the public docket for the same reasons that the Court granted Plaintiffs leave to file PX 174 under seal.

### Local Rule 3.01(g) Certification

Pursuant to Middle District, Local Rule 3.01(g), the undersigned has conferred with counsel for the Defendants on August 25, 2023, and Defendants' counsel has indicated they do not oppose Plaintiffs' Motion.

Respectfully submitted,

*/s/ Katy DeBriere*
Katy DeBriere (Fl. Bar No. 58506)
Florida Health Justice Project
3900 Richmond Street
Jacksonville, FL 32205
(352) 278-6059
debriere@floridahealthjustice.org