UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHIANNE D.; C.D., by and through
her mother and next friend, Chianne D.;
A.V., by and through her mother
and next friend, Jennifer V.; KIMBER
TAYLOR; and K.H., by and through his
mother and next friend, Kimber Taylor,

          Plaintiffs,

-vs-                        Case No. 3:23-cv-985-MMH-LLL

SHEVAUN HARRIS, in her official
capacity as Secretary for the FLORIDA
AGENCY FOR HEALTH CARE
ADMINISTRATION, and TAYLOR
HATCH, in her official capacity as
Secretary for the FLORIDA
DEPARTMENT OF CHILDREN
AND FAMILIES,

          Defendants.
_____/

# O R D E R

**THIS CAUSE** is before the Court sua sponte. On June 26, 2025, the United States Supreme Court issued a decision in Medina v. Planned Parenthood South Atlantic, No. 23-1275, 2025 WL 1758505 (June 26, 2025). In the Medina decision, the Supreme Court addressed the circumstances in which a statutory provision is privately enforceable under 42 U.S.C. § 1983.

Significantly, Plaintiffs assert in this action a claim under § 1983 for an alleged violation of 42 U.S.C. § 1396a(a)(3). See First Amended Complaint (Doc. 77) at 42-43. As such, the Court will require supplemental briefing on whether § 1396a(a)(3) is privately enforceable under § 1983 in light of the Medina decision. Accordingly, it is

**ORDERED:**

Defendants' supplemental brief is due on or before **July 14, 2025**. Plaintiffs' response to Defendants' supplemental brief is due no later than **July 28, 2025.** The supplemental brief and response shall not exceed **10 pages** each.

**DONE AND ORDERED** in Jacksonville, Florida this 30th day of June, 2025.

/s/ Marcia Morales Howard
**MARCIA MORALES HOWARD**
United States District Judge

lc11
Copies to:

Counsel of Record