IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHIANNE D., *et al.*,

    Plaintiffs,

v.

SHEVAUN HARRIS, in her official capacity as Secretary for the Florida Agency for Health Care Administration, and TAYLOR HATCH, in her official capacity as Secretary for the Florida Department of Children and Families,

    Defendants.
_____/

Case No. 3:23-cv-00985-MMH-LLL

**JOINT MOTION TO TOLL SUPPLEMENTAL BRIEFING DEADLINES**

    The parties jointly request an Order tolling the briefing deadlines set forth in this Court's Order dated July 1, 2025 (ECF No. 176) to enable the Plaintiffs to seek leave to amend their operative complaint to withdraw Count II.

    1.    On July 1, 2025, this Court directed the parties to submit supplemental briefing on the Supreme Court's decision in *Medina v. Planned Parenthood South Atlantic*, No. 23-1275, 2025 WL 1758505 (U.S. June 26, 2025). ECF No. 176. Specifically, the Court directed the parties to brief the impact of the *Medina* decision on Plaintiffs' claim under 42 U.S.C. § 1983 to enforce 42 U.S.C. § 1396a(a)(3) of the Medicaid Act. *Id.* at

2. That claim is set forth in Count II of the First Amended Complaint. ECF No. 77 at 42–43.

2. Under the present schedule, Defendants' Supplemental Brief is due on July 14, 2025, and Plaintiffs' response is due on July 28, 2025. ECF No. 176 at 2.

3. On July 9, 2025, the parties conferred about the supplemental briefing schedule. Plaintiffs communicated their intent to move for leave to amend their complaint to withdraw Count II, leaving in place the remaining complaint including the due-process claim set forth in Count I.[1] Defendants do not anticipate opposing Plaintiffs' forthcoming motion for leave. If granted, Plaintiffs' proposed amendment would render supplemental briefing unnecessary because Plaintiffs would no longer assert a claim to enforce the Medicaid Act.

4. Accordingly, to preserve their and the Court's resources, the parties jointly request the Court to toll the current supplemental briefing schedule pending the Court's resolution of Plaintiffs' soon-to-be-filed motion for leave to amend their complaint.

5. The parties seek the requested relief in good faith and not for purposes of delay.

---

[1] *See Perry v. Schumacher Group of La.*, 891 F.3d 954, 958 (11th Cir. 2018) ("…Rule 41(a) [of the Federal Rules of Civil Procedure] is applicable only to the voluntary dismissal of all the claims in an action. A plaintiff who wishes to drop some claims but not others should do so by amending his complaint pursuant to Rule 15.")

2

**WHEREFORE**, the parties jointly and respectfully request an Order tolling the deadlines set forth in ECF No. 176 until resolution of Plaintiffs' forthcoming motion for leave to amend their complaint.

Dated July 10, 2025.

| | |
|---|---|
| /s/ *Katy DeBriere* <br> Katherine DeBriere (FBN 58506) <br> National Health Law Program <br> 1512 E. Franklin Street, Suite 110 <br> Chapel Hill, North Carolina 27514 <br> Telephone: 984-306-4398 <br> debriere@healthlaw.org <br> *Attorneys for Plaintiffs* | /s/ *Andy Bardos* <br> Andy Bardos (FBN 822671) <br> James Timothy Moore, Jr. (FBN 70023) <br> Ashley H. Lukis (FBN 106391) <br> GRAYROBINSON, P.A. <br> 301 South Bronough Street, Suite 600 <br> Tallahassee, Florida 32301 <br> Telephone: 850-577-9090 <br> andy.bardos@gray-robinson.com <br> tim.moore@gray-robinson.com <br> ashley.lukis@gray-robinson.com <br> *Attorneys for Defendants* |